EXHIBIT 2



**Você, sem fronteiras.**

Nota Fiscal - Fatura de Serviços de Telecomunicações
TIM Celular S.A.
Av. Giovanni Gronchi, 7143 - Vila Andrade - São Paulo - SP
CNPJ: 04.206.050/0001-80 - I. E.: 116.049.102.113

Cliente: 1.10457981
Período: 07/05/10 a 06/06/10

Detalhamento de Serviços nº: 011-8108-5050

## DETALHAMENTO DE SERVIÇOS DE LONGA DISTÂNCIA

**Chamadas Longa Distância: TIM LD 41**

| # | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 01 | 10/05/10 | 10:46:57 | SP AREA 11 | PR FIXO - AREA 41 | 041-2141-7910 | DI | 04m06s | 7,61 |
| 02 | 14/05/10 | 15:59:11 | SP AREA 11 | PR FIXO - AREA 41 | 041-3021-6009 | DI | 01m42s | 3,24 |
| 03 | 14/05/10 | 16:35:25 | SP AREA 11 | PR FIXO - AREA 41 | 041-3021-6009 | DI | 01m12s | 2,28 |
| 04 | 16/05/10 | 15:24:08 | SP AREA 11 | PR FIXO - AREA 41 | 041-3017-1040 | FDS | 02m06s | 4,00 |
| 05 | 16/05/10 | 15:30:53 | SP AREA 11 | PR FIXO - AREA 41 | 041-3351-2222 | FDS | 00m48s | 1,52 |
| 06 | 16/05/10 | 21:10:51 | PR AREA 41 | SP FIXO - AREA 11 | 011-3031-8335 | FDS | 01m36s | 3,04 |
| 07 | 16/05/10 | 23:12:31 | PR AREA 41 | SP FIXO - AREA 11 | 011-3283-3549 | FDS | 17m42s | 33,73 |
| 08 | 16/05/10 | 23:30:41 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6038 | FDS | 01m12s | 2,28 |
| 09 | 17/05/10 | 12:07:27 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6038 | DI | 00m42s | 1,33 |
| 10 | 17/05/10 | 12:08:42 | PR AREA 41 | SP FIXO - AREA 11 | 011-3711-7372 | DI | 00m30s | 0,95 |
| 11 | 17/05/10 | 12:22:02 | PR AREA 41 | SP FIXO - AREA 16 | 016-3515-5000 | DI | 01m36s | 3,04 |
| 12 | 17/05/10 | 12:38:44 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8196-6110 | DI | 00m36s | 0,67 |
| 13 | 17/05/10 | 14:02:18 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8294-9616 | DI | 00m30s | 0,56 |
| 14 | 17/05/10 | 17:13:18 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8181-1722 | DI | 00m30s | 0,56 |
| 15 | 17/05/10 | 17:23:28 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-7022-9558 | DI | 04m36s | 5,15 |
| 16 | 17/05/10 | 17:50:49 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8196-6110 | DI | 03m18s | 3,69 |
| 17 | 17/05/10 | 18:51:57 | PR AREA 41 | SP FIXO - AREA 11 | 011-3031-8335 | DI | 02m24s | 4,57 |
| 18 | 17/05/10 | 22:56:07 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6038 | NO | 00m42s | 1,33 |
| 19 | 17/05/10 | 22:57:01 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6038 | NO | 01m06s | 2,09 |
| 20 | 18/05/10 | 08:09:00 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-6346-5005 | DI | 02m12s | 2,46 |
| 21 | 18/05/10 | 11:54:34 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6038 | DI | 00m30s | 0,95 |
| 22 | 18/05/10 | 13:06:08 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-7022-9558 | DI | 05m12s | 5,82 |
| 23 | 18/05/10 | 13:34:48 | PR AREA 41 | SP FIXO - AREA 11 | 011-2173-6452 | DI | 00m48s | 1,52 |
| 24 | 18/05/10 | 15:20:12 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8208-5060 | DI | 01m24s | 1,56 |
| 25 | 18/05/10 | 15:28:11 | PR AREA 41 | SP MOVEL - AREA 11 | 011-9635-0636 | DI | 00m30s | 0,95 |
| 26 | 18/05/10 | 15:29:25 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8208-5060 | DI | 01m00s | 1,12 |
| 27 | 18/05/10 | 19:18:40 | SP AREA 11 | RJ MOVEL - AREA 21 | 021-8437-7840 | DI | 00m30s | 0,95 |
| 28 | 18/05/10 | 21:43:20 | SP AREA 11 | ESTADOS UNIDOS | 0013057106116 | R | 02m00s | 1,68 |
| 29 | 19/05/10 | 11:02:15 | SP AREA 11 | RJ MOVEL - AREA 21 | 021-8437-7840 | DI | 07m06s | 13,53 |
| 30 | 21/05/10 | 11:49:10 | SP AREA 11 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 04m18s | 8,19 |
| 31 | 21/05/10 | 11:55:44 | SP AREA 11 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 00m30s | 0,95 |
| 32 | 21/05/10 | 12:04:30 | SP AREA 11 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 06m00s | 11,43 |
| 33 | 21/05/10 | 14:28:05 | SP AREA 11 | SP FIXO - AREA 16 | 016-3515-5000 | DI | 01m30s | 2,85 |
| 34 | 21/05/10 | 15:32:09 | SP AREA 11 | SP FIXO - AREA 16 | 016-3515-5000 | DI | 05m18s | 10,10 |
| 35 | 22/05/10 | 08:56:41 | SP AREA 11 | RJ FIXO - AREA 21 | 021-3521-9946 | FDS | 00m42s | 1,33 |
| 36 | 22/05/10 | 08:57:27 | SP AREA 11 | RJ FIXO - AREA 21 | 021-3521-9946 | FDS | 00m42s | 1,33 |
| 37 | 22/05/10 | 08:58:14 | SP AREA 11 | RJ FIXO - AREA 21 | 021-3521-9946 | FDS | 00m48s | 1,52 |
| 38 | | | | | | | 87m54s | 150,08 |

## DETALHAMENTO DE SERVIÇOS TIM

**Chamadas Locais para Outros Celulares**

| # | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 39 | 09/05/10 | 10:00:12 | SP AREA 11 | SP MOVEL - AREA 11 | 9635-0636 | FDS | 00m30s | 0,00 |
| 40 | 13/05/10 | 11:49:55 | SP AREA 11 | SP MOVEL - AREA 11 | 9986-4629 | DI | 00m54s | 1,02 |
| 41 | 13/05/10 | 12:44:00 | SP AREA 11 | SP MOVEL - AREA 11 | 9986-4629 | DI | 00m30s | 0,57 |

Deficientes Auditivos e da Fala ligue, 0800 741 2580 via telefone fixo com TDD
Central de Atendimento Anatel: 1331 – Ao ligar informe o nº do protocolo registrado na prestadora.

Na hora de completar suas ligações de longa distância você precisa digitar o código de uma operadora que preste este serviço em sua região. Conheça todos e faça sua escolha:

(41) TIM - Todo o Brasil * 15 - Vivo * 21 - Embratel - Todo o Brasil * 23 - Intelig - Todo o Brasil * 31 - Telemar - Todo o Brasil * 14 - Brasil Telecom - Todo o Brasil * 24 - Primeira Escolha - SP * 25 - GVT - RS, SC, PR, GO, DF, MS, MT, RO, AC, TO * 17 - Transit - Áreas de código nacional: 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 35, 41, 47, 49, 51 a 54 * 27 - Aerotech * Áreas de código nacional: 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 31, 41, 51, 61 e 62 * 43 - Sercomtel - Código nacional 43 * 12 - CTBC - MG (setor 3), SP (setor 33), MS (setor 22), GO (setor 25), * 91 - IP Corp - Todo o Brasil

Para a sua facilidade, cadastre sua conta em débito automático ou pague em qualquer um dos estabelecimentos conveniados:
• BASA (Banco da Amazônia) • Banco do Brasil • Banpará • Bancoob • Banrisul • Banslcred • Banco Regional de Brasília • Banco Safra
• Bradesco • Caixa Econômica • Citibank • HSBC • Itaú • Lemon Bank • Santander.

