EXHIBIT 3

| | |
|---|---|
| **From:** | Prado, Waldyr <waldyr.pradoneto@wscf.exch.wachovia.com> |
| **Sent:** | Monday, May 17, 2010 9:04 PM |
| **To:** | ˋ    ˋ    <mpl4@˙     **REDACTED** |
| **Subject:** | RE: Pharma... |

To no Brasil com uma informacao que nao da pra mandar por e-mail.
E imperdivel
 Meu cel aqui e 11-8108-5050.

**REDACTED**   **REDACTED**

**From:** mplima4@      [mailto:mplima4@˙      ] **On Behalf Of** ˊ      **REDACTED**
**Sent:** Monday, May 17, 2010 11:36 AM
**To:** Prado, Waldyr
**Subject:** Pharma...

Pfizer, Sanofi-Aventis e AstraZeneca = very cheap.

ʃ
(305) ϡ          **REDACTED**
MPL4@˙

| | |
|---|---|
| **From:** | Prado, Waldyr <waldyr.pradoneto@wscf.exch.wachovia.com> |
| **Sent:** | Monday, May 17, 2010 9:04 PM |
| **To:** | ] <mpl4@c( **REDACTED** |
| **Subject:** | RE: Pharma... |

I'm in Brazil with information that cannot be sent by email. You can't miss it.
My cell phone here is 11- 8108-5050
REDACTED  REDACTED

**From:** mplima4@  [mailto:mplima4@  ] **On Behalf Of** M
**Sent:** Monday, May 17, 2010 11:36 AM
**To:** Prado, Waldyr
**Subject:** Pharma...

**REDACTED**

Pfizer, Sanofi-Aventis and AstraZeneca = very cheap

N
(305) (
MPL4@(        **REDACTED**

SEC-Wells Fargo-Prado-094520