EXHIBIT 4



WALDYR DA SILVA PRADO NETO

**Você, sem fronteiras.**

Cliente: 1.10457881
Período: 07/05/10 a 06/06/10
TIM Meia Tarifa (011/PÓS/SMP)

MISTO
Papel
FSC FSC C016542

Detalhamento de Serviços nº: 011-8108-5050

## DETALHAMENTO DE SERVIÇOS TIM

### Chamadas Locais para Outros Celulares

| | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 01 | 14/05/10 | 09:52:42 | SP AREA 11 | SP MOVEL - AREA 11 | 7516-2180 | DI | 00m30s | 0,57 |
| 02 | 20/05/10 | 10:39:36 | SP AREA 11 | SP MOVEL - AREA 11 | 7209-1000 | DI | 00m42s | 0,79 |
| 03 | | | | | | | 03m06s | 2,95 |

### Chamadas Locais para Telefones Fixos

| | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 04 | 09/05/10 | 12:00:28 | SP AREA 11 | SP FIXO - AREA 11 | 3704-6038 | DI | 00m48s | 0,00 |
| 05 | 10/05/10 | 10:26:39 | SP AREA 11 | SP FIXO - AREA 11 | 3026-9144 | DI | 01m54s | 0,00 |
| 06 | 14/05/10 | 10:27:25 | SP AREA 11 | SP FIXO - AREA 11 | 2173-6452 | DI | 00m30s | 0,56 |
| 07 | 14/05/10 | 12:15:18 | SP AREA 11 | SP FIXO - AREA 11 | 3012-6418 | DI | 00m30s | 0,56 |
| 08 | 14/05/10 | 13:12:20 | SP AREA 11 | SP FIXO - AREA 11 | 3012-6418 | DI | 00m30s | 0,56 |
| 09 | 17/05/10 | 17:47:29 | PR AREA 41 | PR FIXO - AREA 41 | 2169-6867 | DI | 02m00s | 2,24 |
| 10 | 20/05/10 | 10:38:02 | SP AREA 11 | SP FIXO - AREA 11 | 3170-2273 | DI | 00m42s | 0,78 |
| 11 | 21/05/10 | 10:05:10 | SP AREA 11 | SP FIXO - AREA 11 | 3031-4470 | DI | 00m54s | 1,00 |
| 12 | | | | | | | 07m48s | 5,70 |

### Chamadas de Acesso *100

| | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 13 | 13/05/10 | 12:36:10 | SP AREA 11 | Acesso *100 | *100 | DI | 00m30s | 0,56 |
| 14 | | | | | | | 00m30s | 0,56 |

### Chamadas recebidas em Roaming Nacional

| | Data | Hora | Origem | Destino | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 15 | 16/05/10 | 20:27:05 | SP AREA 11 | PR AREA 41 | 011-6346-5005 | VCR | 06m18s | 10,39 |
| 16 | 16/05/10 | 21:50:12 | SP AREA 11 | PR AREA 41 | 011-9414-3909 | VCR | 02m48s | 4,62 |
| 17 | 17/05/10 | 12:33:58 | SP AREA 11 | PR AREA 41 | 016-3515-5000 | VCR | 00m30s | 0,82 |
| 18 | 17/05/10 | 12:41:08 | SP AREA 11 | PR AREA 41 | 011-8196-6110 | VCR | 00m48s | 1,32 |
| 19 | 17/05/10 | 12:47:55 | SP AREA 11 | PR AREA 41 | 011-8196-6110 | VCR | 00m30s | 0,82 |
| 20 | 17/05/10 | 14:05:00 | SP AREA 11 | PR AREA 41 | 0013058538202 | VCR | 04m24s | 7,26 |
| 21 | 17/05/10 | 15:11:57 | SP AREA 11 | PR AREA 41 | 0013059956200 | VCR | 00m30s | 0,82 |
| 22 | 17/05/10 | 17:15:41 | SP AREA 11 | PR AREA 41 | 011-7022-9558 | VCR | 05m54s | 9,73 |
| 23 | 17/05/10 | 17:21:53 | SP AREA 11 | PR AREA 41 | 011-3031-8335 | VCR | 01m24s | 2,31 |
| 24 | 17/05/10 | 17:31:33 | SP AREA 11 | PR AREA 41 | 011-8294-9616 | VCR | 10m00s | 16,50 |
| 25 | 17/05/10 | 18:08:19 | SP AREA 11 | PR AREA 41 | 011-8196-6110 | VCR | 00m48s | 1,32 |
| 26 | 17/05/10 | 18:23:36 | SP AREA 11 | PR AREA 41 | 0013058987612 | VCR | 17m54s | 29,53 |
| 27 | 17/05/10 | 19:36:46 | SP AREA 11 | PR AREA 41 | 011-8324-7950 | VCR | 02m00s | 3,30 |
| 28 | 17/05/10 | 21:36:07 | SP AREA 11 | PR AREA 41 | 011-2768-2076 | VCR | 00m54s | 1,48 |
| 29 | 18/05/10 | 08:11:55 | SP AREA 11 | PR AREA 41 | 011-6346-5005 | VCR | 03m12s | 5,28 |
| 30 | 18/05/10 | 09:53:02 | SP AREA 11 | PR AREA 41 | 041-9995-0777 | VCR | 01m30s | 2,47 |
| 31 | 18/05/10 | 09:59:23 | SP AREA 11 | PR AREA 41 | 041-9995-0777 | VCR | 00m30s | 0,82 |
| 32 | 18/05/10 | 10:05:20 | SP AREA 11 | PR AREA 41 | 011-9438-5938 | VCR | 00m30s | 0,82 |
| 33 | 18/05/10 | 10:35:18 | SP AREA 11 | PR AREA 41 | 0013059956200 | VCR | 00m36s | 0,99 |
| 34 | 18/05/10 | 11:37:27 | SP AREA 11 | PR AREA 41 | 0013059956200 | VCR | 02m24s | 3,96 |
| 35 | 18/05/10 | 12:25:27 | SP AREA 11 | PR AREA 41 | 011-8208-5060 | VCR | 02m06s | 3,46 |
| 36 | 18/05/10 | 15:09:32 | SP AREA 11 | PR AREA 41 | 011-8208-5060 | VCR | 00m36s | 0,99 |
| 37 | 18/05/10 | 15:46:22 | SP AREA 11 | PR AREA 41 | 011-9616-1451 | VCR | 00m36s | 0,99 |
| 38 | | | | | | | 66m54s | 110,00 |

