# EXHIBIT 6

Telecomunicações de São Paulo S.A. - TELESP
Rua Martiniano de Carvalho, 851 - Bela Vista
São Paulo - SP - CEP:01321-001
Inscrição Estadual 108.363.948.112   CNPJ/MF: 02.558.157/0001-62
http://www.telefonica.com.br

**NOTA FISCAL
FATURA DE SERVIÇOS
DE TELECOMUNICAÇÕES**

Nº 11000-794.414/06/10-00002000002
Emissão 09/06/2010
Regime Especial Proc. ORT 1-14397-90


Telefonica

9569 - 2   L

Local 11000
Telefone 5574-7467 0   DV 5
NRC 09230386125  Uso NEGOCIO
Inscrição Estadual n°
CNPJ / CPF N° 06.069.062/0001-36

CTC SANTO AMARO 8PM PL1
CORNELSEN-ASSESORIA EMPRESARIAL LTDA

S PAULO - SP

Devolução Cx Postal 1024 SP
01009-970   VENC 18/06/2010
09230386125

Total da Fatura   Vencimento   Mês
180,71   18/06/2010   06/2010

## REDACTED

| | Data | Telefone | Localidade | | Início | Duração | Modalidade | |
|---|---|---|---|---|---|---|---|---|
| 001 | 24/05/2010 | 9945-3346 | AREA-011 | VIVO | 15H03M12 | 0,8 | NORMAL | 0,67 |
| 002 | 25/05/2010 | 9438-8887 | AREA-011 | CLARO | 11H22M38 | 5,6 | NORMAL | 4,42 |
| 003 | 25/05/2010 | 9640-6446 | AREA-011 | VIVO | 12H31M48 | 1,0 | NORMAL | 0,72 |
| 004 | 25/05/2010 | 8606-9052 | AREA-011 | TIM | 11H51M00 | 11,2 | NORMAL | 8,45 |
| 005 | 25/05/2010 | 8606-9052 | AREA-011 | TIM | 12H11M12 | 0,9 | NORMAL | 0,67 |
| 006 | 25/05/2010 | 8641-2822 | AREA-011 | TIM | 12H18M24 | 0,5 | NORMAL | 0,37 |
| Subtotal | | | | | | | | 95,62 |
| **Total Telefônica** | | | | | | | | **152,93** |

ICMS - Telefônica:   Base de cálculo: 148,06   Alíquota: 25%   Valor do ICMS: 37,01

NOTA FISCAL FATURA DE SERVIÇOS DE TELECOMUNICAÇÕES
EMPRESA BRASILEIRA DE TELECOMUNICAÇÕES - EMBRATEL N.
Rua Aldo de Azevedo,200 Lapa 05453-030 São Paulo EMISSÃO:
Inscrição Estadual 115.312.276.113 CNPJ/MF 33.530.486/0321-87

118.438/06/10   - SÉRIE:D
09/06/2010

Reservado ao Fisco: 9E58.31F3,AECD,85FC,8D8D,8D65,D3F2.B61D

**Chamadas de Longa Distância Nacional: EMBRATEL 21**

| | Data | Telefone | Localidade | UF | Início | Duração | Modalidade | |
|---|---|---|---|---|---|---|---|---|
| 007 | 03/05/2010 | 3341-8561 | PORTO ALEGRE | RS | 11H54M13 | 8,0 | MISTA | 3,98 |
| 008 | 17/05/2010 | 3017-1040 | CURITIBA | PR | 18H08M51 | 10,1 | NORMAL | 4,96 |
| 009 | 20/05/2010 | 3388-3388 | GARIBALDI | RS | 13H49M09 | 0,9 | NORMAL | 0,43 |
| Subtotal | | | | | | | | 9,37 |

**Chamadas de Longa Distância Internacional: EMBRATEL 21**

| | Data | Telefone | Localidade | UF | Início | Duração | Modalidade | |
|---|---|---|---|---|---|---|---|---|
| 010 | 28/04/2010 | 3058516943 | ESTADOS UNIDOS | | 15H11M46 | 0,8 | NORMAL | 0,54 |
| 011 | 29/04/2010 | 3058516943 | ESTADOS UNIDOS | | 10H49M52 | 0,8 | NORMAL | 0,72 |
| 012 | 03/05/2010 | 3058516943 | ESTADOS UNIDOS | | 12H05M47 | 1,0 | NORMAL | 0,92 |
| 013 | 04/05/2010 | 3058516943 | ESTADOS UNIDOS | | 11H56M38 | 2,1 | NORMAL | 1,93 |
| 014 | 05/05/2010 | 3058151641 | ESTADOS UNIDOS | | 15H17M56 | 1,7 | NORMAL | 1,56 |
| 015 | 06/05/2010 | 3058516943 | ESTADOS UNIDOS | | 10H40M30 | 0,5 | NORMAL | 0,46 |
| 016 | 06/05/2010 | 3058516943 | ESTADOS UNIDOS | | 12H17M15 | 3,7 | NORMAL | 3,41 |
| 017 | 10/05/2010 | 3058516943 | ESTADOS UNIDOS | | 12H41M44 | 0,6 | NORMAL | 0,54 |
| 018 | 13/05/2010 | 3058516943 | ESTADOS UNIDOS | | 12H22M42 | 1,7 | NORMAL | 1,56 |
| 019 | 13/05/2010 | 3058516943 | ESTADOS UNIDOS | | 15H07M56 | 1,3 | NORMAL | 1,19 |
| 020 | 14/05/2010 | 3058516943 | ESTADOS UNIDOS | | 10H42M30 | 2,1 | NORMAL | 1,93 |
| 021 | 14/05/2010 | 3058516943 | ESTADOS UNIDOS | | 11H38M34 | 0,6 | NORMAL | 0,54 |
| 022 | 21/05/2010 | 3058516943 | ESTADOS UNIDOS | | 11H13M33 | 0,5 | NORMAL | 0,46 |
| 023 | 21/05/2010 | 3056516943 | ESTADOS UNIDOS | | 11H49M29 | 0,8 | NORMAL | 0,72 |
| 024 | 25/05/2010 | 3058516943 | ESTADOS UNIDOS | | 12H24M21 | 1,6 | NORMAL | 1,47 |
| 025 | 26/05/2010 | 3058516943 | ESTADOS UNIDOS | | 14H42M48 | 0,5 | NORMAL | 0,46 |
| Subtotal | | | | | | | | 18,41 |
| **Total EMBRATEL** | | | | | | | | **27,78** |

ICMS - EMBRATEL:   Base de cálculo: 27,78   Alíquota: 25%   Valor do ICMS: 6,95

ICMS: Base de Cálculo:   **********   Alíquota: **   Valor do ICMS:   ***********

FOIA CONFIDENTIAL TREATMENT REQUESTED BY AGSH&F ON BEHALF OF ITS CLIENT                      IC-SECLA0001559