# EXHIBIT 7

| BTN | CALL_DATE | DURATION_MIN | DURATION_SEC | FROM_CITY | FROM_STATE | TO_CITY | TO_STATE | ORIG_NUM | STATN_ID | DIALED_NUM | TERM_NUM | CNCT_TIME_HH_MM | CHRG_AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3059956200 | 25-May-10 | 0 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 16:05 | 0.03 |
| 3059956200 | 25-May-10 | 15 | 30 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 16:07 | 1.72 |
| 3059956200 | 28-May-10 | 29 | 24 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 15:22 | 3.26 |
| 3059956200 | 1-Jun-10 | 12 | 0 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 14:49 | 1.33 |
| 3059956200 | 2-Jun-10 | 9 | 0 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 12:59 | 1 |
| 3059956200 | 3-Jun-10 | 14 | 24 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 16:25 | 1.6 |
| 3059956200 | 4-Jun-10 | 8 | 36 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 14:57 | 0.95 |
| 3059956200 | 7-Jun-10 | 1 | 54 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 15:43 | 0.21 |
| 3059956200 | 10-Jun-10 | 8 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 11:02 | 0.92 |
| 3059956200 | 18-Jun-10 | 25 | 48 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 13:51 | 2.86 |
| 3059956200 | 7-Jul-10 | 1 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 14:12 | 0.14 |
| 3059956200 | 8-Jul-10 | 17 | 36 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 10:23 | 1.95 |
| 3059956200 | 14-Jul-10 | 11 | 24 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 12:37 | 1.27 |
| 3059956200 | 22-Jul-10 | 0 | 24 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 9:43 | 0.04 |
| 3059956200 | 22-Jul-10 | 36 | 36 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 15:57 | 4.06 |
| 3059956200 | 23-Aug-10 | 0 | 30 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 8:55 | 0.06 |
| 3059956200 | 24-Aug-10 | 32 | 6 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 14:36 | 3.56 |
| 3059956200 | 25-Aug-10 | 7 | 18 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 14:43 | 0.81 |
| 3059956200 | 1-Sep-10 | 7 | 30 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511964064 | 5511964064446 | 11:19 | 34.16 |
| 3059956200 | 1-Sep-10 | 0 | 48 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 11:18 | 0.09 |
| 3059956200 | 1-Sep-10 | 15 | 36 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 15:50 | 1.73 |
| 3059956200 | 2-Sep-10 | 8 | 30 | | FL | BRAZIL | BZ | 3059956200 | 0 | 5511557474 | 5511557474 | 9:45 | 0.94 |