# EXHIBIT 8

| | |
|---|---|
| **From:** | Prado, Waldyr |
| **Sent:** | Wednesday, August 18, 2010 5:41 AM |
| **To:** | igor cornelsen |
| **Subject:** | RE: Quando volta a sp? |

Vai sim

Waldyr Prado
Managing Director - Investment Officer
Wells Fargo Advisors - Miami
1111 Brickell Avenue, Suite 1800
Miami, FL 33131
Phones: 0800-891-3871
Phone:   1-305-995-6259
FAX:     1-305-995-6301

-----Original Message-----
From: igor cornelsen [mailto:igor.cornelsen@  **REDACTED**
Sent: Wednesday, August 18, 2010 8:39 AM
To: Prado, Waldyr
Subject: Re: Quando volta a sp?

o negócio do sanduiche vai sair?
o Edvino é do cunhado de meu irmão.
Abra

2010/8/18 Prado, Waldyr <waldyr.prado@wellsfargoadvisors.com>:
>
> Ese cara surpreende qualquer um!
> Estou em Curitiba. Fui jantar ontem no Edivino, muito bom. Tambem ja esta mais caro que USA!!!
> Volto a Miami na Segunda Feira.
> Preciso depois da sua opiniao em novos temas.
> Um assunto recente VAI acontecer mesmo, a volatilidade atrapalhou os caras.
> Um abraco,
>
>
> Waldyr
>
>
> Waldyr Prado
> Managing Director - Investment Officer Wells Fargo Advisors - Miami
> 1111 Brickell Avenue, Suite 1800
> Miami, FL 33131
> Phones: 0800-891-3871
> Phone:   1-305-995-6259
> FAX:     1-305-995-6301
>
> -----Original Message-----
> From: igor cornelsen [mailto:igor.cornelsen@  **REDACTED**
> Sent: Wednesday, August 18, 2010 8:19 AM
> To: Prado, Waldyr
> Subject: Re: Quando volta a sp?
>
> Waldyr

>
> Volto na semana que vem.
> Acabo de ler que o Gartman preve que o CAD e o Euro vão atingir a paridade.
> O cara é maluco!
> Se atingisse, a economia do Canadá não exportaria nada que não fosse commoditie, e a indústria alemã se tornaria a mais poderosa do mundo.
> O cross está agor a 1,36.
> Só seria viável se a Alemanha abandonasse o Euro e adotasse o DM.
> Mas porque fariam isto se foi a economia desenvolvida que mais cresceu nos últimos 6 meses? Justamente por causa do Euro fraco?
>
> Abraço,
>
> Igor
>
> 2010/8/18 Prado, Waldyr <waldyr.prado@wellsfargoadvisors.com>:
>>
>>
>> Waldyr Prado
>> Managing Director - Investment Officer Wells Fargo Advisors - Miami
>> 1111 Brickell Avenue, Suite 1800
>> Miami, FL 33131
>> Phones:  0800-891-3871
>> Phone:   1-305-995-6259
>> FAX:     1-305-995-6301
>>
>>
>>
>> If you are a current Wells Fargo Advisors, LLC client and wish to
>> unsubscribe from Wells Fargo Advisors, LLC marketing e-mails
>> forwarded from your financial advisor, reply to one of his/her
>> e-mails and type "Unsubscribe" in the subject line. This action will
>> not affect delivery of important service messages regarding your
>> accounts that we may need to send you or preferences you may have
>> previously set for other e-mail services. If you are not a client,
>> please go to https://www.wachovia.com/email/unsubscribe
>> For additional information regarding our electronic communication
>> policies please go to
>> http://wellsfargoadvisors.com/disclosures/email-disclosure.html
>> Investments in securities and insurance products are:
>> NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE Wells Fargo
>> Advisors, LLC is a nonbank affiliate of Wells Fargo & Company, Member
>> FINRA/SIPC 1 North Jefferson, St. Louis, MO 63103.
>> This is a strictly privileged and confidential communication between
>> us and our selected addressees.  This communication contains
>> information addressed only to a specific individual and is not
>> intended for distribution to, or use by, any person other than the
>> named addressee. This communication (i) is provided for informational
>> purposes only, (ii) is not and should not be construed in any manner
>> as any solicitation or offer to buy or sell any securities or any
>> related financial instruments, and (iii) is not and should not be
>> construed in any manner as a public offer of any securities or any
>> related financial instruments. If you are not the named addressee,
>> you should not disseminate, distribute or copy this communication.
>> Please notify the sender immediately if you have mistakenly received
>> this communication.
>>
>

