EXHIBIT 9

| | |
|---|---|
| **From:** | Prado, Waldyr |
| **Sent:** | Thursday, September 02, 2010 6:29 AM |
| **To:** | igor cornelsen |
| **Subject:** | RE: petro e sanduiche |

Voce ta no escritorio?


Waldyr Prado
Managing Director - Investment Officer
Wells Fargo Advisors - Miami
1111 Brickell Avenue, Suite 1800
Miami, FL 33131
Phones: 0800-891-3871
Phone:  1-305-995-6259
FAX:     1-305-995-6301

-----Original Message-----
From: igor cornelsen [mailto:igor.cornelsen@.    **REDACTED**
Sent: Thursday, September 02, 2010 9:28 AM
To: Prado, Waldyr
Subject: Re: petro e sanduiche

Wow!
What a day!

2010/9/2 Prado, Waldyr <waldyr.prado@wellsfargoadvisors.com>:
>
> Igor,
>
>
> Pre mercado da petro e 36.20. Vai dar pra voce sair tranquilo se quiser. As pessoas acham que passada a euforia ela volta a cair.
> Nos websites dizem ja em 24.00 por acao.
> A CNBC ta falando em 4Bi, que, segundo minhas contas, da 29.41.
>
>
>
>
>
> Waldyr Prado
> Managing Director - Investment Officer Wells Fargo Advisors - Miami
> 1111 Brickell Avenue, Suite 1800
> Miami, FL 33131
> Phones: 0800-891-3871
> Phone:  1-305-995-6259
> FAX:      1-305-995-6301
>
> -----Original Message-----
> From: igor cornelsen [mailto:igor.cornelsen@:    **REDACTED**
> Sent: Thursday, September 02, 2010 9:07 AM
> To: Prado, Waldyr
> Subject: petro e sanduiche
>
> Waldyr

>
> Alguma notícia do preço que vão pagar pelo sanduiche?
> Não gostei do preço da Petro.
> Espero que os coordenadores da operação enganem o mercado para eu não perder nas opções.
> Particularmente não mais vou comprar nenhum ação no Brasil.
> Este país está na mão de irresponsáveis e caloteiros.
>
> Igor
>
>
> If you are a current Wells Fargo Advisors, LLC client and wish to
> unsubscribe from Wells Fargo Advisors, LLC marketing e-mails forwarded
> from your financial advisor, reply to one of his/her e-mails and type
> "Unsubscribe" in the subject line. This action will not affect
> delivery of important service messages regarding your accounts that we
> may need to send you or preferences you may have previously set for
> other e-mail services. If you are not a client, please go to
> https://www.wachovia.com/email/unsubscribe
>
> For additional information regarding our electronic communication
> policies please go to
> http://wellsfargoadvisors.com/disclosures/email-disclosure.html
>
> Investments in securities and insurance products are:
> NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE
>
> Wells Fargo Advisors, LLC is a nonbank affiliate of Wells Fargo &
> Company, Member FINRA/SIPC 1 North Jefferson, St. Louis, MO 63103.
>
> This is a strictly privileged and confidential communication between
> us and our selected addressees.  This communication contains
> information addressed only to a specific individual and is not
> intended for distribution to, or use by, any person other than the
> named addressee. This communication (i) is provided for informational
> purposes only, (ii) is not and should not be construed in any manner
> as any solicitation or offer to buy or sell any securities or any
> related financial instruments, and (iii) is not and should not be
> construed in any manner as a public offer of any securities or any
> related financial instruments.  If you are not the named addressee,
> you should not disseminate, distribute or copy this communication.
> Please notify the sender immediately if you have mistakenly received this communication.
>
>
>
>

| | |
|---|---|
| **From:** | Prado, Waldyr |
| **Sent:** | Thursday, September 02, 2010 6:29 AM |
| **To:** | igor cornelsen |
| **Subject:** | RE: Petrobras and sandwich |

Are you in the office?

Waldyr Prado
Managing Director - Investment Officer
Wells Fargo Advisors - Miami
1111 Brickell Avenue, Suite 1800
Miami, FL 33131
Phones: 0800-891-3871
Phone:  1-305-995-6259
FAX:     1-305-995-6301

----Original Message----
From: igor cornelsen [mailto:igor.cornelsen@        **REDACTED**
Sent: Thursday, September 02, 2010 9:28 AM
To: Prado, Waldyr
Subject: Re: petro e sanduiche

Wow!
What a day!

09/02/2010 Prado, Waldyr <waldyr.prado@wellsfargoadvisors.com>:
Igor,
Pre-selling of Petrobras is 36.20. You can get out easy if you wish. People think that once
the turmoil is over, it'll go down again.
On the internet they're already talking about 24.00 per share.
CNBC is talking about 4 billion, which according to my math is 29.41.
>
>
>
>
>
> Waldyr Prado
> Managing Director - Investment Officer Wells Fargo Advisors - Miami
> 1111 Brickell Avenue, Suite 1800
> Miami, FL 33131
> Phones: 0800-891-3871
> Phone:  1-305-995-6259
> FAX:     1-305-995-6301
>
> ----Original Message----
> From: igor cornelsen [mailto:igor.cornelsen@        **REDACTED**
> Sent: Thursday, September 02, 2010 9:07 AM
> To: Prado, Waldyr
Subject: Petrobras and sandwich

Waldyr

Prado-SEC-03174

Any news about price they will pay for sandwich?
I didn't like Petrobras's price.
I hope that this program's regulators fool the market, so I won't lose in such options.
To be honest, I'm not buying any shares in Brazil.
This country is in the hands of irresponsible people and con artists.

Igor

> 
> 
> If you are a current Wells Fargo Advisors, LLC client and wish to
> unsubscribe from Wells Fargo Advisors, LLC marketing e-mails forwarded
> from your financial advisor, reply to one of his/her e-mails and type
> "Unsubscribe" in the subject line. This action will not affect
> delivery of important service messages regarding your accounts that we
> may need to send you or preferences you may have previously set for
> other e-mail services. If you are not a client, please go to
> https://www.wachovia.com/email/unsubscribe
> 
> For additional information regarding our electronic communication
> policies please go to
> http://wellsfargoadvisors.com/disclosures/email-disclosure.html
> 
> Investments in securities and insurance products are:
> NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE
> 
> Wells Fargo Advisors, LLC is a nonbank affiliate of Wells Fargo &
> Company, Member FINRA/SIPC 1 North Jefferson, St. Louis, MO 63103.
> 
> This is a strictly privileged and confidential communication between
> us and our selected addressees. This communication contains
> information addressed only to a specific individual and is not
> intended for distribution to, or use by, any person other than the
> named addressee. This communication (i) is provided for informational
> purposes only, (ii) is not and should not be construed in any manner
> as any solicitation or offer to buy or sell any securities or any
> related financial instruments, and (iii) is not and should not be
> construed in any manner as a public offer of any securities or any
> related financial instruments. If you are not the named addressee,
> you should not disseminate, distribute or copy this communication.
> Please notify the sender immediately if you have mistakenly received this communication.
> 
> 
> 
> 

Prado-SEC-03175