EXHIBIT 10

Electronic Delivery

WALDYR PRADO

REDACTED

MIAMI FL

# SNAPSHOT
## Current period ending May 31, 2010

ACCOUNT NAME: WALDYR PRADO

ACCOUNT NUMBER: -7882   REDACTED

Your Financial Advisor :
Wells Fargo Advisors, LLC

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Financial Advisor for more details.

### Message from Our Firm
STARTING IN 2010, ANYONE, REGARDLESS OF INCOME, CAN CONVERT A TRADITIONAL IRA TO A ROTH IRA. TO FIND OUT IF A ROTH IRA CONVERSION IS RIGHT FOR YOU, CONTACT YOUR FINANCIAL ADVISOR.

Wells Fargo Advisors, LLC, member NYSE/SIPC. Brokerage accounts are carried by First Clearing, LLC (FCC), member NYSE/SIPC.

WALDYR PRADO

MAY 1 - MAY 31, 2010
ACCOUNT NUMBER: -7882    REDACTED

## Stocks and Options

### Options

Listed options are priced based on the closing "bid-ask" prices and the last reported trade.

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS |
|---|---|---|---|---|---|---|---|
| CALL BANK AMER CORP @ $17 EXP 06/19/10 | | | | | | | |
| Acquired 05/21/10 S | 0.11 | 100 | 0.38 | 3,870.00 | 0.1800 | 1,800.00 | - 2,070.00 |
| CALL BURGER KING HLDGS $20 EXP 07/17/10 HELD IN MARGIN | | | | | | | |
| Acquired 05/17/10 S | | 100 | 1.10 | 11,065.00 | | 5,500.00 | - 5,565.00 |
| Acquired 05/17/10 S | | 100 | 1.10 | 11,060.00 | | 5,500.00 | - 5,560.00 |
| Acquired 05/17/10 S | | 100 | 1.10 | 11,060.00 | | 5,500.00 | - 5,560.00 |
| Total | 0.99 | 300 | | $33,185.00 | 0.5500 | $16,500.00 | - $16,685.00 |
| Total Options | 1.09 | | | $37,055.00 | | $18,300.00 | - $18,755.00 |
| Total Stocks and Options | 15.46 | | | $308,273.00 | | $258,908.08 | - $49,372.40 |

@ Denotes option(s) will expire on the next option expiration date.

## Fixed Income Securities

Corporate and municipal bonds and other fixed income securities are priced by a computerized pricing service or, for less actively traded issues, by utilizing a yield-based matrix system to arrive at an estimated market value.

**WALDYR PRADO**

MAY 1 - MAY 31, 2010
ACCOUNT NUMBER: -7882

**REDACTED**

## Activity detail continued

### Securities purchased

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 05/17 | Margin | PURCHASE | 100.00000 | CALL BURGER KING HLDGS $20 EXP 07/17/10 | 1.1000 | -11,065.00 |
| 05/17 | Margin | PURCHASE | 100.00000 | CALL BURGER KING HLDGS $20 EXP 07/17/10 | 1.1000 | -11,060.00 |
| 05/17 | Margin | PURCHASE | 100.00000 | CALL BURGER KING HLDGS $20 EXP 07/17/10 | 1.1000 | -11,060.00 |
| 05/18 | Margin | PURCHASE | 5,000.00000 | DEUTSCHE BANK 7.60% CONTINGENT CAP III CALL STARTING 2/20/2018 | 22.7500 | -113,850.00 |
| 05/18 | Margin | PURCHASE | 1,500.00000 | CAPITAL ONE FINANCIAL CORP | 42.9800 | -64,514.95 |
| 05/21 | Cash | PURCHASE | 100.00000 | CALL BANK AMER CORP $17 EXP 06/19/10 | 0.3800 | -3,870.00 |
| 05/21 | Margin | PURCHASE | 2,700.00000 | PROSHARES ULTRASHORT ETF MSCI BRAZIL NON-TRADITIONAL ETF | 31.0850 | -84,015.00 |
| 05/21 | Margin | PURCHASE | 200.00000 | PIMCO INCOME STRATEGY FD | 10.0400 | -2,016.80 |
| 05/21 | Margin | PURCHASE | 4,800.00000 | PIMCO INCOME STRATEGY FD | 10.0500 | -48,331.20 |
| 05/21 | Margin | PURCHASE | 300.00000 | PROSHARES ULTRASHORT ETF MSCI BRAZIL NON-TRADITIONAL ETF | 31.0900 | -9,341.50 |
| 05/24 | Margin | PURCHASE | 5,000.00000 | PIMCO HIGH INCOME FD | 11.1699 | -55,949.50 |
| 05/24 | Margin | PURCHASE | 5,500.00000 | WELLS FARGO COMPANY AS OF 5/21/10 | 29.9080 | -164,594.00 |
| 05/26 | Cash | PURCHASE | 5,529.00000 | BANK OF AMERICA CORP | 15.9599 | -88,294.82 |
| 05/26 | Cash | PURCHASE | 3,871.00000 | BANK OF AMERICA CORP | 15.9600 | -61,817.93 |
| 05/26 | Cash | PURCHASE | 600.00000 | BANK OF AMERICA CORP | 15.9598 | -9,586.58 |
| 05/27 | Cash | PURCHASE | 100.00000 | CALL BANK AMER CORP $16 EXP 06/19/10 | 0.6400 | -6,460.00 |
| 05/27 | Margin | PURCHASE | 3,000.00000 | AEGON N V 7.25% PERP CUM PFD CALL STARTING 12/15/12 | 19.5800 | -58,829.95 |

