EXHIBIT 12

## Brown, David (LARO)

| | |
|---|---|
| **From:** | Atkins, Tim <Timothy.Atkins@morganstanleysmithbarney.com> |
| **Sent:** | Thursday, September 13, 2012 1:34 PM |
| **To:** | Brown, David (LARO) |
| **Cc:** | Brigman, Beverly |
| **Subject:** | RE: LA-3898 Investigation - Burger King Holdings - Privileged Email |

David,

As you requested and pursuant to the forthcoming subpoena, the following is information regarding Waldyr Da Silva Prado's accounts at MSSB:

    9292    Current Account Value = $1,465,607    **REDACTED**
    9362    Current Account Value = $2,800

Regards,
Tim


Timothy B. Atkins
**Morgan Stanley Smith Barney|** Legal and Compliance Division
890 South Palafox St., Suite 107 | Pensacola, FL  32502
Phone:  850-437-7911
Fax:  850-437-7920
timothy.atkins@morganstanley.com

**REDACTED**