EXHIBIT 13

## MorganStanley SmithBarney — Outgoing Wire Transfer Request Form

**REDACTED**

### DEBIT ACCOUNT AND WIRE INFORMATION:

| Field | Value |
|---|---|
| Account Number | 1292-0 |
| FA Number | 670 |
| Request Date | 09-12-2012 |
| Request Time (EST) | 09:36:02 |
| Requestor ID | P91GBV |
| Is this a Priority Wire: | N |
| Charge Fee to: | |
| Account Name & Address | WALDYR DA SILVA PRADO NETO |
| | REDACTED |
| | APT 703 |
| | MIAMI FL 33141-5877 |

**IRA Qualifiers:** TP: ___  TX: ___  WH: ___  DI: ___

UPON MY INSTRUCTIONS, PLEASE WIRE FUNDS FROM MY ACCOUNT TO THE BANK AND FINAL BENEFICIARY DETAILED BELOW.

- Are these instructions to be established as standing instruction? **N**    New Standing Instruction ID ___
- Is an existing standing instruction to be used to wire funds? **N**    Standing Instruction ID ___
- Is LOA (Letter of Authorization) on file? ___

**AMOUNT IN U.S. DOLLARS:** 490,000.00

### BANK INFORMATION:

| Field | Value |
|---|---|
| Routing Bank Identifier Type | ABA Number |
| Routing Bank Identifier | 026009593 |
| Bank Name & Address | BANK OF AMERICA, N.A., NY |
| | NEW YORK, NY 000000000 |
| Is Routing Bank different from Final Destination Institution? | Y |
| Final Destination Institution | BANCO PAULISTA S/A |
| Final Destination Institution Account Number at Routing Bank | 3043 |

(If routing bank ABA Number, SWIFT ID or CHIPS Number is not the ultimate recipient institution, final destination institution and account number at the routing bank is provided.)

Memo For Receiving Bank and Final Beneficiary:
SWIFT: PAULBRSP
FINAL BENEFICIARY: WALDYR DA SILVA PRADO NETO

### BENEFICIARY INFORMATION:

| Field | Value |
|---|---|
| Account Number | 3043   **REDACTED** |
| Name & Address | WALDYR DA SILVA PRADO |
| (The ultimate recipient's name and address) | **REDACTED** |
| | MIAMI, FL 33141 |

**AUTHORIZATION:** I REVIEWED THE ABOVE INFORMATION AND CONFIRM THAT IT IS CORRECT. ALSO, I HAVE REVIEWED AND IAGREE TO THE TERMS AND CONDITIONS DESCRIBED ON NEXT PAGE:

Client(s) Signature ___  Date ___
Branch Manager Signature ___  Date ___

**IMPORTANT:** Any documentation provided by originator must be attached to this form and retained.

Client Identification: **PHONE**    Type of ID: **NO CALLBACK REQUIRED**    Date ___  Time ___
By ___    Spoke To ___

FED FUND REFERENCE ___    CONFIRMATION DATE ___

Page 1 of 2

## TERMS AND CONDITIONS

By placing an Outgoing Wire Transfer Request with Morgan Stanley Smith Barney, you agree to the following terms and conditions.

**RELIANCE BY MORGAN STANLEY SMITH BARNEY.** You agree that Morgan Stanley Smith Barney may rely upon the information you have provided on the other side of this form in making your Outgoing Wire Transfer and agree that any errors in that information, including misidentification of beneficiaries, incorrect or inconsistent account names and numbers, and misspellings, are your responsibility. Morgan Stanley Smith Barney is authorized to charge your account, for any Outgoing Wire Transfer made by Morgan Stanley Smith Barney utilizing instructions indicated on the opposite side of this form even where use of these instructions may result in a person other than the final beneficiary being paid or the transfer of funds to a bank other the final beneficiary's bank or the intermediary bank designated by you.

**TRANSFER TO FINAL DESTINATION BANK.** When you place an Outgoing Wire Transfer Request with Morgan Stanley Smith Barney, you must select a financial institution as the final destination bank for the transfer. The final destination bank must be a member of the Federal Reserve System or a correspondent bank of such a member, or a CHIPS (Clearing House Interbank Payment System) member. Additional fee will apply on priority wires.