Prado-SEC-19820



**TIM**
**Você, sem fronteiras.**

Nota Fiscal - Fatura de Serviços de Telecomunicações
TIM Celular S.A.
Av. Giovanni Gronchi, 7143 - Vila Andrade - São Paulo - SP
CNPJ: 04.206.050/0001-80 - I. E.: 118.049.102.113

Página 2 de 8
Cliente: 1.10457981
Período: 07/08/10 a 06/09/10



Reservado ao Fisco : 3BDA.88EE.8F6F.AF73.6066.AB66.A5FB.CA45

Detalhamento de Serviços nº: 011-8108-5050

## DETALHAMENTO DE SERVIÇOS DE LONGA DISTÂNCIA

Chamadas Longa Distância: TIM LD 41

| # | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|------|------|--------|---------|----------------|------|----------------|-------|
| 01 | 09/08/10 | 16:02:48 | SP AREA 11 | PR FIXO - AREA 41 | 041-2169-6867 | DI | 00m54s | 1,71 |
| 02 | 10/08/10 | 16:30:59 | SP AREA 11 | RJ FIXO - AREA 21 | 021-3509-5000 | DI | 03m18s | 6,28 |
| 03 | 10/08/10 | 16:38:34 | SP AREA 11 | PR MOVEL TIM - AREA 41 | 041-9676-2951 | DI | 08m00s | 8,96 |
| 04 | 12/08/10 | 11:35:38 | SP AREA 11 | PR MOVEL TIM - AREA 41 | 041-9919-7979 | DI | 01m24s | 1,56 |
| 05 | 16/08/10 | 09:22:33 | SP AREA 11 | PR FIXO - AREA 41 | 041-3351-2222 | DI | 00m48s | 1,52 |
| 06 | 16/08/10 | 09:26:13 | SP AREA 11 | PR FIXO - AREA 41 | 041-3017-1040 | DI | 01m54s | 3,62 |
| 07 | 16/08/10 | 09:31:31 | SP AREA 11 | PR FIXO - AREA 41 | 041-3234-1212 | DI | 00m48s | 1,52 |
| 08 | 16/08/10 | 09:41:09 | SP AREA 11 | PR FIXO - AREA 41 | 041-3222-4000 | DI | 00m48s | 1,52 |
| 09 | 16/08/10 | 09:42:29 | SP AREA 11 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 02m18s | 4,38 |
| 10 | 16/08/10 | 09:45:07 | SP AREA 11 | PR FIXO - AREA 41 | 041-3223-1860 | DI | 00m30s | 0,95 |
| 11 | 16/08/10 | 09:48:31 | SP AREA 11 | PR FIXO - AREA 41 | 041-3233-6666 | DI | 01m30s | 2,85 |
| 12 | 16/08/10 | 09:50:46 | SP AREA 11 | PR FIXO - AREA 41 | 041-3250-1500 | DI | 03m54s | 7,43 |
| 13 | 16/08/10 | 09:55:06 | SP AREA 11 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 02m48s | 5,33 |
| 14 | 16/08/10 | 12:33:26 | SP AREA 11 | PR MOVEL TIM - AREA 41 | 041-9995-0777 | DI | 02m42s | 3,02 |
| 15 | 16/08/10 | 16:58:35 | PR AREA 41 | SP FIXO - AREA 11 | 011-3231-3100 | DI | 02m18s | 4,38 |
| 16 | 16/08/10 | 17:01:58 | PR AREA 41 | RJ FIXO - AREA 21 | 021-2523-2499 | DI | 02m06s | 4,00 |
| 17 | 16/08/10 | 17:10:47 | PR AREA 41 | SP FIXO - AREA 11 | 011-3031-8335 | DI | 02m12s | 4,19 |
| 18 | 16/08/10 | 17:23:13 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8208-5060 | DI | 01m00s | 1,12 |
| 19 | 16/08/10 | 17:38:56 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8196-6110 | DI | 05m18s | 5,93 |
| 20 | 16/08/10 | 17:44:37 | PR AREA 41 | RJ FIXO - AREA 21 | 021-3521-9946 | DI | 04m06s | 7,81 |
| 21 | 16/08/10 | 18:07:23 | PR AREA 41 | SP MOVEL - AREA 11 | 011-9115-0779 | DI | 00m30s | 0,95 |
| 22 | 16/08/10 | 18:26:42 | PR AREA 41 | SP MOVEL - AREA 11 | 011-9115-0779 | DI | 05m18s | 10,10 |
| 23 | 16/08/10 | 18:34:22 | PR AREA 41 | SP FIXO - AREA 11 | 011-2867-1582 | DI | 04m36s | 8,76 |
| 24 | 16/08/10 | 18:41:50 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8208-5060 | DI | 04m12s | 4,70 |
| 25 | 16/08/10 | 19:45:15 | PR AREA 41 | SP MOVEL - AREA 11 | 011-7616-2180 | DI | 02m30s | 4,76 |
| 26 | 16/08/10 | 19:51:29 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6051 | DI | 03m30s | 6,67 |
| 27 | 17/08/10 | 00:29:17 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6051 | NO | 00m30s | 0,95 |
| 28 | 17/08/10 | 11:41:35 | PR AREA 41 | SP FIXO - AREA 11 | 011-3660-3333 | DI | 03m06s | 5,90 |
| 29 | 17/08/10 | 11:46:45 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6051 | DI | 00m30s | 0,95 |
| 30 | 17/08/10 | 11:56:31 | PR AREA 41 | SP FIXO - AREA 11 | 011-2199-0265 | DI | 01m48s | 3,43 |
| 31 | 17/08/10 | 12:16:57 | PR AREA 41 | SP MOVEL - AREA 11 | 011-8133-3435 | DI | 00m30s | 0,95 |
| 32 | 17/08/10 | 12:36:47 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6051 | DI | 00m30s | 0,95 |
| 33 | 17/08/10 | 12:37:16 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8294-9616 | DI | 10m18s | 11,53 |
| 34 | 17/08/10 | 12:48:30 | PR AREA 41 | SP FIXO - AREA 11 | 011-3031-8335 | DI | 00m42s | 1,33 |
| 35 | 17/08/10 | 13:52:11 | PR AREA 41 | SP FIXO - AREA 11 | 011-3031-8335 | DI | 03m00s | 5,71 |
| 36 | 17/08/10 | 17:28:05 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6051 | DI | 02m42s | 5,14 |
| 37 | 17/08/10 | 17:34:21 | PR AREA 41 | SP MOVEL TIM - AREA 11 | 011-8294-9616 | DI | 07m18s | 8,17 |
| 38 | 17/08/10 | 18:05:16 | PR AREA 41 | SP FIXO - AREA 11 | 011-3459-1799 | DI | 01m06s | 2,09 |
| 39 | 17/08/10 | 20:03:24 | PR AREA 41 | SP MOVEL - AREA 11 | 011-9635-0636 | DI | 00m48s | 1,52 |
| 40 | 17/08/10 | 23:26:01 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6051 | NO | 01m00s | 1,90 |
| 41 | 18/08/10 | 13:16:30 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6051 | DI | 04m54s | 9,33 |

Deficientes Auditivos e da Fala ligue, 0800 741 2580 via telefone fixo com TDD
Central de Atendimento Anatel: 1331 - Ao ligar informe o nº do protocolo registrado na prestadora.