### Roaming TIM - AD por Chamada Originada

| | Data | Hora | Área do Cliente | Área de Origem | Número Chamado | Tipo | Duração/Volume | Valor |
|---|---|---|---|---|---|---|---|---|
| 39 | 16/05/10 | 21:10:51 | SP AREA 11 | PR AREA 41 | 011-3031-8335 | AD | - | 0,59 |
| 40 | 16/05/10 | 23:12:31 | SP AREA 11 | PR AREA 41 | 011-3283-3549 | AD | - | 0,59 |
| 41 | 16/05/10 | 23:30:41 | SP AREA 11 | PR AREA 41 | 011-3704-6038 | AD | - | 0,59 |
| 42 | 17/05/10 | 12:07:27 | SP AREA 11 | PR AREA 41 | 011-3704-6038 | AD | - | 0,59 |
| 43 | 17/05/10 | 12:08:42 | SP AREA 11 | PR AREA 41 | 011-3711-7372 | AD | - | 0,59 |
| 44 | 17/05/10 | 12:09:08 | SP AREA 11 | PR AREA 41 | 0800-891-3871 | AD | - | 0,59 |
| 45 | 17/05/10 | 12:22:02 | SP AREA 11 | PR AREA 41 | 016-3515-5000 | AD | - | 0,59 |
| 46 | 17/05/10 | 12:38:44 | SP AREA 11 | PR AREA 41 | 011-8196-6110 | AD | - | 0,59 |
| 47 | 17/05/10 | 14:02:18 | SP AREA 11 | PR AREA 41 | 011-8294-9616 | AD | - | 0,59 |
| 48 | 17/05/10 | 17:13:18 | SP AREA 11 | PR AREA 41 | 011-8181-1722 | AD | - | 0,59 |
| 49 | 17/05/10 | 17:23:28 | SP AREA 11 | PR AREA 41 | 011-7022-9558 | AD | - | 0,59 |
| 50 | 17/05/10 | 17:47:29 | SP AREA 11 | PR AREA 41 | 2169-6867 | AD | - | 0,59 |
| 51 | 17/05/10 | 17:50:49 | SP AREA 11 | PR AREA 41 | 011-8196-6110 | AD | - | 0,59 |
| 52 | 17/05/10 | 18:19:51 | SP AREA 11 | PR AREA 41 | 4002-5700 | AD | - | 0,59 |
| 53 | 17/05/10 | 18:44:09 | SP AREA 11 | PR AREA 41 | 8885-5004 | AD | - | 0,59 |
| 54 | 17/05/10 | 18:45:23 | SP AREA 11 | PR AREA 41 | 041-8855-5004 | AD | - | 0,59 |
| 55 | 17/05/10 | 18:48:44 | SP AREA 11 | PR AREA 41 | 041-8855-5004 | AD | - | 0,59 |
| 56 | 17/05/10 | 18:51:57 | SP AREA 11 | PR AREA 41 | 011-3031-8335 | AD | - | 0,59 |
| 57 | 17/05/10 | 22:56:07 | SP AREA 11 | PR AREA 41 | 011-3704-6038 | AD | - | 0,59 |
| 58 | 17/05/10 | 22:57:01 | SP AREA 11 | PR AREA 41 | 011-3704-6038 | AD | - | 0,59 |
| 59 | 18/05/10 | 08:09:00 | SP AREA 11 | PR AREA 41 | 011-6346-5005 | AD | - | 0,59 |
| 60 | 18/05/10 | 08:59:09 | SP AREA 11 | PR AREA 41 | 041-9995-0777 | AD | - | 0,59 |
| 61 | 18/05/10 | 09:24:29 | SP AREA 11 | PR AREA 41 | 9972-7584 | AD | - | 0,59 |
| 62 | 18/05/10 | 09:38:30 | SP AREA 11 | PR AREA 41 | 041-9995-0777 | AD | - | 0,59 |

Tipo: N - Normal        R - Reduzida        N/R - Mista        AC - A Cobrar        AD - Adicional        VCR - Deslocamento        DI - Dia        NO - Noite        FDS - Fim de Semana        INF - Infinity

OS SERVIÇOS PRESTADOS E NÃO FATURADOS NESTE DOCUMENTO PODERÃO SER LANÇADOS EM CONTAS FUTURAS.

Prado-SEC-19821

G3658816.319 - 31900018 - 000003 / 000006 - AGL00006 - 0070/09