> 
> If you are a current Wells Fargo Advisors, LLC client and wish to
> unsubscribe from Wells Fargo Advisors, LLC marketing e-mails forwarded
> from your financial advisor, reply to one of his/her e-mails and type
> "Unsubscribe" in the subject line. This action will not affect
> delivery of important service messages regarding your accounts that we
> may need to send you or preferences you may have previously set for
> other e-mail services. If you are not a client, please go to
> https://www.wachovia.com/email/unsubscribe
> 
> For additional information regarding our electronic communication
> policies please go to
> http://wellsfargoadvisors.com/disclosures/email-disclosure.html
> 
> Investments in securities and insurance products are:
> NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE
> 
> Wells Fargo Advisors, LLC is a nonbank affiliate of Wells Fargo &
> Company, Member FINRA/SIPC 1 North Jefferson, St. Louis, MO 63103.
> 
> This is a strictly privileged and confidential communication between
> us and our selected addressees. This communication contains
> information addressed only to a specific individual and is not
> intended for distribution to, or use by, any person other than the
> named addressee. This communication (i) is provided for informational
> purposes only, (ii) is not and should not be construed in any manner
> as any solicitation or offer to buy or sell any securities or any
> related financial instruments, and (iii) is not and should not be
> construed in any manner as a public offer of any securities or any
> related financial instruments. If you are not the named addressee,
> you should not disseminate, distribute or copy this communication.
> Please notify the sender immediately if you have mistakenly received this communication.
> 
> 
> 
> 

Prado-SEC-03063

| | |
|---|---|
| **From:** | Prado, Waldyr |
| **Sent:** | Wednesday, August 18, 2010 5:41 AM |
| **To:** | igor cornelsen |
| **Subject:** | RE: When are you back in SP (São Paulo)? |

Yes it's going to happen.

Waldyr Prado
Managing Director - Investment Officer
Wells Fargo Advisors - Miami
1111 Brickell Avenue, Suite 1800
Miami, FL 33131
Phones: 0800-891-3871
Phone:  1-305-995-6259
FAX:    1-305-995-6301

-----Original Message-----
From: igor cornelsen [mailto:igor.cornelsen@  **REDACTED**
Sent: Wednesday, August 18, 2010 8:39 AM
To: Prado, Waldyr
**Subject:**      RE: When are you back in SP (São Paulo)?

Is the sandwich deal going to happen?
Edvino is my brother's brother-in-law
Regards

08/18/2010 Prado, Waldyr <waldyr.prado@wellsfargoadvisors.com>:
This guy amazes everyone!
I'm in Curitiba. I had dinner with Edivino yesterday - it was very good. It is already more expensive than in the USA!!!
I'll be back in Miami on Monday.
Later I will need your input on new topics.
A current issue WILL happen indeed, volatility got in their way.
Regards,
Waldyr
> Waldyr Prado
> Managing Director - Investment Officer Wells Fargo Advisors - Miami
> 1111 Brickell Avenue, Suite 1800
> Miami, FL 33131
> Phones: 0800-891-3871
> Phone:  1-305-995-6259
> FAX:    1-305-995-6301
>
> -----Original Message-----
> From: igor cornelsen [mailto:igor.cornelsen@   **REDACTED**
> Sent: Wednesday, August 18, 2010 8:19 AM
> To: Prado, Waldyr
**Subject:**      RE: When are you back in SP [São Paulo]?
> Waldyr

Prado-SEC-03061

I'm coming back next week.
I just read that Gartman predicts that CAD and Euro will reach parity.
That guy is crazy!
If it did, Canada's economy would not export anything but commodities; and the German industry would become the most powerful one in the world.
Cross is now at 1,36.
It would only be viable if Germany ditched the Euro [and] took on the DM.
But why would they do that, being the developed economy that grew the most within the last 6 months? Simply because of a weak Euro?