**Total Securities purchased :** -$804,657.23

**Electronic Delivery**

WALDYR PRADO

REDACTED

MIAMI FL

# SNAPSHOT
## Current period ending June 30, 2010

ACCOUNT NAME:  WALDYR PRADO

ACCOUNT NUMBER:  -7882  REDACTED

Your Financial Advisor :
Wells Fargo Advisors, LLC

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Financial Advisor for more details.

### Message from Our Firm
RECOVERY? RECESSION? JUST WHERE DO WE STAND? FIND OUT WHAT OUR ECONOMIC AND MARKET EXPERTS THINK WILL HAPPEN FOR THE REMAINDER OF 2010. CONTACT YOUR FINANCIAL ADVISOR FOR YOUR COMPLIMENTARY COPY OF OUR MID-YEAR OUTLOOK REPORT.

### Command Asset Program News
TO CHECK YOUR ACCOUNT INFORMATION, CALL THE "CUSTOMER SERVICE" NUMBER ON YOUR STATEMENT AND USE YOUR 10-DIGIT COMMAND ACCOUNT NUMBER.

Wells Fargo Advisors, LLC, member NYSE/SIPC. Brokerage accounts are carried by First Clearing, LLC (FCC), member NYSE/SIPC.

**WALDYR PRADO**

JUNE 1 - JUNE 30, 2010
ACCOUNT NUMBER:   -7882          **REDACTED**

## Stocks and Options

### Stocks  continued

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| REGIONS FINANCIAL CORP (NEW) RF - HELD IN MARGIN Acquired 06/09/10 S | 0.72 | 2,000 | 7.17 | 14,399.95 | 6.5800 | 13,160.00 | - 1,239.95 | 80.00 | 0.60 |
| SIRIUS XM RADIO INC SIRI - HELD IN MARGIN Acquired 06/14/10 S | 0.16 | 3,000 | 1.05 | 3,239.95 | 0.9495 | 2,848.50 | - 391.45 | N/A | N/A |
| WELLS FARGO COMPANY WFC - HELD IN MARGIN Acquired 05/21/10 S | 7.75 | 5,500 | 29.90 | 164,594.00 | 25.6000 | 140,800.00 | - 23,794.00 | 1,100.00 | 0.78 |
| **Total Stocks** | **21.58** | | | **$465,335.80** | | **$391,918.43** | **- $73,424.85** | **$3,338.00** | **0.85** |

### Options

Listed options are priced based on the closing "bid-ask" prices and the last reported trade.

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | | |
|---|---|---|---|---|---|---|---|---|---|
| CALL BURGER KING HLDGS @ $20    EXP 07/17/10 HELD IN MARGIN Acquired 05/17/10 S Acquired 05/17/10 S Acquired 05/17/10 S | 0.17 | 100 100 100 | 1.10 1.10 1.10 | 11,065.00 11,060.00 11,060.00 | 0.1000 | 1,000.00 1,000.00 1,000.00 | - 10,065.00 - 10,060.00 - 10,060.00 | | |
| **Total** | **0.17** | **300** | | **$33,185.00** | | **$3,000.00** | **- $30,185.00** | | |
| **Total Options** | **0.17** | | | **$33,185.00** | | **$3,000.00** | **- $30,185.00** | | |
| **Total Stocks and Options** | **21.74** | | | **$498,520.80** | | **$394,918.43** | **- $103,609.85** | | |

\* This unpriced security is not reflected in your total portfolio value.
## Cost information for one or more securities is not available. If you have cost information and would like to see it on future statements, contact Your Financial Advisor.
@ Denotes option(s) will expire on the next option expiration date.