By signing this form, you authorize all fees and charges of Morgan Stanley Smith Barney in executing this Outgoing Wire Transfer Request and other charges related thereto to be deducted from your account.

Once the Outgoing Wire Transfer is completed, the funds will be deposited to particular account at the final destination bank. The final destination bank will be responsible for following your instructions and of notifying the final beneficiary that the funds are available. If you identify a final beneficiary by name and account number, the final destination bank may pay the funds to the person identified by the account number, and your payment will be final even if the account number provided does not correspond to your final beneficiary.

Once the funds are transferred to the final destination bank, the funds become the property of the final destination bank, and the final destination bank is responsible to locate, identify and make payment to your beneficiary as per your instructions.

**CURRENCY OF TRANSFER.** Outgoing Wire Transfers are made only in U.S. dollars.

For international Outgoing Wire Transfer Requests, because of the laws of the country in which the final destination bank is located, Morgan Stanley Smith Barney cannot guarantee that your final beneficiary will be able to receive U.S. dollars. If your Outgoing Wire Transfer must be converted to the local currency, the final destination bank may charge a fee for this exchange. Regardless of the currency transferred, the actual amount that your final beneficiary receives may be reduced by charges imposed by the final destination bank, including those for exchanging currency.

While Morgan Stanley Smith Barney will make every reasonable effort to ensure that your request is properly processed, we do not guarantee that the transfer of funds will reach the final beneficiary since processing by intermediary banks may be necessary to complete the transfer.

**MEANS OF TRANSFER.** To complete Outgoing Wire Transfers, Morgan Stanley Smith Barney uses a variety of banking channels and facilities, but will ordinarily use electronic means. You agree that we may choose any conventional means that we deem suitable to transfer your funds to your final beneficiary.

Because we do not maintain banking relations with every bank, it may be necessary for us to use one or more intermediary banks before your funds are transferred to the final destination bank.

Once we transmit your request to an intermediary bank. It will be that bank's responsibility to ensure that your request is completed.

**RECALLS/AMENDMENT.** You may recall or amend your Outgoing Wire Transfer Request only if we receive such request at a time that provides us a reasonable opportunity to act upon your request and if the funds have not already been made available to your final beneficiary or the final destination bank otherwise agrees to recall or amend your Outgoing Wire Transfer Request. If you decide that you do not want the fund transferred, Morgan Stanley Smith Barney will first have to check with the final destination bank to determine whether the final destination bank can return your funds. If the final destination bank confirms that the funds are returnable and the funds are returned to Morgan Stanley Smith Barney by the final destination bank, Morgan Stanley Smith Barney will recredit your Morgan Stanley Smith Barney account.

We need not, however, make any refund unless and until we are in receipt of proof satisfactory to us that payment of this request has not been completed, that this request no longer operative, that no charge by virtue of this request exists or will be made against the account upon which this request was drawn, and that any portion of that account which was charged or earmarked for payment is at our free disposal.

The amount that is returned to you may be less than you originally transferred because of service charges of the final destination bank or Morgan Stanley Smith Barney. Your refund will be in U.S. dollars.

**REJECTION OF A REQUEST.** We reserve the right to reject your Outgoing Wire Transfer Request. We may reject your request if you have insufficient available funds in your account, if your request is incomplete or unclear or if we are unable to fulfill your request for any other reason.

**DELAYS, NON-EXECUTION OF OUTGOING WIRE TRANSFER REQUEST.** While we will handle your Outgoing Wire Transfer Request as expeditiously as possible, you agree that Morgan Stanley Smith Barney will not be responsible for any delay, failure to execute or misexecution of your request due to circumstances beyond Morgan Stanley Smith Barney's reasonable control, including without limitation any inaccuracy, interruption, delay in transmission, or failure in the means of transmission, whether caused by strikes, power failures, equipment malfunctions, or acts or omissions of any intermediary bank or final destination bank. MORGAN STANLEY SMITH BARNEY MAKES NO GUARANTEES, EXPRESS OR IMPLIED, WITH RESPECT TO ANY MATTER.