Na hora de completar suas ligações de longa distância você precisa digitar o código de uma operadora que preste este serviço na sua região. Conheça todos e faça sua escolha:

**(41) TIM** - Todo o Brasil * **15** - Vivo * **21** - Embratel - Todo o Brasil * **23** - Intelig - Todo o Brasil * **31** - Telemar - Todo o Brasil * **14** - Brasil Telecom - Todo o Brasil * **24** - Primeira Escolha - SP * **25** - GVT - RS, SC, PR, GO, DF, MS, MT, RO, AC, TO * **17** - Transit - Áreas de código nacional: 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 31, 35, 41, 47, 49, 51 e 54 * **27** - Aerotech - Áreas de código nacional: 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 31, 41, 51, 61 e 62 * **43** - Sercomtel - Código nacional 43 * **12** - CTBC - MG (setor 3), SP (setor 33), MS (setor 22), GO (setor 25), * **91** - IP Corp - Todo o Brasil

Para a sua facilidade, cadastre sua conta em débito automático ou pague em qualquer um dos estabelecimentos conveniados:
• BASA (Banco da Amazônia) • Banco do Brasil • Banpará • Bancoob • Banrisul • Bansicred • Banco Regional de Brasília • Banco Safra
• Bradesco • Caixa Econômica • Citibank • HSBC • Itaú • Lemon Bank • Santander

Prado-SEC-19832



**TIM — Você, sem fronteiras.**

WALDYR DA SILVA PRADO NETO

Cliente: 1.10457981
Período: 07/08/10 a 06/09/10
TIM Meia Tarifa (011/PÓS/SMP)

Detalhamento de Serviços nº: 011-8108-5050

## DETALHAMENTO DE SERVIÇOS DE LONGA DISTÂNCIA

**Chamadas Longa Distância: TIM LD 41**

| # | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 01 | 18/08/10 | 13:39:25 | PR AREA 41 | SP FIXO - AREA 11 | 011-3704-6051 | DI | 02m00s | 3,81 |
| 02 | 18/08/10 | 16:13:34 | SP AREA 11 | PR MOVEL - AREA 41 | 041-8438-7309 | DI | 00m30s | 0,95 |
| 03 | 04/09/10 | 12:18:52 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | FDS | 02m18s | 4,38 |
| 04 | 04/09/10 | 16:27:55 | BA AREA 73 | SP MOVEL - AREA 11 | 011-8133-3435 | FDS | 05m06s | 9,72 |
| 05 | 04/09/10 | 16:42:35 | BA AREA 73 | SP MOVEL TIM - AREA 11 | 011-8324-7950 | FDS | 00m30s | 0,56 |
| 06 | 04/09/10 | 20:48:16 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | FDS | 00m30s | 0,95 |
| 07 | 04/09/10 | 20:56:36 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | FDS | 00m30s | 0,95 |
| 08 | 04/09/10 | 21:01:26 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | FDS | 05m54s | 11,24 |
| 09 | 04/09/10 | 23:46:10 | BA AREA 73 | SP MOVEL TIM - AREA 11 | 011-8324-7950 | FDS | 00m30s | 0,56 |
| 10 | 05/09/10 | 14:21:30 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | FDS | 01m12s | 2,28 |
| 11 | 05/09/10 | 15:21:48 | BA AREA 73 | SP MOVEL - AREA 11 | 011-8986-3588 | FDS | 01m48s | 3,43 |
| 12 | 05/09/10 | 18:42:11 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | FDS | 00m30s | 0,95 |
| 13 | 05/09/10 | 18:43:18 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | FDS | 00m30s | 0,95 |
| 14 | 05/09/10 | 18:57:17 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | FDS | 09m12s | 17,53 |
| 15 | 06/09/10 | 12:11:41 | BA AREA 73 | SP MOVEL TIM - AREA 11 | 011-6346-5005 | DI | 07m06s | 7,95 |
| 16 | 06/09/10 | 14:20:49 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | DI | 01m18s | 2,47 |
| 17 | 06/09/10 | 18:58:22 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | DI | 00m30s | 0,95 |
| 18 | 06/09/10 | 18:59:07 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | DI | 07m12s | 13,72 |
| 19 | 06/09/10 | 20:08:11 | BA AREA 73 | SP FIXO - AREA 11 | 011-3013-2828 | DI | 00m30s | 0,95 |
| 20 | | | | | | | 155m30s | 258,17 |

## DETALHAMENTO DE SERVIÇOS TIM

**Chamadas Locais para Celulares TIM**

| # | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 21 | 07/08/10 | 20:33:49 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 8702-7875 | FDS | 01m00s | 0,00 |
| 22 | 08/08/10 | 09:59:25 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 8702-7875 | FDS | 01m42s | 0,00 |
| 23 | 09/08/10 | 09:19:11 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-8294-9616 | DI | 00m48s | 0,89 |
| 24 | 11/08/10 | 21:07:26 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 6346-5005 | DI | 00m30s | 0,56 |
| 25 | 17/08/10 | 09:44:40 | PR AREA 41 | PR MOVEL TIM - AREA 41 | 041-9972-7584 | DI | 01m30s | 1,68 |
| 26 | 20/08/10 | 11:20:58 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 8588-8090 | DI | 01m54s | 2,12 |
| 27 | 04/09/10 | 05:24:13 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 8294-9616 | FDS | 00m42s | 0,78 |
| 28 | 04/09/10 | 06:12:23 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 8324-7950 | FDS | 00m30s | 0,56 |
| 29 | | | | | | | 08m36s | 6,59 |

**Chamadas de Acesso *100**

| # | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 30 | 04/09/10 | 14:47:01 | BA AREA 73 | Acesso *100 | *100 | FDS | 00m30s | 0,56 |
| 31 | | | | | | | 00m30s | 0,56 |