Regards,
Igor

```
> 2010/8/18 Prado, Waldyr <waldyr.prado@wellsfargoadvisors.com>:
>>
>>
>> Waldyr Prado
>> Managing Director - Investment Officer Wells Fargo Advisors - Miami
>> 1111 Brickell Avenue, Suite 1800
>> Miami, FL 33131
>> Phones: 0800-891-3871
>> Phone:  1-305-995-6259
>> FAX:    1-305-995-6301
>>
>>
>>
>> If you are a current Wells Fargo Advisors, LLC client and wish to
>> unsubscribe from Wells Fargo Advisors, LLC marketing e-mails
>> forwarded from your financial advisor, reply to one of his/her
>> e-mails and type "Unsubscribe" in the subject line. This action will
>> not affect delivery of important service messages regarding your
>> accounts that we may need to send you or preferences you may have
>> previously set for other e-mail services. If you are not a client,
>> please go to https://www.wachovia.com/email/unsubscribe
>> For additional information regarding our electronic communication
>> policies please go to
>> http://wellsfargoadvisors.com/disclosures/email-disclosure.html
>> Investments in securities and insurance products are:
>> NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE Wells Fargo
>> Advisors, LLC is a nonbank affiliate of Wells Fargo & Company, Member
>> FINRA/SIPC 1 North Jefferson, St. Louis, MO 63103.
>> This is a strictly privileged and confidential communication between
>> us and our selected addressees. This communication contains
>> information addressed only to a specific individual and is not
>> intended for distribution to, or use by, any person other than the
>> named addressee. This communication (i) is provided for informational
>> purposes only, (ii) is not and should not be construed in any manner
>> as any solicitation or offer to buy or sell any securities or any
>> related financial instruments, and (iii) is not and should not be
>> construed in any manner as a public offer of any securities or any
>> related financial instruments. If you are not the named addressee,
>> you should not disseminate, distribute or copy this communication.
>> Please notify the sender immediately if you have mistakenly received
>> this communication.
>>
>
```

Prado-SEC-03062

>
> If you are a current Wells Fargo Advisors, LLC client and wish to
> unsubscribe from Wells Fargo Advisors, LLC marketing e-mails forwarded
> from your financial advisor, reply to one of his/her e-mails and type
> "Unsubscribe" in the subject line. This action will not affect
> delivery of important service messages regarding your accounts that we
> may need to send you or preferences you may have previously set for
> other e-mail services. If you are not a client, please go to
> https://www.wachovia.com/email/unsubscribe
>
> For additional information regarding our electronic communication
> policies please go to
> http://wellsfargoadvisors.com/disclosures/email-disclosure.html
>
> Investments in securities and insurance products are:
> NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE
>
> Wells Fargo Advisors, LLC is a nonbank affiliate of Wells Fargo &
> Company, Member FINRA/SIPC 1 North Jefferson, St. Louis, MO 63103.
>
> This is a strictly privileged and confidential communication between
> us and our selected addressees. This communication contains
> information addressed only to a specific individual and is not
> intended for distribution to, or use by, any person other than the
> named addressee. This communication (i) is provided for informational
> purposes only, (ii) is not and should not be construed in any manner
> as any solicitation or offer to buy or sell any securities or any
> related financial instruments, and (iii) is not and should not be
> construed in any manner as a public offer of any securities or any
> related financial instruments. If you are not the named addressee,
> you should not disseminate, distribute or copy this communication.
> Please notify the sender immediately if you have mistakenly received this communication.
>
>
>
>

Prado-SEC-03063

| | |
|---|---|
| **From:** | igor cornelsen |
| **Sent:** | Wednesday, August 18, 2010 5:52 AM |
| **To:** | Prado, Waldyr |
| **BCC:** | waldyr.pradoneto@wscf.exch.wachovia.com |
| **Subject:** | Re: |

Acho que vai acabar saindo por menos....