WALDYR PRADO

JUNE 1 - JUNE 30, 2010
ACCOUNT NUMBER:   -7882

REDACTED

Page 17 of 20

## Activity detail continued

### Other additions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/21 | Margin | REV SPLIT | -4,000.00000 | OCEANFREIGHT INC    CHG | | 0.00 |
| 06/21 | Margin | REV SPLIT | 1,333.00000 | OCEANFREIGHT INC @ .33333334 RDST FR OCEANFREIGHT INC | | 0.00 |

Total Other additions :    $0.00

### Securities purchased

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/02 | Margin | PURCHASE | 400.00000 | ATLAS AIR WORLDWIDE HOLDINGS | 51.9600 | -20,807.96 |
| 06/02 | Margin | PURCHASE | 100.00000 | ATLAS AIR WORLDWIDE HOLDINGS | 52.0000 | -5,205.99 |
| 06/03 | Margin | PURCHASE | 7,000.00000 | BURGER KING HLDGS INC | 19.3300 | -135,410.00 |
| 06/04 | Margin | COVER SHORT | 1,600.00000 | MCDONALDS CORP | 67.3899 | -107,871.80 |
| 06/04 | Margin | COVER SHORT | 300.00000 | MCDONALDS CORP | 67.3894 | -20,225.81 |
| 06/04 | Margin | COVER SHORT | 100.00000 | MCDONALDS CORP | 67.3857 | -6,741.57 |
| 06/09 | Margin | PURCHASE | 2,000.00000 | MARSHALL & ILSLEY CORP | 7.4970 | -15,053.95 |
| 06/09 | Margin | PURCHASE | 2,000.00000 | REGIONS FINANCIAL CORP (NEW) | 7.1700 | -14,399.95 |
| 06/11 | Margin | PURCHASE | 5,000.00000 | BANK OF AMERICA CORP | 15.5800 | -78,000.00 |
| 06/14 | Margin | PURCHASE | 3,000.00000 | SIRIUS XM RADIO INC | 1.0500 | -3,239.95 |

Total Securities purchased :    -$406,956.98

### Electronic funds transfer

| DATE | ACCOUNT TYPE | TRANSACTION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/18 | Cash | AUTO ACTIVITY | 1010202426934    24 HR B CNF# 822042 | -35,000.00 |

Total Electronic funds transfer :    -$35,000.00

# SNAPSHOT
## Current period ending August 31, 2010

ACCOUNT NAME: WALDYR PRADO

ACCOUNT NUMBER: -7882   **REDACTED**

Your Financial Advisor:
Wells Fargo Advisors, LLC
For inquiries: Please call Your Financial Advisor or 1-305-995-6309

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Financial Advisor for more details.

### Message from Our Firm
IF YOU HAVEN'T HAD YOUR PORTFOLIO REVIEWED THIS YEAR, MAKE SURE YOU PUT IT ON YOUR AUTUMN TO-DO LIST. REGULAR INVESTMENT-PLAN TUNE-UPS HELP YOU MAINTAIN A HEALTHY BALANCE AMONG YOUR GOALS, RISK TOLERANCE AND ASSET ALLOCATION. CONTACT YOUR FINANCIAL ADVISOR TO SCHEDULE A PLAN REVIEW.

### Command Asset Program News
TO CHECK YOUR ACCOUNT INFORMATION, CALL THE "CUSTOMER SERVICE" NUMBER ON YOUR STATEMENT AND USE YOUR 10-DIGIT COMMAND ACCOUNT NUMBER.

**Electronic Delivery**

WALDYR PRADO

MIAMI FL    REDACTED

Wells Fargo Advisors, LLC, member NYSE/SIPC. Brokerage accounts are carried by First Clearing, LLC (FCC), member NYSE/SIPC.