**CLAIMS.** You agree that within thirty days after you receive notification that your Outgoing Wire Transfer Request has been executed, you will notify us of any errors, delays or other problems related to your request. In the event that it is determined your Outgoing Wire Transfer Request is delayed or erroneously executed as a result of Morgan Stanley Smith Barney's error, Morgan Stanley Smith Barney's sole obligation to you, is to pay or refund such amounts as may be required by applicable law. In no event shall Morgan Stanley Smith Barney be responsible for any consequential or incidental damages or expenses in connection with your request. Any claim for interest payable by Morgan Stanley Smith Barney shall be at Morgan Stanley Smith Barney's internal Cost of Funds rate.

In any event, if you fail to notify us of any claim concerning your Outgoing Wire Transfer Request within one year from the date that you receive notification that your request has been executed, any claim by you will be barred under applicable law.

**GOVERNING LAW.** This Agreement will be governed by the laws of the state of New York and United States federal law, as applicable.

September 12, 2012.

To: Morgan Stanley Smith Barney / Waldyr da Silva Prado Neto

Dear Sirs,

Please transfer the amount of USD 490,000.00 (four hundred ninety thousand dollars) from my account with you number 9292 to: **REDACTED**

| | |
|---|---|
| Bank: | BANK OF AMERICA NA |
| | 100 West 33rd Street – 4th floor |
| | New York, NY 10001 – U.S.A. |
| Swift Code: | BOFAUS3N |
| ABA Number: | 026009593 |
| Chips Participant: | 959 |
| Account name: | BANCO PAULISTA S/A - São Paulo - SP / Brazil |
| Account number: | 3043   **REDACTED** |
| Swift Code: | PAULBRSP |
| Beneficiary: | Waldyr da Silva Prado Neto |
| subject: | Transferencia Patrimonial |

[signature]
Waldyr da Silva Prado Neto
09/22/2012

☐ By checking this box, you confirm that you are requesting Electronic Delivery and agree to be bound by the terms thereof.

E-MAIL ADDRESS FOR ELECTRONIC DELIVERY:

If you are not a U.S. taxpayer, your signature below does not constitute a certification to form W-9. Non-U.S. taxpayers must file the appropriate form W-8 which will be supplied to you separately. Morgan Stanley Smith Barney may be required by law to withhold a percentage of dividends, interest and gross proceeds of sales of securities for any account which has not filed a Form W-9 or an appropriate Form W-8.

**Tax Certification and Signatures**

Form W-9: Request for Taxpayer Identification Number and Certification

Under penalties of perjury, You certify that:
1. The number you have provided herein is your correct Taxpayer Identification Number (or you are waiting for a number to be issued to you); and
2. You are not subject to backup withholding because:
   a. You are exempt from backup withholding, or
   b. You have not been notified by the Internal Revenue Service (IRS) that you are subject to backup withholding as a result of a failure to report all interest and dividends, or
   c. The IRS has notified you that you are no longer subject to backup withholding; and
3. You are a U.S. person (including a U.S. resident alien).

CERTIFICATION INSTRUCTIONS: YOU MUST CROSS OUT ITEM #2 ABOVE IF YOU HAVE BEEN NOTIFIED BY THE IRS THAT YOU ARE CURRENTLY SUBJECT TO BACKUP WITHHOLDING BECAUSE YOU HAVE FAILED TO REPORT ALL INTEREST AND DIVIDENDS ON YOUR TAX RETURN.

Your Accounts at Morgan Stanley Smith Barney are governed by a predispute arbitration clause (see pages 9-10, paragraph 13 of the Client Agreement). You acknowledge that you have received a copy of the Client Agreement, including the predispute arbitration clause.

The Internal Revenue Service does not require your consent to any provision of this Client Agreement other than the certifications required to avoid backup withholding set forth above.

[signature]  05-01-2012

© 2011 Morgan Stanley Smith Barney LLC. Member SIPC

**MorganStanley SmithBarney**