**Chamadas recebidas em Roaming Nacional**

| # | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 32 | 16/08/10 | 14:29:18 | SP AREA 11 | PR AREA 41 | 0013059956200 | VCR | 01m30s | 2,47 |
| 33 | 16/08/10 | 14:34:43 | SP AREA 11 | PR AREA 41 | 0013059956200 | VCR | 00m30s | 0,82 |
| 34 | 16/08/10 | 16:05:37 | SP AREA 11 | PR AREA 41 | 011-3459-1799 | VCR | 00m48s | 1,32 |
| 35 | 16/08/10 | 17:11:07 | SP AREA 11 | PR AREA 41 | 041-2141-7910 | VCR | 00m30s | 0,82 |
| 36 | 16/08/10 | 17:32:14 | SP AREA 11 | PR AREA 41 | 011-9220-6137 | VCR | 05m30s | 9,07 |
| 37 | 16/08/10 | 17:49:33 | SP AREA 11 | PR AREA 41 | 011-9414-3909 | VCR | 01m54s | 3,13 |
| 38 | 16/08/10 | 18:49:34 | SP AREA 11 | PR AREA 41 | 021-8463-8292 | VCR | 08m30s | 14,02 |
| 39 | 16/08/10 | 18:58:30 | SP AREA 11 | PR AREA 41 | 011-9414-3909 | VCR | 04m42s | 7,75 |
| 40 | 16/08/10 | 19:23:22 | SP AREA 11 | PR AREA 41 | 021-2543-1259 | VCR | 01m54s | 3,13 |
| 41 | 16/08/10 | 19:39:25 | SP AREA 11 | PR AREA 41 | 011-6346-5005 | VCR | 05m36s | 9,24 |
| 42 | 17/08/10 | 09:11:42 | SP AREA 11 | PR AREA 41 | 011-9635-0636 | VCR | 01m00s | 1,65 |
| 43 | 17/08/10 | 12:10:08 | SP AREA 11 | PR AREA 41 | 0013059956200 | VCR | 00m30s | 0,82 |
| 44 | 17/08/10 | 12:29:55 | SP AREA 11 | PR AREA 41 | 047-8805-1644 | VCR | 02m18s | 3,79 |
| 45 | 17/08/10 | 13:02:04 | SP AREA 11 | PR AREA 41 | 011-3031-4470 | VCR | 02m42s | 4,45 |
| 46 | 17/08/10 | 13:27:12 | SP AREA 11 | PR AREA 41 | 0013059956200 | VCR | 06m54s | 11,38 |
| 47 | 17/08/10 | 17:54:57 | SP AREA 11 | PR AREA 41 | 011-8309-8643 | VCR | 05m48s | 9,57 |
| 48 | 17/08/10 | 18:20:26 | SP AREA 11 | PR AREA 41 | 000-012-3456 | VCR | 03m18s | 5,44 |
| 49 | 17/08/10 | 19:18:51 | SP AREA 11 | PR AREA 41 | 011-9220-6137 | VCR | 04m48s | 7,92 |
| 50 | 17/08/10 | 20:05:31 | SP AREA 11 | PR AREA 41 | 011-9635-0636 | VCR | 00m30s | 0,82 |
| 51 | 18/08/10 | 10:01:59 | SP AREA 11 | PR AREA 41 | 011-8309-8643 | VCR | 13m42s | 22,60 |
| 52 | 18/08/10 | 13:01:28 | SP AREA 11 | PR AREA 41 | 011-9414-3909 | VCR | 00m30s | 0,82 |
| 53 | 18/08/10 | 13:22:53 | SP AREA 11 | PR AREA 41 | 011-9414-3909 | VCR | 00m30s | 0,82 |
| 54 | 04/09/10 | 10:33:50 | SP AREA 11 | BA AREA 73 | 011-9616-1451 | VCR | 02m24s | 3,96 |
| 55 | 04/09/10 | 21:00:08 | SP AREA 11 | BA AREA 73 | 013-0575-5022 | VCR | 00m30s | 0,82 |
| 56 | 05/09/10 | 18:40:55 | SP AREA 11 | BA AREA 73 | 0013057550229 | VCR | 00m30s | 0,82 |
| 57 | 06/09/10 | 09:58:45 | SP AREA 11 | BA AREA 73 | 011-6346-5005 | VCR | 00m30s | 0,82 |
| 58 | 06/09/10 | 10:34:11 | SP AREA 11 | BA AREA 73 | 011-7335-9455 | VCR | 01m18s | 2,14 |
| 59 | 06/09/10 | 11:48:33 | SP AREA 11 | BA AREA 73 | 073-3668-1491 | VCR | 04m42s | 7,75 |
| 60 | 06/09/10 | 12:21:50 | SP AREA 11 | BA AREA 73 | 011-9963-5724 | VCR | 02m30s | 4,12 |
| 61 | 06/09/10 | 14:49:13 | SP AREA 11 | BA AREA 73 | 073-8113-8185 | VCR | 01m42s | 2,80 |
| 62 | | | | | | | 88m00s | 145,08 |

Tipo: N - Normal    R - Reduzida    N/R - Mista    AC - A Cobrar    AD - Adicional    VCR - Deslocamento    DI - Dia    NO - Noite    FDS - Fim de Semana    INF - Infinity

OS SERVIÇOS PRESTADOS E NÃO FATURADOS NESTE DOCUMENTO PODERÃO SER LANÇADOS EM CONTAS FUTURAS.

Prado-SEC-19833



**Você, sem fronteiras.**

WALDYR DA SILVA PRADO NETO

Cliente: 1.10457981
Período: 07/08/10 a 06/09/10
TIM Mela Tarifa (011/PÓS/SMP)