2010/8/18 Prado, Waldyr <waldyr.prado@wellsfargoadvisors.com>:
>
> Ta nos trilhos 100%. Fiquei sem graca de perguntar o timing. A ultima vol e que atrapalhou.
>
>
> Waldyr Prado
> Managing Director - Investment Officer
> Wells Fargo Advisors - Miami
> 1111 Brickell Avenue, Suite 1800
> Miami, FL 33131
> Phones: 0800-891-3871
> Phone:   1-305-995-6259
> FAX:     1-305-995-6301
>
> -----Original Message-----
> From: igor cornelsen [mailto:igor.cornelsen@     **REDACTED**
> Sent: Wednesday, August 18, 2010 8:43 AM
> To: Prado, Waldyr
> Subject:
>
> Waldyr
>
> Meu último email ou não foi ou foi cortado, meu tempo de internet expira a cada 24 horas, tinha acabado de expirar quando estava perguntando sobre o negócio do sanduiche, se está para sair?
> O dono do Edvino é cunhado de meu irmão.
> Abraço,
>
> Igor
>
>
> If you are a current Wells Fargo Advisors, LLC client and wish to unsubscribe
> from Wells Fargo Advisors, LLC marketing e-mails forwarded from your financial
> advisor, reply to one of his/her e-mails and type "Unsubscribe" in the subject
> line. This action will not affect delivery of important service messages
> regarding your accounts that we may need to send you or preferences you may
> have previously set for other e-mail services. If you are not a client, please
> go to https://www.wachovia.com/email/unsubscribe
>
> For additional information regarding our electronic communication policies
> please go to http://wellsfargoadvisors.com/disclosures/email-disclosure.html
>
> Investments in securities and insurance products are:
> NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE
>
> Wells Fargo Advisors, LLC is a nonbank affiliate of Wells Fargo & Company,
> Member FINRA/SIPC 1 North Jefferson, St. Louis, MO 63103.
>

> This is a strictly privileged and confidential communication between us and
> our selected addressees. This communication contains information addressed
> only to a specific individual and is not intended for distribution to, or use
> by, any person other than the named addressee. This communication (i) is
> provided for informational purposes only, (ii) is not and should not be
> construed in any manner as any solicitation or offer to buy or sell any
> securities or any related financial instruments, and (iii) is not and should
> not be construed in any manner as a public offer of any securities or any
> related financial instruments. If you are not the named addressee, you
> should not disseminate, distribute or copy this communication. Please
> notify the sender immediately if you have mistakenly received this
> communication.
>
>
>
>

Prado-SEC-03067

| | |
|---|---|
| From: | igor cornelsen |
| Sent: | Wednesday, August 18, 2010 5:52 AM |
| To: | Prado, Waldyr |
| BCC: | waldyr.pradoneto@wscf.exch.wachovia.com |
| Subject: | Re: |

I think it will end up coming out for less...

08/18/2010 Prado, Waldyr <waldyr.prado@wellsfargoadvisors.com>:

Everything is 100% under control. I was embarrassed to ask about timing. The last "vol" got in the way.

> Waldyr Prado
> Managing Director - Investment Officer
> Wells Fargo Advisors - Miami
> 1111 Brickell Avenue, Suite 1800
> Miami, FL 33131
> Phones: 0800-891-3871
> Phone:  1-305-995-6259
> FAX:    1-305-995-6301
>
> -----Original Message-----
> From: igor cornelsen [mailto:igor.cornelsen@  **REDACTED**
> Sent: Wednesday, August 18, 2010 8:43 AM
> To: Prado, Waldyr
> Subject:

Waldyr,
My last email didn't go through or it was cut off. My internet time expires every 24 hours and it had just expired when I asked you about the sandwich deal, whether it is going to happen?
Edvino's owner is my brother's brother-in-law.
Regards,

Igor.
> If you are a current Wells Fargo Advisors, LLC client and wish to unsubscribe
> from Wells Fargo Advisors, LLC marketing e-mails forwarded from your financial
> advisor, reply to one of his/her e-mails and type "Unsubscribe" in the subject
> line. This action will not affect delivery of important service messages
> regarding your accounts that we may need to send you or preferences you may
> have previously set for other e-mail services. If you are not a client, please
> go to https://www.wachovia.com/email/unsubscribe
>
> For additional information regarding our electronic communication policies
> please go to http://wellsfargoadvisors.com/disclosures/email-disclosure.html
>
> Investments in securities and insurance products are:
> NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE
>
> Wells Fargo Advisors, LLC is a nonbank affiliate of Wells Fargo & Company,
> Member FINRA/SIPC 1 North Jefferson, St. Louis, MO 63103.
>

> This is a strictly privileged and confidential communication between us and
> our selected addressees. This communication contains information addressed
> only to a specific individual and is not intended for distribution to, or use
> by, any person other than the named addressee. This communication (i) is
> provided for informational purposes only, (ii) is not and should not be
> construed in any manner as any solicitation or offer to buy or sell any
> securities or any related financial instruments, and (iii) is not and should
> not be construed in any manner as a public offer of any securities or any
> related financial instruments. If you are not the named addressee, you
> should not disseminate, distribute or copy this communication. Please
> notify the sender immediately if you have mistakenly received this
> communication.
>
>
>
>

Prado-SEC-03067