SNAPSHOT
144 L8  L8NW

WALDYR PRADO

**REDACTED**

AUGUST 1 - AUGUST 31, 2010
ACCOUNT NUMBER: *-7882

## Stocks and Options

### Stocks continued

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| AMERICAN INTL GROUP INC | | | | | | | | | |
| AIG - HELD IN MARGIN | | | | | | | | | |
| Acquired 08/20/09 L | 0.16 | 100 | 32.37 | 3,267.45 | 33.9300 | 3,393.00 | 125.55 | N/A | N/A |
| ATLAS AIR WORLDWIDE HOLDINGS | | | | | | | | | |
| AAWW - HELD IN MARGIN | | | | | | | | | |
| Acquired 06/02/10 S | | 400 | 51.96 | 20,807.96 | | 17,336.00 | -3,471.96 | | |
| Acquired 06/02/10 S | | 100 | 52.00 | 5,205.99 | | 4,334.00 | -871.99 | | |
| **Total** | **1.03** | **500** | | **$26,013.95** | **43.3400** | **$21,670.00** | **-$4,343.95** | **N/A** | **N/A** |
| BURGER KING HLDGS INC | | | | | | | | | |
| BKC - HELD IN MARGIN | | | | | | | | | |
| Acquired 06/03/10 S | | 7,000 | 19.33 | 135,410.00 | | 115,150.00 | -20,260.00 | | |
| Acquired 08/25/10 S | | 10,000 | 17.47 | 174,800.00 | | 164,500.00 | -10,300.00 | | |
| Acquired 08/25/10 S | | 2,500 | 17.37 | 43,499.96 | | 41,125.00 | -2,374.96 | | |
| Acquired 08/25/10 S | | 400 | 17.36 | 6,955.99 | | 6,580.00 | -375.99 | | |
| Acquired 08/25/10 S | | 100 | 17.35 | 1,738.94 | | 1,645.00 | -93.94 | | |
| **Total** | **15.69** | **20,000** | | **$362,404.89** | **16.4500** | **$329,000.00** | **-$33,404.89** | **$5,000.00** | **1.52** |
| CAPITAL ONE FINANCIAL CORP | | | | | | | | | |
| COF - HELD IN MARGIN | | | | | | | | | |
| Acquired 05/18/10 S | 2.71 | 1,500 | 42.98 | 64,514.95 | 37.8700 | 56,805.00 | -7,709.95 | 300.00 | 0.52 |
| CARPATHIAN PLC | | | | | | | | | |
| CPTHF - HELD IN MARGIN | | | | | | | | | |
| Acquired 10/30/08 L | 0.31 | 20,000 | 0.47 | 9,450.00 | 0.3209 | 6,418.00 | -3,032.00 | N/A | N/A |
| CSX CORP | | | | | | | | | |
| CSX - HELD IN MARGIN | | | | | | | | | |
| Acquired 08/06/10 S | 1.19 | 500 | 54.04 | 27,052.45 | 49.8900 | 24,945.00 | -2,107.45 | 480.00 | 1.92 |
| GOLDMAN SACHS GROUP INC | | | | | | | | | |
| GS - HELD IN MARGIN | | | | | | | | | |
| Acquired 04/17/07 L | | 10 | 215.64 | 2,186.35 | | 1,369.30 | -817.05 | | |
| Acquired 11/08/07 L | | 10 | 211.38 | 2,143.75 | | 1,369.30 | -774.45 | | |
| **Total** | **0.13** | **20** | | **$4,330.10** | **136.9300** | **$2,738.60** | **-$1,591.50** | **$28.00** | **1.02** |
| LLOYDS BANKING GROUP PLC | | | | | | | | | |
| ADR | | | | | | | | | |
| LYG - HELD IN MARGIN | | | | | | | | | |
| Acquired 10/22/09 S | 0.40 | 2,000 | 6.35 | 12,775.95 | 4.2000 | 8,400.00 | -4,375.95 | N/A | N/A |

WALDYR PRADO

AUGUST 1 - AUGUST 31, 2010
ACCOUNT NUMBER: -7882

**REDACTED**

Page 6 of 19

## Stocks and Options

### Stocks continued

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| OCEANFREIGHT INC CLASS A OCNF - HELD IN MARGIN Acquired 04/15/10 S | 0.06 | 1,333 | 2.38 | 3,285.60 | 0.9010 | 1,201.03 | -2,084.57 | N/A | N/A |
| REGIONS FINANCIAL CORP (NEW) RF - HELD IN MARGIN Acquired 08/06/10 S | 0.61 | 2,000 | 7.38 | 14,833.95 | 6.4300 | 12,860.00 | -1,973.95 | 80.00 | 0.62 |
| SIRIUS XM RADIO INC SIRI - HELD IN MARGIN Acquired 06/14/10 S | 0.14 | 3,000 | 1.05 | 3,239.95 | 0.9561 | 2,868.30 | -371.65 | N/A | N/A |
| WELLS FARGO COMPANY WFC - HELD IN MARGIN Acquired 05/21/10 S | 6.18 | 5,500 | 29.90 | 164,594.00 | 23.5500 | 129,525.00 | -35,069.00 | 1,100.00 | 0.84 |
| **Total Stocks** | **28.62** | | | **$704,763.19** | | **$600,377.41** | **-$104,393.26** | **$6,988.00** | **1.16** |

* This unpriced security is not reflected in your total portfolio value.
## Cost information for one or more securities is not available. If you have cost information and would like to see it on future statements, contact Your Financial Advisor.