Detalhamento de Serviços nº: 011-8108-5050

## DETALHAMENTO DE SERVIÇOS TIM

Chamadas realizadas após o 2º min do dia

| # | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|------|------|--------|---------|----------------|------|----------------|-------|
| 01 | 13/08/10 | 15:49:39 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-8294-9616 | DI | 06m24s | 3,58 |
| 02 | 13/08/10 | 16:14:37 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-8208-5060 | DI | 03m06s | 1,73 |
| 03 | 13/08/10 | 19:08:15 | SP AREA 11 | SP FIXO - AREA 11 | 3704-6051 | DI | 00m30s | 0,28 |
| 04 | 13/08/10 | 19:11:46 | SP AREA 11 | SP FIXO - AREA 11 | 3704-6051 | DI | 00m30s | 0,28 |
| 05 | 13/08/10 | 19:12:20 | SP AREA 11 | SP FIXO - AREA 11 | 3283-3549 | DI | 04m24s | 2,46 |
| 06 | 13/08/10 | 19:18:51 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | DI | 06m24s | 3,58 |
| 07 | 13/08/10 | 21:17:34 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-8294-9616 | DI | 01m12s | 0,67 |
| 08 | 14/08/10 | 12:55:42 | SP AREA 11 | SP MOVEL - AREA 11 | 9616-1451 | FDS | 02m48s | 2,33 |
| 09 | 14/08/10 | 12:59:11 | SP AREA 11 | SP SME - AREA 11 | 7854-4121 | FDS | 00m30s | 0,28 |
| 10 | 14/08/10 | 13:05:59 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | FDS | 00m30s | 0,28 |
| 11 | 14/08/10 | 13:07:07 | SP AREA 11 | SP MOVEL - AREA 11 | 9452-5257 | FDS | 02m18s | 1,31 |
| 12 | 14/08/10 | 14:28:46 | SP AREA 11 | SP FIXO - AREA 11 | 3704-6051 | FDS | 00m36s | 0,33 |
| 13 | 14/08/10 | 14:39:36 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 8551-4000 | FDS | 00m30s | 0,28 |
| 14 | 14/08/10 | 14:44:55 | SP AREA 11 | SP FIXO - AREA 11 | 3704-6051 | FDS | 02m48s | 1,56 |
| 15 | 14/08/10 | 14:48:59 | SP AREA 11 | SP MOVEL - AREA 11 | 9616-1451 | FDS | 00m30s | 0,28 |
| 16 | 14/08/10 | 16:35:59 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | FDS | 02m48s | 1,56 |
| 17 | 14/08/10 | 16:50:33 | SP AREA 11 | SP FIXO - AREA 11 | 3704-6051 | FDS | 00m36s | 0,33 |
| 18 | 14/08/10 | 16:56:38 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | FDS | 07m42s | 4,31 |
| 19 | 14/08/10 | 17:24:39 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-8294-9616 | FDS | 01m24s | 0,78 |
| 20 | 14/08/10 | 17:42:46 | SP AREA 11 | SP MOVEL - AREA 11 | 9115-0779 | FDS | 00m30s | 0,28 |
| 21 | 14/08/10 | 17:52:18 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-6346-5005 | FDS | 02m18s | 1,28 |
| 22 | 15/08/10 | 13:04:47 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | FDS | 02m54s | 2,74 |
| 23 | 15/08/10 | 13:09:10 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 7953-6603 | FDS | 00m30s | 0,28 |
| 24 | 15/08/10 | 15:23:00 | SP AREA 11 | SP FIXO - AREA 11 | 3031-8335 | FDS | 00m30s | 0,28 |
| 25 | 15/08/10 | 17:00:02 | SP AREA 11 | SP FIXO - AREA 11 | 3791-2595 | FDS | 02m06s | 1,17 |
| 26 | 15/08/10 | 18:09:40 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 7953-6603 | FDS | 01m36s | 0,89 |
| 27 | 15/08/10 | 19:28:09 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-8294-9616 | FDS | 02m42s | 1,51 |
| 28 | 15/08/10 | 20:15:36 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | FDS | 06m24s | 3,58 |
| 29 | 15/08/10 | 20:22:29 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | FDS | 04m00s | 2,24 |
| 30 | 15/08/10 | 20:59:27 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | FDS | 00m48s | 0,44 |
| 31 | 15/08/10 | 22:36:28 | SP AREA 11 | SP FIXO - AREA 11 | 3704-6051 | FDS | 00m30s | 0,28 |
| 32 | 16/08/10 | 11:54:18 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | DI | 05m36s | 3,64 |
| 33 | 16/08/10 | 12:22:48 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 8294-9616 | DI | 02m42s | 1,51 |
| 34 | 16/08/10 | 12:25:57 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | DI | 06m42s | 3,75 |
| 35 | 16/08/10 | 17:55:48 | PR AREA 41 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 06m54s | 3,93 |
| 36 | 16/08/10 | 18:15:32 | PR AREA 41 | PR MOVEL TIM - AREA 41 | 041-9602-5809 | DI | 06m30s | 3,64 |
| 37 | 16/08/10 | 18:39:29 | PR AREA 41 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 02m00s | 1,14 |
| 38 | 16/08/10 | 19:09:54 | PR AREA 41 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 00m36s | 0,34 |
| 39 | 16/08/10 | 19:29:54 | PR AREA 41 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 00m48s | 0,45 |
| 40 | 16/08/10 | 19:32:22 | PR AREA 41 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 00m30s | 0,28 |
| 41 | 16/08/10 | 19:48:27 | PR AREA 41 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 00m42s | 0,39 |
| 42 | 16/08/10 | 19:49:40 | PR AREA 41 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 00m30s | 0,28 |
| 43 | 16/08/10 | 20:04:54 | PR AREA 41 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 00m30s | 0,28 |
| 44 | 18/08/10 | 11:46:45 | PR AREA 41 | PR MOVEL - AREA 41 | 041-8855-5004 | DI | 08m24s | 5,92 |
| 45 | 18/08/10 | 12:05:21 | PR AREA 41 | PR MOVEL - AREA 41 | 041-8438-7309 | DI | 00m36s | 0,34 |
| 46 | 18/08/10 | 16:14:05 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-8309-8643 | DI | 00m30s | 0,28 |
| 47 | 18/08/10 | 17:40:39 | SP AREA 11 | SP FIXO - AREA 11 | 011-3704-6051 | DI | 00m30s | 0,28 |
| 48 | 18/08/10 | 21:12:00 | SP AREA 11 | SP MOVEL - AREA 11 | 9635-0636 | DI | 01m30s | 0,85 |
| 49 | 19/08/10 | 00:09:48 | SP AREA 11 | SP MOVEL - AREA 11 | 9635-0636 | NO | 03m18s | 3,02 |
| 50 | 19/08/10 | 10:05:41 | SP AREA 11 | SP FIXO - AREA 11 | 3095-8200 | DI | 02m24s | 1,34 |
| 51 | 19/08/10 | 10:36:17 | SP AREA 11 | SP FIXO - AREA 11 | 3087-0533 | DI | 03m00s | 1,68 |
| 52 | 19/08/10 | 10:58:57 | SP AREA 11 | SP MOVEL - AREA 11 | 011-8133-3435 | DI | 00m30s | 0,28 |
| 53 | 19/08/10 | 11:00:09 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | DI | 11m06s | 6,21 |
| 54 | 19/08/10 | 11:12:31 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-8294-9616 | DI | 05m42s | 3,19 |
| 55 | 19/08/10 | 12:10:14 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-8208-5060 | DI | 02m06s | 1,17 |
| 56 | 19/08/10 | 12:16:10 | SP AREA 11 | SP FIXO - AREA 11 | 011-3283-3549 | DI | 08m24s | 4,70 |
| 57 | 19/08/10 | 12:25:30 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | DI | 06m24s | 3,58 |
| 58 | 19/08/10 | 12:42:38 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 6348-5005 | DI | 03m36s | 2,01 |
| 59 | 19/08/10 | 14:51:08 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | DI | 04m48s | 2,68 |
| 60 | 19/08/10 | 14:56:34 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | DI | 04m12s | 2,35 |
| 61 | 19/08/10 | 15:17:59 | SP AREA 11 | SP FIXO - AREA 11 | 3660-3333 | DI | 00m42s | 0,39 |
| 62 | 19/08/10 | 16:39:24 | SP AREA 11 | SP FIXO - AREA 11 | 3087-0533 | DI | 01m06s | 0,61 |
| 63 | 19/08/10 | 17:04:56 | SP AREA 11 | SP FIXO - AREA 11 | 2867-1582 | DI | 07m06s | 3,97 |
| 64 | 19/08/10 | 19:38:00 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 011-8208-5060 | DI | 00m48s | 0,44 |
| 65 | 19/08/10 | 19:41:51 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 8294-9616 | DI | 08m48s | 4,92 |
| 66 | 19/08/10 | 20:14:26 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 6346-5005 | DI | 01m36s | 0,89 |
| 67 | 19/08/10 | 20:30:14 | SP AREA 11 | SP MOVEL TIM - AREA 11 | 6346-5005 | DI | 00m30s | 0,28 |
| 68 | 19/08/10 | 23:21:02 | SP AREA 11 | SP FIXO - AREA 11 | 011-3031-8335 | NO | 02m00s | 1,12 |
| 69 | 20/08/10 | 12:28:36 | SP AREA 11 | SP FIXO - AREA 11 | 011-2199-0265 | DI | 01m36s | 0,95 |
| 70 | 20/08/10 | 15:02:46 | SP AREA 11 | SP MOVEL - AREA 11 | 011-8133-3435 | DI | 00m36s | 0,34 |

Tipo:  N - Normal    R - Reduzida    N/R - Mista    AC - A Cobrar   AD - Adicional   VCR - Deslocamento    DI - Dia    NO - Noite    FDS - Fim de Semana    INF - Infinity

OS SERVIÇOS PRESTADOS E NÃO FATURADOS NESTE DOCUMENTO PODERÃO SER LANÇADOS EM CONTAS FUTURAS.

Prado-SEC-19837

| BTN | CALL_DATE | DURATION_M_IN | DURATION_SEC | FROM_C ITY | FROM_ST ATE | TO_CITY | TO_STATE | ORIG_NUM | STATN_ID | DIALED_NUM | TERM_NUM | CNCT_TIME_HH_MM | CHRG_AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3059956200 | 23-Aug-10 | 0 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 10:43 | 1.37 |
| 3059956200 | 23-Aug-10 | 0 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 13:11 | 1.37 |
| 3059956200 | 23-Aug-10 | 0 | 24 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 11:42 | 1.82 |
| 3059956200 | 23-Aug-10 | 4 | 12 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 13:11 | 19.13 |
| 3059956200 | 25-Aug-10 | 0 | 54 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 16:52 | 4.1 |
| 3059956200 | 26-Aug-10 | 0 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 16:04 | 1.37 |
| 3059956200 | 26-Aug-10 | 1 | 24 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 16:03 | 6.38 |
| 3059956200 | 27-Aug-10 | 0 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 10:18 | 1.37 |
| 3059956200 | 27-Aug-10 | 2 | 36 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 10:35 | 11.84 |
| 3059956200 | 27-Aug-10 | 4 | 42 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 10:09 | 21.41 |
| 3059956200 | 27-Aug-10 | 18 | 42 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 9:18 | 85.18 |
| 3059956200 | 1-Sep-10 | 1 | 54 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 10:33 | 8.65 |
| 3059956200 | 1-Sep-10 | 2 | 24 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 18:28 | 9.71 |
| 3059956200 | 1-Sep-10 | 4 | 48 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 18:22 | 19.43 |
| 3059956200 | 1-Sep-10 | 4 | 36 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 14:28 | 20.95 |
| 3059956200 | 1-Sep-10 | 5 | 48 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 8:58 | 26.42 |
| 3059956200 | 1-Sep-10 | 11 | 30 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 11:05 | 52.38 |
| 3059956200 | 2-Sep-10 | 0 | 54 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 11:26 | 4.1 |
| 3059956200 | 2-Sep-10 | 11 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511830986 | 5511183098643 | 9:03 | 51.47 |