### Options
Listed options are priced based on the closing "bid-ask" prices and the last reported trade.

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | | |
|---|---|---|---|---|---|---|---|---|---|
| CALL BURGER KING HLDGS $20 EXP 01/22/11 HELD IN MARGIN Acquired 08/25/10 S | 0.24 | 100 | 0.95 | 9,560.00 | 0.5000 | 5,000.00 | -4,560.00 | | |
| **Total Options** | **0.24** | | | **$9,560.00** | | **$5,000.00** | **-$4,560.00** | | |
| **Total Stocks and Options** | **28.86** | | | **$714,323.19** | | **$605,377.41** | **-$108,953.26** | | |

**WALDYR PRADO**

AUGUST 1 - AUGUST 31, 2010
ACCOUNT NUMBER: -7882   **REDACTED**

## Activity detail continued

### Other additions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/11 | Margin | EXCHANGE | 200,000.00000 | BTA FINANCE LUXEMBOURXXX SUBMITTED FOR EXCHANGE NON US HOLDER CPN 8.250% DUE 01/29/49 DTD 01/25/06 FC 07/25/06 CALL 01/25/16 @ 100.000 EXCHANGE OFFER | 0.00 | 0.00 |
| 08/12 | Margin | EXCHANGE | 200,000.00000 | TURANALEM FINANCE BV XXX REG S CPN 8.000% DUE 03/24/14 DTD 03/24/04 FC 09/24/04 CUSIP N890AI9F7 EXCHANGE OFFER | | 0.00 |
| 08/26 | Margin | NAME CHANGE | 4,000.00000 | AGIC CONV & INCOME FD II NAME CHANGE FROM NICHOLAS-APPLEGATE   XXX | | 0.00 |

**Total Other additions:** $0.00

### Securities purchased

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/06 | Margin | PURCHASE | 500.00000 | CSX CORP | 54.0450 | -27,052.45 |
| 08/06 | Margin | PURCHASE | 2,000.00000 | REGIONS FINANCIAL CORP (NEW) | 7.3870 | -14,833.95 |
| 08/06 | Margin | COVER SHORT | 600.00000 | SPDR GOLD TRUST ETF | 118.3680 | -71,050.75 |
| 08/25 | Margin | PURCHASE | 10,000.00000 | BURGER KING HLDGS INC | 17.4700 | -174,800.00 |
| 08/25 | Margin | PURCHASE | 2,500.00000 | BURGER KING HLDGS INC | 17.3700 | -43,499.96 |
| 08/25 | Margin | PURCHASE | 400.00000 | BURGER KING HLDGS INC | 17.3600 | -6,955.99 |
| 08/25 | Margin | PURCHASE | 100.00000 | BURGER KING HLDGS INC | 17.3594 | -1,738.94 |
| 08/25 | Margin | PURCHASE | 100.00000 | CALL BURGER KING HLDGS $20 EXP 01/22/11 | 0.9500 | -9,560.00 |

**Total Securities purchased:** -$349,492.04

Electronic Delivery

WALDYR PRADO

MIAMI FL  REDACTED

# SNAPSHOT
## Current period ending September 30, 2010

ACCOUNT NAME: WALDYR PRADO

ACCOUNT NUMBER: -7882  REDACTED

Your Financial Advisor:
Wells Fargo Advisors, LLC
For inquiries: Please call Your Financial Advisor or 1-305-995-6309

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Financial Advisor for more details.

### Message from Our Firm
IF YOU FEEL OVERWHELMED BY THE THOUGHT OF PUTTING YOUR ESTATE IN ORDER, HERE'S SOMETHING TO CONSIDER. THE ESTATE PLANNING PROCESS CAN BE EASIER THAN YOU THINK. VIEW OUR ON-DEMAND PRESENTATION AT WELLSFARGOADVISORS.COM/ESTATEPLANNING TO LEARN MORE.