| BTN | CALL_DATE | DURATION_MIN | DURATION_SEC | FROM_CITY | FROM_STATE | TO_CITY | TO_STATE | ORIG_NUM | STAT_N_ID | DIALED_NUM | TERM_NUM | CNCT_TIME_HH_MM | CHRG_AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3059956200 | 23-Jun-10 | 12 | 12 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5541991979 | 554199197979 | 9:52 | 55.57 |
| 3059956200 | 5-Aug-10 | 0 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5541991979 | 554199197979 | 10:39 | 1.37 |
| 3059956200 | 6-Aug-10 | 1 | 42 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5541991979 | 554199197979 | 11:00 | 7.74 |
| 3059956200 | 27-Aug-10 | 0 | 54 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5541991979 | 554199197979 | 10:16 | 4.1 |
| 3059956200 | 1-Sep-10 | 0 | 54 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5541214179 | 554121417910 | 11:28 | 0.1 |
| 3059956200 | 20-Sep-10 | 3 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5541991979 | 554199197979 | 12:05 | 15.03 |
| 3059956200 | 24-Sep-10 | 0 | 30 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5541214179 | 554121417910 | 10:05 | 0.06 |
| 3059956200 | 29-Sep-10 | 0 | 30 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5541991979 | 554199197979 | 17:24 | 2.28 |

```
i136614
06/05/2012
SCAMP
```

**at&t**

MOBILITY USAGE

Page 25

```
Run Date:        06/05/2012
Run Time:        10:27:24
Voice Usage For: (786)436-2848
Account Number:  523024680563
```

| Item | Conn. Date | Conn. Time | Seizure Time | Originating Number | Terminating Number | Elapsed Time | Number Dialed | IMEI | IMSI | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 884 | 08/23/10 | 09:06P | 0:21 | 13058538202 | 17864362848 | 0:00 | 17864362848 | 359614020499667 | 310410243056105 | O2M_VMC |
| 885 | 08/23/10 | 09:07P | 0:27 | 13058538202 | 17726438988 | 0:07 | 17864362848 | 359614020499667 | 310410243056105 | O2M_VMB |
| 886 | 08/24/10 | 12:20P | 0:06 | 13059956200 | 17864362848 | 0:00 | 17864362848 | 359614020499667 | 310410243056105 | O2M_DIR |
| 887 | 08/24/10 | 12:26P | 0:24 | 17864362848 | 13057980259 | 0:08 | 13057980259 | 359614020499667 | 310410243056105 | M2M_DIR |
| 888 | 08/24/10 | 12:27P | 0:09 | 17864362848 | 13057550229 | 2:53 | 13057550229 | 359614020499667 | 310410243056105 | M2O_DIR |
| 889 | 08/24/10 | 12:34P | 0:07 | 17864362848 | 17864362848 | 4:13 | 17864362848 | 359614020499667 | 310410243056105 | M2O_DIR |
| 890 | 08/24/10 | 12:46P | 0:07 | 13053790005 | 17864362848 | 0:20 | 17864362848 | 359614020499667 | 310410243056105 | O2M_DIR |
| 891 | 08/24/10 | 01:32P | 0:07 | 13057550229 | 17864362848 | 0:16 | 17864362848 | 359614020499667 | 310410243056105 | O2M_DIR |
| 892 | 08/24/10 | 02:32P | 0:07 | 17864362848 | 13057980259 | 0:03 | 13057980259 | 359614020499667 | 310410243056105 | M2M_DIR |
| 893 | 08/24/10 | 02:32P | 0:24 | 17864362848 | 17862181107 | 0:03 | 17862181107 | 359614020499667 | 310410243056105 | m2M_DIR |
| 894 | 08/24/10 | 06:56P | 0:11 | 55118309B643 | 17864362848 | 6:53 | 17864362848 | 359614020499667 | 310410243056105 | M2M_DIR |
| 895 | 08/24/10 | 08:45P | 0:01 | 13057980259 | 17864362848 | 0:00 | 17864362848 | 359614020499667 | 310410243056105 | M2M_DIR |
| 896 | 08/24/10 | 08:50P | 0:23 | 13057980259 | 17864362848 | 8:41 | 17864362848 | 359614020499667 | 310410243056105 | M2M_DIR |
| 897 | 08/25/10 | 11:43A | 0:09 | 17864362848 | 13057550229 | 2:42 | 13057550229 | 359614020499667 | 310410243056105 | M2O_DIR |
| 898 | 08/25/10 | 01:42P | 0:04 | 13059956200 | 17864362848 | 0:12 | 17864362848 | 359614020499667 | 310410243056105 | O2M_DIR |
| 899 | 08/25/10 | 06:17P | 0:00 | | 17864362848 | 0:00 | 17864362848 | | 310410243056105 | O2M |
| 900 | 08/25/10 | 06:17P | 0:01 | 17864362848 | 17726438988 | 0:28 | 17726438988 | | 310410243056105 | M2m |
| 901 | 08/25/10 | 06:17P | 0:21 | | 17864362848 | 0:28 | 17864362848 | | 310410243056105 | O2M |
| 902 | 08/26/10 | 03:00P | 0:02 | 13059956200 | 17726438988 | 0:08 | 17726438988 | | 310410243056105 | O2M_VMB |
| 903 | 08/27/10 | 01:19P | 0:01 | 17864362848 | 17726438989 | 0:24 | 0111772643899 | 359614020499667 | 310410243056105 | M2m_VMC |
| 904 | 08/28/10 | 11:48A | 0:01 | 13057550229 | 17726438988 | 0:08 | 17864362848 | | 310410243056105 | O2M_VMB |
| 905 | 08/28/10 | 01:49P | 0:03 | 17864362848 | 13057550229 | 0:00 | 13057550229 | 359167003O4552 | 310410243056105 | M2O_DIR |
| 906 | 08/28/10 | 04:16P | 0:05 | 17864362848 | 18668951092 | 1:39 | 611 | 353490042S3263 | 310410243056105 | M2O_DIR |
| 907 | 08/28/10 | 04:26P | 0:24 | 17864362848 | 13057550229 | 0:04 | 13057550229 | 353490042S3263 | 310410243056105 | M2O_DIR |
| 908 | 08/28/10 | 06:05P | 0:01 | 17864362848 | 17863642329 | 0:09 | 17863642329 | 353490042S3263 | 310410243056105 | M2O_DIR |
| 909 | 08/29/10 | 06:06P | 0:05 | 17864362848 | 13057550229 | 0:00 | 13057550229 | 353490042S3263 | 310410243056105 | M2O_DIR |
| 910 | 08/29/10 | 06:07P | 0:11 | 17864362848 | 13057550229 | 0:00 | 13057550229 | 353490042S3263 | 310410243056105 | M2O_DIR |
| 911 | 08/29/10 | 06:19P | 0:03 | 17864362848 | 13057550229 | 0:00 | 13057550229 | 353490042S3263 | 310410243056105 | M2O_DIR |
| 912 | 08/29/10 | 11:40P | 0:09 | 13057550229 | 17864362848 | 0:00 | 17864362848 | 353490042S3263 | 310410243056105 | O2M_VMC |
| 913 | 08/30/10 | 08:27A | 0:15 | 13058153676 | 17864362848 | 0:30 | 17864362848 | 353490042S3263 | 310410243056105 | M2M_DIR |
| 914 | 08/30/10 | 01:05P | 0:11 | 13059956200 | 17864362848 | 0:00 | 17864362848 | 353490042S3263 | 310410243056105 | O2M_DIR |
| 915 | 08/30/10 | 02:02P | 0:24 | 17864362848 | 13057550229 | 0:04 | 13057550229 | 353490042S3263 | 310410243056105 | M2O_DIR |
| 916 | 08/30/10 | 03:29P | 0:09 | 13459264392 | 17864362848 | 1:51 | 17864362848 | 353490042S3263 | 310410243056105 | M2M_DIR |
| 917 | 08/30/10 | 04:40P | 0:21 | 17864690283 | 17864362848 | 0:00 | 17864362848 | 353490042S3263 | 310410243056105 | m2M_VMC |
| 918 | 08/30/10 | 04:40P | 0:25 | 17864690283 | 17726438988 | 0:05 | 17864362848 | 353490042S3263 | 310410243056105 | m2M_VMB |
| 919 | 08/30/10 | 04:46P | 0:00 | 17864362848 | 17864362848 | 0:00 | 17864362848 | 353490042S3263 | 310410243056105 | n2M |
| 920 | 08/30/10 | 04:46P | 0:01 | 17864362848 | 17726438988 | 0:04 | 17726438988 | 353490042S3263 | 310410243056105 | M2m_FWD |

NF

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.