### Command Asset Program News
TO CHECK YOUR ACCOUNT INFORMATION, CALL THE "CUSTOMER SERVICE" NUMBER ON YOUR STATEMENT AND USE YOUR 10-DIGIT COMMAND ACCOUNT NUMBER.

Wells Fargo Advisors, LLC, brokerage account(s) carried by First Clearing, LLC. Wells Fargo Advisors, LLC and First Clearing, LLC, Members FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

WALDYR PRADO

SEPTEMBER 1 - SEPTEMBER 30, 2010
ACCOUNT NUMBER: -7882

**REDACTED**

## Activity detail continued

### Income and distributions

| DATE | ACCOUNT TYPE | TRANSACTION | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 09/30 | Margin | DIVIDEND | PIONEER FLOATING RATE TRUST 093010 8,500 | | | 616.25 |
| 09/30 | Margin | INTEREST | ALLIANCE BANK JSC UNSUBORDINATED FLOATING RATE CPN 0.000% DUE 03/25/20 DTD 03/01/10 FC 09/25/10 092510 71,712 CUSIP Y00377AL8 | | | 812.64 |

**Total Income and distributions:** $16,238.45

### Securities sold and redeemed

| DATE | ACCOUNT TYPE | TRANSACTION | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 09/02 | Margin | SALE | BURGER KING HLDGS INC | -15,467.00000 | 23.3900 | 361,688.55 |
| 09/02 | Margin | SALE | BURGER KING HLDGS INC | -9,000.00000 | 23.4000 | 210,501.44 |
| 09/02 | Margin | SALE | BURGER KING HLDGS INC | -3,433.00000 | 23.3950 | 80,297.37 |
| 09/02 | Margin | SALE | BURGER KING HLDGS INC | -1,100.00000 | 23.3925 | 25,726.08 |
| 09/02 | Margin | SALE | CALL BURGER KING HLDGS $20 EXP 01/22/11 | -100.00000 | 3.6000 | 35,939.39 |
| 09/15 | Margin | SALE | CSX CORP | -500.00000 | 55.0400 | 27,489.58 |
| 09/20 | Margin | SALE | CVS CAREMARK CORP | -1,000.00000 | 30.0027 | 29,972.24 |
| 09/21 | Margin | SALE | ATLAS AIR WORLDWIDE HOLDINGS | -500.00000 | 53.0500 | 26,494.60 |
| 09/21 | Margin | SALE | CVS CAREMARK CORP | -1,000.00000 | 30.0138 | 29,983.34 |
| 09/29 | Margin | SALE | PETROLEO BRASILEIRO - SPON ADR - PETROBRAS | -1,000.00000 | 35.9339 | 35,903.34 |
| 09/30 | Margin | SALE | CALL COMPANHIA VALE DO $30 EXP 11/20/10 | -31.00000 | 1.7700 | 5,447.80 |
| 09/30 | Margin | SALE | CALL COMPANHIA VALE DO $30 EXP 11/20/10 | -19.00000 | 1.7700 | 3,342.04 |

**Total Securities sold and redeemed:** $872,785.77

**WALDYR PRADO**

SEPTEMBER 1 - SEPTEMBER 30, 2010
ACCOUNT NUMBER: -7882

**REDACTED**

## Activity detail continued

### Other additions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 09/02 | Margin | EXCHANGE | 1,145.00000 | BTA BK JSC SPON GDR REGS EXCH FR BTA FINANCE LUXE @ .57299054 | | 0.00 |