**at&t**

## MOBILITY USAGE

Run Date: 06/05/2012
Run Time: 10:27:24
Voice Usage For: (786)436-2848
Account Number: 52302468O563

1136614
06/05/2012
SCAMP

Page 26

| Item | Conn. Date | Conn. Time | Seizure Time | Originating Number | Terminating Number | Elapsed Time | Number Dialed | IMEI | IMSI | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 921 | 08/30/10 | 04:46P | 0:21 | 17864690283 | 17864362848 | 0:04 | 17864362848 | | | m2M |
| 922 | 08/30/10 | 04:48P | 0:12 | 17864690283 | 17864362848 | 0:59 | 17864362848 | 3534900425363 | 310410243056105 | m2M_DIR |
| 923 | 08/30/10 | 04:53P | 0:05 | 13057106116 | 17864362848 | 1:41 | 17864362848 | 3534900425363 | 310410243056105 | M2M_DIR |
| 924 | 08/30/10 | 04:56P | 0:11 | 551163465005 | 17864362848 | 7:40 | 17864362848 | 3534900425363 | 310410243056105 | m2M_DIR |
| 925 | 08/30/10 | 05:04P | 0:33 | 17864362848 | 17864690283 | 0:05 | 17864690283 | 3534900425363 | 310410243056105 | M2m_DIR |
| 926 | 08/30/10 | 05:05P | 0:32 | 17864362848 | 17864690283 | 0:03 | 17864690283 | 3534900425363 | 310410243056105 | M2m_DIR |
| 927 | 08/30/10 | 05:57P | 0:15 | 17864362848 | 13052066761 | 0:32 | 13052066761 | 3534900425363 | 310410243056105 | M2M_DIR |
| 928 | 08/30/10 | 06:05P | 0:05 | 17864362848 | 18009234383 | 9:07 | 18009234383 | 3534900425363 | 310410243056105 | M2O_DIR |
| 929 | 08/30/10 | 06:22P | 0:05 | 17864362848 | 13459264382 | 0:00 | 13459264382 | 3534900425363 | 310410243056105 | M2M_DIR |
| 930 | 08/30/10 | 07:46P | 0:13 | 13052066761 | 17864362848 | 3:06 | 17864362848 | 3534900425363 | 310410243056105 | M2M_DIR |
| 931 | 08/30/10 | 08:27P | 0:14 | 13055211195 | 17864362848 | 4:53 | 17864362848 | 3534900425363 | 310410243056105 | O2M_DIR |
| 932 | 08/30/10 | 10:26P | 0:21 | 13057550229 | 17864362848 | 0:00 | 17864362848 | 3534900425363 | 310410243056105 | O2M_VMC |
| 933 | 08/30/10 | 10:26P | 0:24 | 13057550229 | 17726438988 | 0:04 | 17726438988 | | 310410243056105 | O2M_VMB |
| 934 | 08/31/10 | 11:06A | 0:10 | 13057550229 | 17864362848 | 0:25 | 17864362848 | 3534900425363 | 310410243056105 | O2M_DIR |
| 935 | 08/31/10 | 01:34P | 0:01 | 13059956200 | 17864362848 | 0:11 | 17864362848 | 3534900425363 | 310410243056105 | O2M_DIR |
| 936 | 08/31/10 | 04:10P | 0:14 | 17864690283 | 17864362848 | 0:41 | 17864362848 | 3534900425363 | 310410243056105 | m2M_DIR |
| 937 | 08/31/10 | 04:31P | 0:14 | 17864690283 | 17726438988 | 0:00 | 17726438988 | | 310410243056105 | m2M_VMB |
| 938 | 08/31/10 | 05:44P | 0:05 | 551163465005 | 17864362848 | 0:35 | 17864362848 | 3534900425363 | 310410243056105 | m2M_DIR |
| 939 | 08/31/10 | 05:45P | 0:02 | 13055211195 | 17864362848 | 3:19 | 17864362848 | 3534900425363 | 310410243056105 | O2M_DIR |
| 940 | 08/31/10 | 05:50P | 0:02 | 551163465005 | 17864362848 | 6:51 | 17864362848 | 3534900425363 | 310410243056105 | m2M_DIR |
| 941 | 08/31/10 | 07:12P | 0:07 | 17864362848 | 13052066761 | 0:44 | 13052066761 | 3534900425363 | 310410243056105 | M2M_DIR |
| 942 | 08/31/10 | 07:22P | 0:07 | 17864362848 | 13052066761 | 1:14 | 13052066761 | 3534900425363 | 310410243056105 | M2M_DIR |
| 943 | 08/31/10 | 07:31P | 0:09 | 16785496094 | 17864362848 | 0:33 | 17864362848 | 3534900425363 | 310410243056105 | m2M_DIR |
| 944 | 08/31/10 | 07:40P | 0:24 | 17864362848 | 16785496094 | 0:04 | 16785496094 | 3534900425363 | 310410243056105 | M2m_DIR |
| 945 | 08/31/10 | 07:41P | 0:23 | 17864362848 | 16785496094 | 0:04 | 16785496094 | 3534900425363 | 310410243056105 | M2m_DIR |
| 946 | 08/31/10 | 08:48P | 0:20 | 17864362848 | 16785496094 | 0:51 | 16785496094 | 3534900425363 | 310410243056105 | M2m_DIR |
| 947 | 08/31/10 | 10:20P | 0:15 | 17864362848 | 16785496094 | 10:07 | 16785496094 | 3534900425363 | 310410243056105 | M2m_DIR |
| 948 | 09/01/10 | 07:17A | 0:20 | 13055211195 | 17864362848 | 0:00 | 17864362848 | 3534900425363 | 310410243056105 | O2M_VMC |
| 949 | 09/01/10 | 07:17A | 0:24 | 13055211195 | 17726438988 | 0:34 | 17726438988 | | 310410243056105 | O2M_VMB |
| 950 | 09/01/10 | 07:36A | 0:01 | 17864362848 | 17726438989 | 0:39 | 011177264389<br>9 | 3534900425363 | 310410243056105 | M2m_VMC |
| 951 | 09/01/10 | 09:37A | 0:06 | 13055589220 | 17864362848 | 0:51 | 17864362848 | 3534900425363 | 310410243056105 | O2M_DIR |
| 952 | 09/01/10 | 10:17A | 0:21 | 554121417910 | 17864362848 | 0:00 | 17864362848 | 3534900425363 | 310410243056105 | O2M_VMC |
| 953 | 09/01/10 | 10:17A | 0:25 | 554121417910 | 17726438988 | 0:21 | 17864362848 | | 310410243056105 | O2M_VMB |
| 954 | 09/01/10 | 10:41A | 0:06 | 13057550229 | 17864362848 | 0:00 | 17864362848 | 3534900425363 | 310410243056105 | O2M_VMC |
| 955 | 09/01/10 | 10:41A | 0:10 | 13057550229 | 17726438988 | 0:05 | 17726438988 | | 310410243056105 | O2M_VMB |
| 956 | 09/01/10 | 11:46A | 0:06 | 13057550229 | 17864362848 | 0:11 | 17864362848 | 3534900425363 | 310410243056105 | O2M_DIR |
| 957 | 09/01/10 | 11:51A | 0:05 | 17864362848 | 13055589220 | 0:56 | 13055589220 | 3534900425363 | 310410243056105 | M2O_DIR |