**Total Other additions:** $0.00

### Securities purchased

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 09/01 | Margin | PURCHASE | 5,000.00000 | BURGER KING HLDGS INC | 18.0000 | -90,149.95 |
| 09/01 | Margin | PURCHASE | 3,100.00000 | BURGER KING HLDGS INC | 18.7600 | -58,229.62 |
| 09/01 | Margin | PURCHASE | 900.00000 | BURGER KING HLDGS INC | 18.7300 | -16,883.38 |
| 09/15 | Margin | PURCHASE | 1,000.00000 | CVS CAREMARK CORP | 29.3761 | -29,406.05 |
| 09/21 | Margin | PURCHASE | 1,000.00000 | CVS CAREMARK CORP | 30.2761 | -30,306.05 |
| 09/21 | Margin | PURCHASE ACCRUED INT | 50,000.00000 | FUERSTENBERG CAPITAL FIX TO FLOAT BONDS PERPETUAL/CALLABLE CPN 10.250% DUE 10/29/49 DTD 10/20/09 FC 06/30/10 CALL 06/30/15 @ 100.000 CUSIP L41017AA9 | 94.7500 | -47,375.00 -1,195.83 |
| 09/24 | Margin | PURCHASE | 1,000.00000 | PETROLEO BRASILEIRO - SPON ADR - PETROBRAS | 35.4661 | -35,496.05 |
| 09/24 | Margin | PURCHASE | 20.00000 | CALL COMPANHIA VALE DO $30 EXP 11/20/10 | 1.2900 | -2,607.00 |
| 09/24 | Margin | PURCHASE | 12.00000 | CALL COMPANHIA VALE DO $30 EXP 11/20/10 | 1.2900 | -1,561.20 |
| 09/24 | Margin | PURCHASE | 10.00000 | CALL COMPANHIA VALE DO $30 EXP 11/20/10 | 1.2900 | -1,301.00 |
| 09/24 | Margin | PURCHASE | 5.00000 | CALL COMPANHIA VALE DO $30 EXP 11/20/10 | 1.3000 | -655.50 |
| 09/24 | Margin | PURCHASE | 3.00000 | CALL COMPANHIA VALE DO $30 EXP 11/20/10 | 1.2900 | -390.30 |
| 09/28 | Margin | PURCHASE | 1,000.00000 | AMERICAN CAPITAL AGENCY CORP | 26.5464 | -26,576.35 |
| 09/30 | Margin | PURCHASE | 1,000.00000 | WESTERN DIGITAL CORP | 28.3060 | -28,335.95 |

144 L8 L8NW

WALDYR PRADO

SEPTEMBER 1 - SEPTEMBER 30, 2010
ACCOUNT NUMBER: -7882

**REDACTED**

## Period 8/27 thru 9/28

### Statement of interest charged

| DATE | NET BALANCE ALL MARGIN ACCOUNTS | CASH ACCOUNT BALANCE | SHORT POSITIONS MARKET VALUE | ADJUSTED DEBIT BALANCE | NUMBER OF DAYS | INTEREST RATE | INTEREST CHARGED |
|---|---|---|---|---|---|---|---|
| 09/07 | -1,146,729.28 | | 0.0000 | -1,146,729.28 | 1 | 4.000 | -127.41 |
| 09/08 | -468,515.84 | | 0.0000 | -468,515.84 | 5 | 4.000 | -260.29 |
| 09/13 | -472,515.84 | | 0.0000 | -472,515.84 | 2 | 4.000 | -105.00 |
| 09/15 | -469,465.45 | | 0.0000 | -469,465.45 | 5 | 4.000 | -260.81 |
| 09/20 | -470,419.42 | | 0.0000 | -470,419.42 | 3 | 4.000 | -156.81 |
| 09/23 | -440,447.18 | | 0.0000 | -440,447.18 | 1 | 4.000 | -48.94 |
| 09/24 | -462,846.12 | | 0.0000 | -462,846.12 | 3 | 4.000 | -154.28 |
| 09/27 | -469,361.12 | | 0.0000 | -469,361.12 | 1 | 4.000 | -52.15 |
| 09/28 | -474,361.12 | | 0.0000 | -474,361.12 | 1 | 4.000 | -52.71 |

Total Interest Charged                -$2,365.22

### Realized gain/loss

#### Realized Gain/Loss Summary

| | THIS PERIOD GAIN | THIS PERIOD LOSS | THIS PERIOD NET | THIS YEAR GAIN | THIS YEAR LOSS | THIS YEAR NET |
|---|---|---|---|---|---|---|
| Short term | 181,091.09 | -322.71 | 180,768.38 | 254,996.92 | -114,147.53 | 140,849.39 |
| Long term | 0.00 | 0.00 | 0.00 | 46,039.71 | -162,638.75 | -116,599.04 |
| Total Realized Gain/Loss | $181,091.09 | -$322.71 | $180,768.38 | $301,036.63 | -$276,786.28 | $24,250.35 |

#### Realized Gain/Loss Detail

##### Short term

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | DATE ACQUIRED | CLOSE DATE | PROCEEDS | ADJ COST/ ORIG COST | GAIN/LOSS |
|---|---|---|---|---|---|---|---|
| ATLAS AIR WORLDWIDE HOLDINGS | 400.0000 | 51.9600 | 06/02/10 | 09/21/10 | 21,195.68 | 20,807.96 | 387.72 |
| | 100.0000 | 52.0000 | 06/02/10 | 09/21/10 | 5,298.92 | 5,205.99 | 92.93 |
| BURGER KING HLDGS INC | 7,000.0000 | 19.3300 | 06/03/10 | 09/02/10 | 163,691.72 | 135,410.00 | 28,281.72 |
| | 8,467.0000 | 17.4700 | 08/25/10 | 09/02/10 | 197,996.83 | 148,003.16 | 49,993.67 |
| | 533.0000 | 18.0000 | 09/01/10 | 09/02/10 | 12,466.79 | 9,609.98 | 2,856.81 |
| | 2,900.0000 | 18.7600 | 09/01/10 | 09/02/10 | 67,830.58 | 54,472.88 | 13,357.70 |