NF

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.

```
1136614                                              MOBILITY USAGE                                                                            Page 27
06/05/2012
SCAMP

Run Date:        06/05/2012
Run Time:        10:27:24
Voice Usage For: (786)436-2848
Account Number:  523024680563
```

| Item | Conn. Date | Conn. Time | Seizure Time | Originating Number | Terminating Number | Elapsed Time | Number Dialed | IMEI | IMSI | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 958 | 09/01/10 | 11:52A | 0:18 | 17864362848 | 5541214179010 | 0:00 | 5541214179010 | 353490042253263 | 310410243056105 | M2O_DIR |
| 959 | 09/01/10 | 11:56A | 0:00 | 17864690283 | 17864362848 | 0:00 | 17864362848 | | 310410243056105 | m2M |
| 960 | 09/01/10 | 11:56A | 0:00 | 17864362848 | 17726438988 | 0:06 | 17726438988 | | 310410243056105 | M2m_FWD |
| 961 | 09/01/10 | 11:56A | 0:20 | 17864690283 | 17864362848 | 0:06 | 17864362848 | | 310410243056105 | m2M |
| 962 | 09/01/10 | 12:56P | 0:06 | 17864690283 | 17864362848 | 0:29 | 17864362848 | 353490042253263 | 310410243056105 | m2M_DIR |
| 963 | 09/01/10 | 01:01P | 0:05 | 13055589220 | 17864362848 | 0:12 | 17864362848 | 353490042253263 | 310410243056105 | O2M_DIR |
| 964 | 09/01/10 | 01:31P | 0:04 | 13058640199 | 17864362848 | 0:18 | 17864362848 | 353490042253263 | 310410243056105 | O2M_DIR |
| 965 | 09/01/10 | 02:28P | 0:06 | 13055589220 | 17864362848 | 0:43 | 17864362848 | 353490042253263 | 310410243056105 | O2M_DIR |
| 966 | 09/01/10 | 02:33P | 0:05 | 17864690283 | 17864362848 | 3:53 | 17864362848 | 353490042253263 | 310410243056105 | m2M_DIR |
| 967 | 09/01/10 | 02:42P | 0:03 | 17864690283 | 17864362848 | 2:34 | 17864362848 | 353490042253263 | 310410243056105 | m2M_DIR |
| 968 | 09/01/10 | 06:13P | 0:04 | 551183098643 | 17864362848 | 0:09 | 17864362848 | 353490042253263 | 310410243056105 | m2M_DIR |
| 969 | 09/01/10 | 06:22P | 0:04 | 551183098643 | 17864362848 | 0:05 | 17864362848 | 353490042253263 | 310410243056105 | m2M_DIR |
| 970 | 09/01/10 | 06:28P | 0:01 | 13055211195 | 17864362848 | 0:11 | 17864362848 | 353490042253263 | 310410243056105 | O2M_DIR |
| 971 | 09/01/10 | 06:31P | 0:09 | 551163465005 | 17864362848 | 0:12 | 17864362848 | 353490042253263 | 310410243056105 | m2M_DIR |
| 972 | 09/01/10 | 07:08P | 0:25 | 13055211195 | 13052066761 | 0:08 | 13052066761 | 353490042253263 | 310410243056105 | M2M_DIR |
| 973 | 09/01/10 | 07:10P | 0:06 | 551183098643 | 17864362848 | 3:55 | 17864362848 | 353490042253263 | 310410243056105 | m2M_DIR |
| 974 | 09/01/10 | 07:15P | 0:03 | 551183098643 | 17864362848 | 2:59 | 17864362848 | 353490042253263 | 310410243056105 | m2M_DIR |
| 975 | 09/01/10 | 09:38P | 0:16 | 17864362848 | 167854960094 | 0:35 | 167854960094 | 353490042253263 | 310410243056105 | M2m_DIR |
| 976 | 09/01/10 | 11:39A | 0:07 | 13057550229 | 17864362848 | 0:05 | 17864362848 | 353490042253263 | 310410243056105 | O2M_DIR |
| 977 | 09/02/10 | 12:14P | 0:24 | 17864362848 | 13057550229 | 0:04 | 13057550229 | 353490042253263 | 310410243056105 | M2O_DIR |
| 978 | 09/02/10 | 12:15P | 0:32 | 17864362848 | 17864690283 | 0:07 | 17864690283 | 353490042253263 | 310410243056105 | M2m_DIR |
| 979 | 09/02/10 | 12:15P | 0:00 | 17864690283 | 17864362848 | 0:00 | 17864362848 | | 310410243056105 | m2M |
| 980 | 09/02/10 | 12:15P | 0:01 | 17864362848 | 17726438988 | 0:04 | 17726438988 | 353490042253263 | 310410243056105 | M2m_FWD |
| 981 | 09/02/10 | 12:15P | 0:02 | 17864690283 | 17864362848 | 0:04 | 17864362848 | | 310410243056105 | m2M |
| 982 | 09/02/10 | 12:15P | 0:10 | 17864362848 | 13052066761 | 3:10 | 13052066761 | 353490042253263 | 310410243056105 | M2M_DIR |
| 983 | 09/02/10 | 12:45P | 0:06 | 17864690283 | 17864362848 | 2:24 | 17864362848 | 353490042253263 | 310410243056105 | m2M_DIR |
| 984 | 09/02/10 | 02:38P | 0:01 | 17864362848 | 17726438989 | 1:19 | 011177264389898 | 353490042253263 | 310410243056105 | M2m_VMC |
| 985 | 09/02/10 | 04:41P | 0:07 | 13059956200 | 17864362848 | 0:00 | 17864362848 | 353490042253263 | 310410243056105 | O2M_DIR |
| 986 | 09/02/10 | 04:42P | 0:11 | 17864362848 | 13052066761 | 1:04 | 13052066761 | 353490042253263 | 310410243056105 | M2M_DIR |
| 987 | 09/02/10 | 04:45P | 0:13 | 13059956200 | 17864362848 | 0:00 | 17864362848 | 353490042253263 | 310410243056105 | O2M_DIR |
| 988 | 09/02/10 | 04:45P | 0:09 | 13059956200 | 17864362848 | 0:00 | 17864362848 | 353490042253263 | 310410243056105 | O2M_DIR |
| 989 | 09/02/10 | 05:08P | 0:28 | 17864362848 | 17864690283 | 1:11 | 17864690283 | 353490042253263 | 310410243056105 | M2m_DIR |
| 990 | 09/02/10 | 06:36P | 0:03 | 551181112228 | 17864362848 | 4:00 | 17864362848 | 353490042253263 | 310410243056105 | M2M_DIR |
| 991 | 09/02/10 | 07:05P | 0:13 | 13057106116 | 17864362848 | 10:50 | 17864362848 | 353490042253263 | 310410243056105 | M2M_DIR |
| 992 | 09/02/10 | 07:31P | 0:21 | | 17864362848 | 0:00 | 17864362848 | 353490042253263 | 310410243056105 | O2M_VMC |
| 993 | 09/02/10 | 07:31P | 0:01 | 17864362848 | 17726438988 | 0:05 | 17726438988 | | 310410243056105 | M2m |
| 994 | 09/02/10 | 07:31P | 0:24 | | 17864362848 | 0:05 | 17864362848 | | 310410243056105 | O2M |

NF                     AT&T Proprietary

The information contained here is for use by authorized person only and is
                  not for general distribution.