**WALDYR PRADO**

SEPTEMBER 1 - SEPTEMBER 30, 2010
ACCOUNT NUMBER: -7882

**REDACTED**

## Realized Gain/Loss Detail continued

### Short term

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | DATE ACQUIRED | CLOSE DATE | PROCEEDS | ADJ COST/ ORIG COST | GAIN/LOSS |
|---|---|---|---|---|---|---|---|
| | 200.0000 | 18.7600 | 09/01/10 | 09/02/10 | 4,677.46 | 3,756.74 | 920.72 |
| | 900.0000 | 18.7300 | 09/01/10 | 09/02/10 | 21,048.62 | 16,883.38 | 4,165.24 |
| | 1,533.0000 | 17.4700 | 08/25/10 | 09/02/10 | 35,855.41 | 26,796.84 | 9,058.57 |
| | 2,500.0000 | 17.3700 | 08/25/10 | 09/02/10 | 58,472.62 | 43,499.96 | 14,972.66 |
| | 400.0000 | 17.3600 | 08/25/10 | 09/02/10 | 9,355.61 | 6,955.99 | 2,399.62 |
| | 100.0000 | 17.3594 | 08/25/10 | 09/02/10 | 2,338.90 | 1,738.94 | 599.96 |
| CSX CORP | 18.0000 | 18.0000 | 09/01/10 | 09/02/10 | 104,478.90 | 80,539.97 | 23,938.93 |
| | 4,467.0000 | | | | | | |
| CSX CORP | 500.0000 | 54.0450 | 08/06/10 | 09/15/10 | 27,489.58 | 27,052.45 | 437.13 |
| CVS CAREMARK CORP | 1,000.0000 | 29.3761 | 09/15/10 | 09/20/10 | 29,972.24 | 29,406.05 | 566.19 |
| | 1,000.0000 | 30.2761 | 09/21/10 | 09/21/10 | 29,983.34 | 30,306.05 | -322.71 |
| PETROLEO BRASILEIRO - SPON ADR - PETROBRAS | 1,000.0000 | 35.4661 | 09/24/10 | 09/29/10 | 35,903.34 | 35,496.05 | 407.29 |
| **Total Short term** | | | | | **$828,056.54** | **$675,942.39** | **$152,114.15** |

### Short term options

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | DATE ACQUIRED | CLOSE DATE | PROCEEDS | ADJ COST/ ORIG COST | GAIN/LOSS |
|---|---|---|---|---|---|---|---|
| CALL COMPANHIA VALE DO $30  EXP 11/20/10 | 20.0000 | 1.2900 | 09/24/10 | 09/30/10 | 3,514.70 | 2,607.00 | 907.70 |
| | 11.0000 | 1.2900 | 09/24/10 | 09/30/10 | 1,933.10 | 1,431.10 | 502.00 |
| | 1.0000 | 1.2900 | 09/24/10 | 09/30/10 | 175.89 | 130.10 | 45.79 |
| | 10.0000 | 1.2900 | 09/24/10 | 09/30/10 | 1,758.97 | 1,301.00 | 457.97 |
| | 5.0000 | 1.3000 | 09/24/10 | 09/30/10 | 879.48 | 655.50 | 223.98 |
| | 3.0000 | 1.2900 | 09/24/10 | 09/30/10 | 527.70 | 390.30 | 137.40 |
| CALL BURGER KING HLDGS $20  EXP 01/22/11 | 100.0000 | 0.9500 | 08/25/10 | 09/02/10 | 35,939.39 | 9,560.00 | 26,379.39 |
| **Total Short term options** | | | | | **$44,729.23** | **$16,075.00** | **$28,654.23** |

## Specific instructions and disclosures

**Available funds**
"Available for loan" reflects the approximate amount available as of the statement period ending date and should be reduced by any pending checks and Visa charges not yet cleared. This amount is the approximate amount available for withdrawal and loans. A margin loan is a variable rate loan secured by your account.