EXHIBIT 14

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 1–31, 2012

#BWNJGWM

WALDYR DA SILVA PRADO NETO
REDACTED
MIAMI FL 33141-5877

**Your Branch**
201 S BISCAYNE BLVD STE 2000
MIAMI, FL 33131
Telephone: 305-379-1000
Alt. Phone: 800-327-0273
Fax: 305-376-8545

**Client Interaction Center**
800-869-3326
24 Hours a Day, 7 Days a Week

**Access your accounts online**
www.morganstanley.com/online

| | |
|---|---:|
| TOTAL VALUE LAST PERIOD (as of 7/31/12) | $1,613,178.83 |
| NET CONTRIBUTIONS/WITHDRAWALS | (272,241.93) |
| CHANGE IN VALUE | 29,526.87 |
| **TOTAL VALUE OF YOUR ACCOUNT** (as of 8/31/12) | **$1,370,463.77** |

(Total Values include accrued interest)

**Your Financial Advisor**
Waldyr Da Silva Prado Neto
Vice President
Waldyr.Prado@morganstanleysmithbarney.com

REDACTED -9292 - 670 - 1 - 0

Morgan Stanley Smith Barney LLC. Member SIPC.

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

## Account Summary

Active Assets Account
[REDACTED]-9292-670

WALDYR DA SILVA PRADO NETO
[REDACTED]

**Brokerage Account**
Householding Anniversary Date: 6/10/12
Investment Objectives: Capital Appreciation Aggressive Income Speculation Income

### CHANGE IN VALUE OF YOUR ACCOUNT

| | This Period (8/1/12-8/31/12) | This Year (1/1/12-8/31/12) |
|---|---|---|
| Total Beginning Value (includes accrued interest) | $1,613,178.83 | |
| Contributions | 485,747.33 | 2,328,803.93 |
| Withdrawals | (757,989.26) | (1,068,544.35) |
| Security Transfers | | (1,027,012.97) |
| Accrued Interest On Security Transfers | | (2,345.20) |
| Net Contributions/Withdrawals | $(272,241.93) | $230,901.41 |
| Change in Value | 29,526.87 | 1,139,562.36 |
| Total Ending Value (includes accrued interest) | $1,370,463.77 | $1,370,463.77 |

*This exhibit may not include transactions for investments in Annuities or where Morgan Stanley Smith Barney is not the custodian. This may affect the reported Net Invested Capital. If we are not the custodian there may also be a delay in the reporting of your Market Value. Please speak to your Financial Advisor if you have any questions. See the Disclosures section of your statement for more information about investment objectives. Please review for accuracy and inform us if your investment objectives change.*

### ALLOCATION OF HOLDINGS



### CHANGE IN VALUE OVER TIME

This graph compares the total value of your account to the net amount invested. Net investment is the total amount invested minus the total amount withdrawn.



— Total Market Value    - - - Net Invested Capital Since 05/31/12

| | Market Value | Percentage % |
|---|---|---|
| Cash, Deposits, MMFs (Debit) | $(344,388.54) | -25.1 |
| Stocks | 915,800.00 | 66.8 |
| Corporate Fixed Income¢ | 799,052.31 | 58.3 |
| **TOTAL VALUE** | **$1,370,463.77** | **100.0%** |

*This allocation represents holdings on a trade date basis, and projected settled Cash/Deposits/MMF balances. We classify assets based on general characteristics such as: income generation, underlying capital structure, or exposure to certain market sectors. As many assets contain characteristics of more than one asset class, this asset classification may differ from others you may receive. These classifications are not intended to serve as a suitability analysis.    ¢Includes Estimated Accrued Interest*

Page 2 of 16

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 1-31, 2012

Active Assets Account  WALDYR DA SILVA PRADO NETO
:9292-670

## Account Summary

### BALANCE SHEET

| | Last Period (as of 7/31/12) | This Period (as of 8/31/12) |
|---|---|---|
| TOTAL VALUE (incl. accr. int.) | $1,613,178.83 | $1,370,463.77 |
| ASSETS | $1,695,365.04 | $1,714,852.31 |
| Stocks | 908,360.00 | 915,800.00 |
| Corporate Fixed Income¢ | 787,005.04 | 799,052.31 |
| LIABILITIES (Outstanding Balance) | $(82,186.21) | $(344,388.54) |
| Cash, Deposits, MMFs (Debit) | (82,186.21) | (344,388.54) |

¢Includes Estimated Accrued Interest

### CASH FLOW

| | This Period (8/1/12-8/31/12) | This Year (1/1/12-8/31/12) |
|---|---|---|
| OPENING CASH, DEPOSITS, MMFs | $(82,186.21) | □ |
| INVESTMENT RELATED ACTIVITY | $10,039.60 | $(1,604,648.12) |
| Purchases | □ | (1,642,456.26) |
| Income | 10,039.60 | 37,808.14 |
| CASH RELATED ACTIVITY | $(272,241.93) | $1,260,259.58 |
| Electronic Transfers-Credits | 485,747.33 | 2,328,803.93 |
| Electronic Transfers-Debits | (757,050.81) | (1,067,342.69) |
| Interest Charged | (938.45) | (1,201.66) |
| DEBIT CARD/CHECK ACTIVITY | □ | □ |
| Debit Card | □ | □ |
| ATM/Cash Advances | □ | □ |
| Checks Written | □ | □ |
| Automated Payments | □ | □ |
| CLOSING CASH, DEPOSITS, MMFs | $(344,388.54) | $(344,388.54) |

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |

# CLIENT STATEMENT | For the Period August 131, 2012

## MorganStanley SmithBarney

**REDACTED**

Active Assets Account
9292-670

WALDYR DA SILVA PRADO NETO
[REDACTED]

## Account Summary

### INCOME SUMMARY

| | This Period (8/1/12–8/31/12) | This Year (1/1/12–8/31/12) |
|---|---|---|
| **TOTAL INCOME** | **$10,039.60** | **$37,808.14** |
| **TAXABLE INCOME** | **10,039.60** | **37,808.14** |
| Qualified Dividends | 1,999.80 | 4,371.38 |
| Other Dividends | 4,196.80 | 15,830.21 |
| Long Term Capital Gains Distributions | | |
| Interest | 3,843.00 | 17,543.16 |
| Other Income | | 63.39 |
| **TAX-EXEMPT INCOME** | | |
| Dividends | | |
| Interest | | |
| Other Income | | |

Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

### GAIN/(LOSS) SUMMARY

| | This Period (8/1/12–8/31/12) | |
|---|---|---|
| | Short-Term | Long-Term |
| **NET REALIZED** | | |
| Gain | | |
| (Loss) | | |
| **NET UNREALIZED (8/31/12)** | | $74,730.93 |
| Gain | 75,225.95 | |
| (Loss) | (495.02) | |
| **This Year (1/1/12–8/31/12)** | Short-Term | Long-Term |
| **NET REALIZED** | | |
| Gain | | |
| (Loss) | | |

*Gain/(Loss) and income information are provided for informational purposes only and should not be used for tax preparation. Gain/(Loss) summary information may change due to basis adjustments.*
*Please refer to the Gain/(Loss) section of the disclosures for additional information.*

### ADDITIONAL ACCOUNT INFORMATION

| Category | This Period (8/1/12–8/31/12) | This Year (1/1/12–8/31/12) |
|---|---|---|
| Accrued Interest Paid | | $14,450.03 |

Page 4 of 16

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

Active Assets Account   WALDYR DA SILVA PRADO NETO
19292-670

REDACTED

## Holdings

This section reflects the impact of positions purchased/sold on a trade date basis, and will include positions purchased and omit positions sold in the current month. Please see the ☐Unsettled Purchases/Sales Activity☐ section for more information.

The "Market Value" and "Unrealized Gain/(Loss)" figures shown are representative values as of the last business day of the statement period indicated, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" in the Disclosures section at the end of this statement. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated annual income and estimated yield for certain securities can include return of principal or capital gains which could overstate such estimates. Estimated yield and estimated annual income are estimates and the actual income or yield may be lower or higher than the estimates. Estimated yield reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. Structured products appear in various statement product categories and are identified as "Structured Products" in the Security Description column. Estimated accrued interest, estimated annual income and estimated yield for structured products with a contingent income feature (such as Range Accrual Notes or Contingent Income Notes) assume specified accrual conditions are met during the relevant observation period and payment in full of all contingent interest. If you hold structured products, please see "Special Considerations Regarding Structured Products" in the Disclosure section.

New Treasury regulations require that we report on Form 1099-B after the close of the tax year your adjusted cost basis and classify the gain or loss as either long-term or short-term on the sale of covered securities acquired on or after January 1, 2011. These regulations also require that we make basis adjustments due to wash sales, certain corporate actions and transfers by gift or inheritance, which will be reflected on your Form 1099-B. Cost basis is reflected on monthly statements for informational purposes only and should not be used in the preparation of your income tax returns. Please refer to the Disclosures section of this statement for additional information.

### CASH, DEPOSITS AND MONEY MARKET FUNDS

Cash, Deposits and Money Market Funds are generally displayed on a settlement date basis. However, Global Currency Deposits may include both settled and unsettled positions. Estimated Annual Income, Accrued Interest and APY% will only be displayed for fully settled positions. In the event, all or a portion of a Global Currency Deposit position is unsettled as of month end, this data will not be available.

| Description | Value | Percentage of Assets % | Market Value | Estimated Annual Income | 7-Day Current Yield % | Annual Percentage Yield % | Estimated Annual Income Accrued Interest |
|---|---|---|---|---|---|---|---|
| MARGIN LOAN | $(344,388.54) | (25.1)% | | | | | |
| **CASH, DEPOSITS AND MONEY MARKET FUNDS** | | | $(344,388.54) | | | | $0.00 $0.00 |
| TOTAL CASH, DEPOSITS, MMFS | | | $0.00 | | | | |
| TOTAL CASH, DEPOSITS, MMFS (DEBIT) | | | $(344,388.54) | | | | |

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

Active Assets Account: WALDYR DA SILVA PRADO NETO
[REDACTED]9292-670

## Holdings

### STOCKS

#### COMMON STOCKS

Morgan Stanley & Co. LLC (Morgan Stanley), Citi Investment Research & Analysis (CIRA), and Standard & Poor's equity research ratings may be shown for certain securities. All research ratings represent the □opinions□ of the research provider and are not representations or guarantees of performance. Because the applicable research report contains more complete information regarding the analyst's opinions, analysis, and rating, you should read the entire research report and not infer its contents from the rating. Where a particular company is covered by both Morgan Stanley and CIRA, you can and should view both research reports. CIRA's equity research ratings are (1) Buy, (2) Neutral and (3) Sell. For ease of comparison, Morgan Stanley and Standard & Poor's equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Please refer to the end of this statement for a summary guide describing Morgan Stanley, CIRA and Standard & Poor's ratings. Morgan Stanley Smith Barney LLC does not take responsibility for, and does not guarantee the accuracy, completeness, or timeliness of research prepared for Standard & Poor's.

| Security Description | Trade Date | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| AGIC CONV & INC FD (NCV) | 6/19/12 | 6,000.000 | $8.794 | $52,766.30 | $56,260.00 | $2,493.70 ST | $6,480.00 | 11.72 |
| *Share Price: $9.210; Next Dividend Payable 09/04/12; 6000 Held On Margin* | | | | | | | | |
| AGIC CONV & INCOME FD II COM (NCZ) | 6/7/12 | 3,000.000 | 7.972 | 23,916.50 | 25,830.00 | 1,913.50 ST | | |
| | 6/12/12 | 3,000.000 | 7.961 | 23,881.70 | 25,830.00 | 1,948.30 ST | | |
| | Total | 6,000.000 | | 47,798.20 | 51,660.00 | 3,861.80 ST | 6,120.00 | 11.84 |
| *Share Price: $8.610; Next Dividend Payable 09/04/12; 6000 Held On Margin* | | | | | | | | |
| AMERICAN CAPITAL AGENCY (AGNC) | 6/6/12 | 3,000.000 | 32.943 | 98,829.50 | 104,520.00 | 5,690.50 ST | 15,000.00 | 14.35 |
| *Share Price: $34.840; Rating: Morgan Stanley: 1, Citigroup: 2; Next Dividend Payable 10/12; 3000 Held On Margin* | | | | | | | | |
| ANNALY CAPITAL MNGMT INC (NLY) | 6/13/12 | 6,000.000 | 16.900 | 101,401.10 | 103,860.00 | 2,458.90 ST | 13,200.00 | 12.70 |
| *Share Price: $17.310; Rating: Morgan Stanley: 2, Citigroup: 2, S&P: 2; Next Dividend Payable 10/12; 6000 Held On Margin* | | | | | | | | |
| ARMOUR RESIDENTIAL REIT INC (ARR) | 6/12/12 | 15,000.000 | 7.060 | 105,905.00 | 111,900.00 | 5,995.00 ST | 18,000.00 | 16.08 |
| *Share Price: $7.460; Next Dividend Payable 09/12; 15000 Held On Margin* | | | | | | | | |
| EATON VANCE LTD DURATION FD (EVV) | 6/14/12 | 468.000 | 16.106 | 7,537.80 | 7,876.44 | 338.64 ST | | |
| | 6/14/12 | 3,532.000 | 16.098 | 56,859.34 | 59,443.56 | 2,584.22 ST | | |
| | Total | 4,000.000 | | 64,397.14 | 67,320.00 | 2,922.86 ST | 5,000.00 | 7.42 |
| *Share Price: $16.830; Next Dividend Payable 09/12; 4000 Held On Margin* | | | | | | | | |
| FIFTH STREET FINANCE CORP COM (FSC) | 6/12/12 | 2,411.000 | 9.758 | 23,526.54 | 25,291.39 | 1,764.85 ST | | |
| | 6/12/12 | 589.000 | 9.761 | 5,749.25 | 6,178.61 | 429.36 ST | | |
| | 6/29/12 | 3,000.000 | 10.039 | 30,118.40 | 31,470.00 | 1,351.60 ST | | |
| | Total | 6,000.000 | | 59,394.19 | 62,940.00 | 3,545.81 ST | 6,900.00 | 10.96 |
| *Share Price: $10.490; Next Dividend Payable 09/12; 6000 Held On Margin* | | | | | | | | |
| PIONEER DIV HIGH INCOME TRUST (HNW) | 6/19/12 | 100.000 | 19.445 | 1,944.50 | 2,129.00 | 184.50 ST | | |
| | 6/19/12 | 100.000 | 19.510 | 1,951.00 | 2,129.00 | 178.00 ST | | |
| | 6/19/12 | 2,800.000 | 19.537 | 54,704.72 | 59,612.00 | 4,907.28 ST | | |
| | Total | 3,000.000 | | 58,600.22 | 63,870.00 | 5,269.78 ST | 5,760.00 | 9.01 |
| *Share Price: $21.290; Next Dividend Payable 09/12; 3000 Held On Margin* | | | | | | | | |
| PIONEER FLOATING RATE TRUST (PHD) | 6/13/12 | 10,000.000 | 12.488 | 124,884.50 | 134,000.00 | 9,115.50 ST | 9,000.00 | 6.71 |
| *Share Price: $13.400; Next Dividend Payable 09/12; 10000 Held On Margin* | | | | | | | | |

REDACTED

Page 6 of 15

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 31, 2012

Active Assets Account WALDYR DA SILVA PRADO NETO
19292-670

REDACTED

## Holdings

### COMMON STOCKS

| | | | | | Unrealized | | Dividend |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Market Value | Gain/(Loss) | | Yield % |
| COMMON STOCKS | | | | $756,330.00 | $41,353.85 ST | $85,460.00 | 11.31% |
| | | | | | | $0.00 | |

### STOCKS

#### PREFERRED STOCKS

| Security Description | Trade Date | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DEUTSCHE BK CONT CAP III 7.60% (DTK) | 6/6/12 | 2,369.000 | $25.659 | $60,786.41 | $62,612.67 | $1,826.26 ST | | |
| | 6/6/12 | 631.000 | 25.638 | 16,177.77 | 16,677.33 | 499.56 ST | | |
| | Total | 3,000.000 | | 76,964.18 | 79,290.00 | 2,325.82 ST | 5,700.00 | 7.18 |

*Share Price: $26.430; Moody BA2    S&P BBB; Next Dividend Payable 11/12; 3000 Held On Margin*

| DEUTSCHE BK CONT CAP TR V 8.05 (DKT) | 6/6/12 | 3,000.000 | 26.412 | 79,237.40 | 81,180.00 | 1,942.60 ST | 6,036.00 | 7.43 |

*Share Price: $27.060; Moody BA2    S&P BBB; Next Dividend Payable 10/12; 3000 Held On Margin*

| PREFERRED STOCKS | | | | $156,201.58 | $160,470.00 | $4,268.42 ST | $11,736.00 | 7.31% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | $0.00 | |

| | | Percentage of Assets % | | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| STOCKS | | 66.8% | | $870,177.73 | $915,800.00 | $45,622.27 ST | $97,196.00 | 10.61% |
| | | | | | | | $0.00 | |

### CORPORATE FIXED INCOME

#### CORPORATE BONDS

| Security Description | Trade Date | Face Value | Orig. Unit Cost Adj. Unit Cost | Orig. Total Cost Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BANCO ABC BRASIL SA REGS CUSIP P0763MBW0 | 6/5/12 | 100,000.000 | $104.000 $103.910 | $104,000.00 $103,910.34 | $106,815.00 | $2,904.66 ST | $7,875.00 $3,128.12 | 7.37 |

*Unit Price: $106.815; Coupon Rate 7.875%; Matures 04/08/2020; Int. Semi-Annually Apr/Oct 08; Yield to Maturity 6.714%; Moody BA1; Issued 04/08/10*

| CAPITAL ONE CAP III CUSIP 14042BAA4 | 6/7/12 | 100,000.000 | 101.500 101.495 | 101,500.00 101,495.02 | 101,000.00 | (495.02) ST | 7,686.00 341.59 | 7.60 |

*Unit Price: $101.000; Coupon Rate 7.686%; Matures 08/15/2036; Int. Semi-Annually Feb/Aug 15; Callable $100.00 on 08/16/36; Yield to Call 7.594%; Floater; Moody BAA3    S&P BB+; Issued 08/01/06; 100000 Held On Margin*

| FAIRFAX FINANCIAL HOLDINGS CUSIP 303901AE2 | 6/14/12 | 50,000.000 | 103.013 103.004 | 51,506.50 51,502.24 | 53,658.50 | 2,156.26 ST | 3,875.00 495.13 | 7.22 |

*Unit Price: $107.317; Coupon Rate 7.750%; Matures 07/15/2037; Int. Semi-Annually Jan/Jul 15; Yield to Maturity 7.117%; Moody BAA3    S&P BBB; Issued 07/21/97*

CONTINUED

**MorganStanley SmithBarney**

**CLIENT STATEMENT** | For the Period August 131, 2012

Active Assets Account   WALDYR DA SILVA PRADO NETO
-9292-670

REDACTED

## Holdings

### CORPORATE FIXED INCOME
#### CORPORATE BONDS (CONTINUED)

| Security Description | Trade Date | Face Value | Orig. Unit Cost / Adj. Unit Cost | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|
| REGIONS FINANCIAL CORP CUSIP 7591EPAE0 | 6/13/12 | 50,000.000 | 98.513 / 98.513 | 49,256.50 / 49,256.50 | 52,000.00 | 2,743.50 ST | 3,687.50 / 829.68 | 7.09 |
| Unit Price: $104.000; Coupon Rate 7.375%; Matures 12/10/2037; Int. Semi-Annually Jun/Dec 10; Yield to Maturity 7.033%; Moody B1     S&P BB+; Issued 12/10/07; 50000 Held On Margin | | | | | | | | |
| VOTORANTIM CIMENTOS SA REG S CUSIP P98088AA8 | 6/6/12 | 200,000.000 | 99.750 / 99.750 | 199,500.00 / 199,500.00 | 213,000.00 | 13,500.00 ST | 14,500.00 / 5,880.55 | 6.80 |
| Unit Price: $106.500; Coupon Rate 7.250%; Matures 04/05/2041; Int. Semi-Annually Apr/Oct 05; Yield to Maturity 6.734%; Moody BAA3     S&P BBB-; Issued 04/05/11; 200000 Held On Margin | | | | | | | | |
| BRASKEM AMERICA FINANCE CO CUSIP U1065PAA9 | 6/7/12 | 200,000.000 | 101.000 / 100.998 | 202,000.00 / 201,995.24 | 207,000.00 | 5,004.76 ST | 14,250.00 / 1,543.74 | 6.88 |
| Unit Price: $103.500; Coupon Rate 7.125%; Matures 07/22/2041; Int. Semi-Annually Jan/Jul 22; Yield to Maturity 6.845%; Moody BAA3     S&P BBB-; Issued 07/22/11; 200000 Held On Margin | | | | | | | | |
| **CORPORATE BONDS** | | | | $707,763.00 / $707,659.34 | $733,473.50 | $26,814.16 ST | $51,873.50 / $12,218.81 | 7.07% |

#### FIXED-RATE CAPITAL SECURITIES

| Security Description | Trade Date | Face Value | Orig. Unit Cost / Adj. Unit Cost | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|
| QWEST CORP 7.00% NOTES DUE 2052 CUSIP 74913G402 | 6/14/12 | 2,000.000 | $25.033 / $25.033 | $50,065.50 / $50,065.50 | $53,360.00 | $3,294.50 ST | $3,500.00 / 0 | 6.55 |
| Unit Price: $26.680; Coupon Rate 7.000%; Matures 04/01/2052; Interest Paid Quarterly Oct 01; Callable $25.00 on 04/01/17; Moody BAA3E     S&P BBB-; 2000 Held On Margin | | | | | | | | |

| | Percentage of Assets % | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|
| CORPORATE FIXED INCOME | | | | $757,828.50 / $757,724.84 | $786,833.50 | $29,108.66 ST | $55,373.50 / $12,218.81 | 7.04% |
| TOTAL CORPORATE FIXED INCOME (incl. accr.int.) | 58.3% | | | | $799,052.31 | | | |

| | Percentage of Assets % | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income / Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|
| TOTAL MARKET VALUE | 100.0% | | | $1,627,902.57 | $1,358,244.96 | $74,730.93 ST | $152,569.50 / $12,218.81 | 11.13% |
| TOTAL VALUE (includes accrued interest) | | | | | $1,370,463.77 | | | |

Page 8 of 16

MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 1-31, 2012

Active Assets Account   WALDYR DA SILVA PRADO NETO
9292-670

## Activity

### CASH FLOW ACTIVITY BY DATE

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 8/1 | 8/1 | Dividend | AGIC CONV & INC FD | | | | $540.00 |
| 8/1 | 8/1 | Dividend | AGIC CONV & INCOME FD II COM | | | | 510.00 |
| 8/2 | | Online Transfer | FUNDS PAID | wells XX-6934 CONFIRMATION # 4272970 | | | (10,000.00) |
| 8/6 | | Cash Transfer | FUNDS TRANSFERRED | CONFIRMATION # 4323133 FRO: 9362 | | | 57,000.00 |
| 8/6 | | Funds Transferred | WIRED FUNDS SENT | BENE: KFG INTERNATIONAL ACCT: | | | (57,000.00) |
| 8/8 | | Funds Transferred | WIRED FUNDS SENT | BENE: KEESAL YOUNG AND LOGAN ACCT: 153497598984 | | | (20,000.00) |
| 8/8 | | Funds Transferred | WIRED FUNDS SENT | BENE: JARED COGGAN ACCT: 003817868982 | | | (3,950.00) |
| 8/13 | | Online Transfer | FUNDS PAID | wells XX-6934 CONFIRMATION # 4400055 | | | (15,000.00) |
| 8/15 | | Interest Income | CAPITAL ONE   7686 *36AU15 | CUSIP: 14042BAA4 | | | 3,843.00 |
| 8/20 | | Dividend | EATON VANCE LTD DURATION FD | | | | 416.80 |
| 8/20 | | Qualified Dividend | DEUTSCHE BK CONT CAP III 7.60% | | | | 1,425.00 |
| 8/20 | | Funds Transferred | WIRED FUNDS SENT | BENE: WALDYR DA SILVA PRADO 23043 | | | (260,000.00) |
| 8/20 | | Online Transfer | FUNDS TRANSFERRED | CONFIRMATION # 4528933 TO: 362 | | | (270,000.00) |
| 8/22 | | Funds Transferred | WIRED FUNDS SENT | BENE: FIRST OF EARING, LLC )0262 | | | (121,100.81) |
| 8/27 | | Cash Transfer | FUNDS TRANSFERRED | CONFIRMATION # 4641676 FRO: 9362 | | | 428,747.33 |
| 8/30 | | Dividend | ARMOUR RESIDENTIAL REIT INC | | | | 1,500.00 |
| 8/31 | | Dividend | PIONEER FLOATING RATE TRUST | | | | 750.00 |
| 8/31 | | Dividend | PIONEER DIV HIGH INCOME TRUST | | | | 480.00 |
| 8/31 | | Qualified Dividend | FIFTH STREET FINANCE CORP COM | | | | 574.80 |
| 8/31 | | Marg'n Interest Charged | Thru 08/31/12 For 31 Days ## | $290,646.98 | | 3 3/4% | (938.45) |
| **NET CREDITS/(DEBITS)** | | | | | | | **$(262,202.33)** |

## Please see the disclosure section of the statement for more information regarding how we calculate your margin interest charges.

PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS

Page 9 of 16

REDACTED

MorganStanley
SmithBarney

Active Assets Account  WALDYR DA SILVA PRADO NETO
:9292-670

CLIENT STATEMENT | For the Period August †31, 2012

## Messages

**Notice Regarding the Order Protection Rule**
The following is being provided to you pursuant to FINRA Rule 5320, the Order Protection Rule, a copy of which can be obtained at www.finra.org/.
Consistent with our current practices and with the exceptions permitted under FINRA Rule 5320, we and our trade routing destinations may trade principally at prices that would satisfy your equity trading order through our and their use of internal controls, such as information barriers, that operate to prevent a trading unit that handles principal positions from obtaining knowledge of customer orders handled by a separate trading unit.
With respect to certain ☐Not Held☐ large orders (orders for more than 10,000 shares and $100,000), the same internal controls may not be available. For these orders you may instruct us that you do not wish us or our routing destinations to trade principally along side your order. Such instruction will limit the range of execution alternatives that we are able to offer.
Additional information regarding the handling of your equity orders and our business practices in relation to the Order Protection Rule is available online at www.morganstanleyindividual.com/customerservice/disclosures/.

MorganStanley
SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

## Research Ratings Definitions

**GUIDE TO MORGAN STANLEY & CO. LLC (MORGAN STANLEY), CITI INVESTMENT RESEARCH & ANALYSIS (CIRA) AND STANDARD & POOR S RESEARCH RATINGS**

**MORGAN STANLEY RESEARCH RATINGS**

Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks they cover. Morgan Stanley's ratings, Overweight, Equal-weight, Not-Rated and Underweight, are not the equivalent of Buy, Hold, and Sell, but represent recommended relative weightings. To satisfy regulatory requirements, Morgan Stanley corresponds Overweight, their most positive stock rating, with a Buy recommendation; they correspond Equal-weight and Not-Rated to Hold and Underweight to Sell recommendations, respectively. For ease of comparison, Morgan Stanley Smith Barney has normalized these ratings so that (1) corresponds to Buy recommendations, (2) corresponds to Hold recommendations, and (3) corresponds to Sell recommendations. Please refer to a Morgan Stanley research report for a complete description of Morgan Stanley's rating system and Morgan Stanley's actual proprietary rating on any covered company. Morgan Stanley s ratings are described below:

**MSSB NORMALIZED CODE / MORGAN STANLEY RATING: DEFINITION**

1 / **Overweight (O)** The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

2 / **Equal-weight (E)** The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

2 / **Not-Rated (NR)** Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

3 / **Underweight (U)** The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months

NAV, NA or ** appearing for Morgan Stanley Research indicates that the ratings for this company are not available because of a Morgan Stanley policy.

**CIRA STOCK RESEARCH RATINGS**

CIRA's stock recommendations include an investment rating and an optional risk rating to highlight high risk stocks. The risk rating takes into account both price volatility and fundamental criteria. Stocks will either have no risk rating or a High risk rating assigned. Any CIRA covered stock assigned a High risk rating will be represented as an □H□ on this statement.

Investment Ratings: CIRA's investment ratings are Buy, Neutral and Sell. CIRA's ratings are a function of analyst expectations of expected total return (ETR) and risk. ETR is the sum of the forecast price appreciation (or depreciation) plus the dividend yield for a stock within the next 12 months.

CIRA's investment rating definitions are: Buy (1) ETR of 15% or more or 25% or more for High risk stocks; and Sell (3) for negative ETR. Any CIRA covered stock not assigned a Buy or a Sell is a Neutral (2). For stocks rated Neutral (2), if a CIRA analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of CIRA management not to assign a target price and, thus, not derive an ETR. CIRA Analysts may place covered stocks □Under Review□ represented as a "–" on this statement, in response to exceptional circumstances (e.g. lack of information critical to the analyst's thesis) affecting the company and / or trading in the company's securities (e.g. trading suspension). As soon as practically possible, the CIRA analyst will publish a note re-establishing a rating and investment thesis. To satisfy regulatory requirements, CIRA corresponds Under Review and Neutral to Hold in its ratings distribution table for Under CIRA s 12-month fundamental rating system. However, CIRA reiterates that it does not consider Under Review to be a recommendation.

Relative three-month ratings: CIRA may also assign a three-month relative call (or rating) to a stock to highlight expected out-performance (most preferred) or under-performance (least preferred) versus the CIRA analyst's coverage universe over a 3 month period. The relative call may highlight a specific near-term catalyst or event impacting the company or the market that is anticipated to have a short-term price impact on the equity securities of the company. Absent any specific catalyst the CIRA analyst(s) will indicate the most and least preferred stocks in his coverage universe, explaining the basis for this short-term view. This three-month view may be different from and does not effect a stock's fundamental equity rating, which reflects a longer-term total absolute return expectation. For purposes of NASD/NYSE ratings-distribution-disclosure rules, most preferred calls correspond to a buy recommendation and least preferred calls correspond to a sell recommendation. Any stock not assigned to a most preferred or least preferred call is considered non-relative-rated (NRR). For purposes of NASD/NYSE ratings-distribution-disclosure rules CIRA corresponds NRR to Hold in its ratings distribution table for its 3-month relative rating system. However, CIRA reiterates that it does not consider NRR to be a recommendation.

Prior to October 7, 2011, CIRA used a different stock recommendation system. Please refer to a CIRA research report for a complete description of CIRA's prior and current recommendation system and for more information regarding CIRA.

**STANDARD & POOR S EQUITY RESEARCH RATINGS**

For ease of comparison, Morgan Stanley Smith Barney has normalized Standard & Poor's proprietary research ratings to a 1 (Buy), 2 (Hold), and 3 (Sell), which differs from Standard & Poor's rating system. Please refer to a Standard & Poor's research report for a complete description of Standard & Poor's rating system and Standard & Poor's actual proprietary rating on any covered company. Standard & Poor s ratings are described below:

**MSSB NORMALIZED CODE / STANDARD & POOR'S RATING: DEFINITION**

1 / **5-STARS** (Strong Buy) Total return is expected to outperform the total return of a relevant benchmark, by a wide margin over the coming 12 months, with shares rising in price on an absolute basis

1 / **4-STARS** (Buy) Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months, with shares rising in price on an absolute basis

MorganStanley
SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

## Research Ratings Definitions (CONTINUED)

**2 / 3-STARS (Hold):** Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months, with shares generally rising in price on an absolute basis

**3 / 2-STARS (Sell):** Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months, and the share price not anticipated to show a gain

**3 / 1-STARS (Strong Sell):** Total return is expected to underperform the total return of a relevant benchmark by a wide margin over the coming 12 months, with shares falling in price on an absolute basis

**Relevant benchmark:** In North America the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are generally the S&P Europe 350 Index and the S&P Asia 50 Index.

**MOODY'S INVESTORS SERVICE AND STANDARD & POOR'S CREDIT RATINGS**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the □opinions□ of the provider and are not representations or guarantees of performance. Your Financial Advisor will be pleased to provide you with further information or assistance in interpreting these credit ratings.

MorganStanley
SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

## Disclosure

**Errors and Inquiries**
If you do not understand an entry on your statement or suspect an error was made, it is essential that you immediately contact the manager of the office servicing your account. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Except as provided in your account documentation, we will consider your statement to be correct unless we receive a written inquiry from you about the suspected error within 10 calendar days from the day on which you received your statement. It is your responsibility to review your statement promptly and to seek immediate clarification about entries that you do not understand. Please see your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered.

**Questions?**
Questions regarding your account may be directed to either your Financial Advisor or the Branch Manager for the branch office where you maintain your account. If you require further assistance, your inquiries may also be directed to Client Service at (800) 869-3326 or you may contact the Legal and Compliance Division at (914) 225-5870 with any account-related concerns.

**Account Valuation**
Account values are computed by adding (1) the market value of all priced positions and (2) market values provided by pricing services and/or outside custodians, as applicable for other positions, and by adding any credit or subtracting any debit to your closing cash, money market funds and/or deposit balance. Cash, Deposits and Money Market Funds are displayed on a settlement date basis, and other positions are displayed in your account on a trade date basis. The value of fixed income positions in summary displays includes accrued interest in the totals. In the □Holdings□ section, fixed income market value and accrued interest are also displayed in separate columns. Accrued interest is the interest earned but not yet paid on the bond since its last interest payment (or □dated date□) through the closing date of the statement, based on information provided by the Issuer. Your closing cash, money market fund and/or deposit balance reflects the net month end balance for these positions. Global Currency deposits are reflected in US Dollars as of the statement end date. The

Annual Percentage Yield (APY) for deposits represents the applicable rate in effect for your deposits at the statement ending date. The month-end APY may be different than that which was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to http://www.morganstanleyindividual.com/AccountOptions/ActiveAssets/AdditionalInvestmentFeatures

**Additional IRA Information**
IRA contributions are subject to IRS eligibility rules and regulations. The "Max. Individual Contributions Allowed (by SSN)" reflects the annual limit on contributions that you as an individual can make to IRAs (Traditional, Roth, SEP, and SARSEP) under the Internal Revenue Code. The limit applies on a per person basis, not per account. The Contributions information included in this statement reflects contribution information for a particular account, without reference to any other IRA.

You cannot make an individual contribution to a Traditional IRA for the year in which you attain age 70 1/2 or any later year. You should check with your tax advisor to verify how much you can contribute and whether or not the contribution will be tax deductible.

The categorization of any amounts in this statement as Individual Deductible or Individual Non-Deductible is based upon information provided by you, and is included for your convenience. Please contact your Financial Advisor if this information is incorrect. The information included in this statement is not intended to constitute tax, legal or accounting advice.

The account value used for your RMD calculation is based on your account's prior December 31st Account Value including accrued but unpaid interest.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC ~17 CFR §240.15c3-3], Morgan Stanley Smith Barney LLC may use free credit balances in your account which are payable to you on demand, in the ordinary course of its business. We provide summary Morgan Stanley Smith Barney LLC and Morgan Stanley & Co. LLC financial statements to you semiannually: copies are also available on request, by mail.

**Certain Assets Not Held At Morgan Stanley Smith Barney LLC**
You may purchase certain assets through us that may be held at a financial institution other than Morgan Stanley Smith Barney LLC. Assets not held at Morgan Stanley Smith Barney LLC may not be covered by SIPC protection. We may include information about these

applicable assets on this statement, solely as a service to you and are not responsible for information (including valuation) derived from you or another external source. Generally, any financial institution that holds securities is responsible for providing taxable year-end reporting (1099s) and separate periodic statements, which may vary from our information due to different tax reporting periods. In the case of networked mutual funds, Morgan Stanley Smith Barney LLC performs all year-end tax reporting (1099s). Under certain circumstances, such as IRA accounts, we perform all tax reporting.

**Gain/(Loss) Information**
Gain/(Loss) is provided for informational purposes only. It is not a substitute for Internal Revenue Service (IRS) Form 1099 or any other IRS tax form. It is not intended to be used and should not be used for tax preparation, and Unrealized Gain/(Loss) values are estimates and should be independently verified. We recommend that you contact your legal or tax advisor to determine the appropriate use of this information.

Gain/(Loss) is calculated based upon generally accepted methodologies. The calculations do not account for each individual client's particular circumstances. Morgan Stanley Smith Barney may not adjust cost basis for all events that you are required to take into account for tax reporting purposes and you may need to make additional adjustments to properly complete your tax returns.

For accounts with Choice Select pricing, the commissions paid on your eligible equity and option purchases and sales are applied to the Total Cost on a monthly basis.

With respect to estimated Gains/(Loss) for listed equity options, we have taken into account option premiums paid or received. With respect to multiple purchases and/or sales, Gain/(Loss) is calculated using an average price for all like positions.

Unrealized and Realized Gain/(Loss) calculations may change due to adjustments to cost basis occurring after the date of this statement. We are not responsible for the accuracy of any Gain/(Loss) calculations based upon information provided by you or another financial institution. You are responsible for ensuring the accuracy of such information.

Morgan Stanley Smith Barney reports the sale of securities on a First-in First-out (FIFO) basis unless a client notifies us of the specific securities to be sold. Clients wishing to use specific identification when selling securities must provide that information to us at the time of the sale.

**Investment Objectives**

CONTINUED

Page 13
of 16

# MorganStanley SmithBarney

**CLIENT STATEMENT** For the Period August 1-31, 2012

## Disclosure (CONTINUED)

For your reference, we have included below an explanation of the investment objective alternatives applicable to your account(s):

**Income** - for investors seeking regular income with low to moderate risk to principal

**Capital Appreciation** - for investors seeking capital appreciation with moderate to high risk to principal

**Aggressive Income** - for investors seeking higher returns either as growth or as income with greater risk to principal

**Speculation** - for investors seeking high profits or quick returns with considerable possibility of losing most or all of their investment

**Listed Options**

Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request.

**Margin Interest Charges**

Morgan Stanley Smith Barney calculates interest charges on margin loans as follows:

(1) Multiply the applicable margin interest rate by the daily close of business net settled debit balance.

(2) Divide by 360 (days).

Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. Morgan Stanley Smith Barney adds the accrued interest to your debit balance and starts a new calculation each time the applicable interest rate changes and at the close of every statement month. For current margin loan interest rates, please go to http://www.morganstanleyclientserv.com

**Margin Privileges** not available for certain accounts such as IRAs or retirement accounts)

If you have margin privileges, you may borrow money from Morgan Stanley Smith Barney in exchange for pledging assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral will be indicated below the position.

**Important Information if you are a Margin Customer**

If you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith.

**Money Market Pricing**

An investment in a money market fund is neither insured nor guaranteed by the FDIC or any other government agency. Although money market funds seek to preserve the value of your investment at $1.00 per share, there can be no assurance that will occur and it is possible to lose money should the fund value per share fall. Moreover, in some circumstances money market funds may be forced to cease operations when the value of a fund drops below $1.00 per share. In that event, the fund's holdings would be liquidated and distributed to the fund's shareholders. This liquidation process could take up to one month or more. During that time, these funds would not be available to you to support purchases, withdrawals, and, if applicable, check writing or ATM debits from your account.

**Notice Regarding Investment Advisor Research**

Morgan Stanley Smith Barney's Investment Advisor Research department conducts research on various mutual funds and exchange-traded funds for clients holding those funds in certain investment advisory programs. If you have instead invested in any of these funds in another type of account, such as a brokerage account, you will not receive the same research materials and status updates as the funds as we provide to investment advisory clients (including instructions on selling fund shares).

**Pricing of Securities**

The prices of securities displayed on this statement are derived from various sources, and do not necessarily represent the prices at which those securities could have been bought or sold. Although we attempt to use reliable sources of information, we can offer no assurance as to its accuracy. For exchange traded securities, or those trading continually in an active marketplace, the price reflects the closing price as of the last business day of your statement period; and generally bid prices for securities that are neither exchange traded nor trading continually in an active marketplace. The prices of securities not actively traded may not be available, and are indicated by N/A (not available). The markets for some fixed income and preferred securities may not be liquid, and prices may be approximations or estimates. These and for securities that trade less frequently, we rely on outside pricing services and / or computerized pricing models, which cannot always give us actual market values. Prices may be based on: recent transactions or bids, if available; independent quotation services that use computerized valuation formulae to calculate prices based on institutional quantities; or estimates. Prices for non-institutional quantities of some fixed income securities are likely to be different than institutional prices. Some annuity values provided by outside sponsors are estimates. The amounts on this statement for limited partnerships are typically obtained from a third party or from the general partners unless we have obtained other information such as an independent appraisal. Since many partnership valuations are provided only annually, they do not always represent current values. Furthermore some securities, such as limited partnerships and non-traded REITs are illiquid and have no public markets, so the amounts shown on this statement may not equal the amounts you would receive if you sold or tendered your investment. The value of mutual fund shares is determined by multiplying the net asset value (NAV) by the number of shares or units held, as reported to Morgan Stanley Smith Barney by the correspondent custodian. If we cannot obtain a price or estimate, N/A appears. Speak to your Financial Advisor to obtain current information concerning the prices on your statements.

**Important Information About Auction Rate Securities**

The following information applies only to holders of Auction Rate Securities. Depending on your current holdings, this message may/may not be applicable to you. Due to market conditions, certain Auction Rate Securities are experiencing no or limited liquidity. Therefore, the price(s) for any Auction Rate Securities shown on this statement may not reflect the price(s) you would receive upon a sale at auction or in a secondary market transaction, and are not an indication of any offer to purchase at such price. There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for any particular security. The prices of any Auction Rate Securities on your statement in most cases reflect par value, but may be derived from various sources. These prices may differ from: prices provided to us or our affiliates own internal bookkeeping valuations; prices of transactions executed in any secondary market that exists or may develop; and/or the prices at which issuer repurchases or redemptions may occur. Please contact your Financial Advisor with any questions.

**FDIC LGP Debt: Temporary Liquidity Guarantee Program Debt**

Bonds issued under the FDIC's Temporary Liquidity Guarantee Program are backed by the full faith and credit of the United States through the earlier of the maturity date of the debt or June 30, 2012 for securities issued prior to April 1, 2009, and the earlier of the maturity date of the debt or December 31, 2012 for securities issued on or after April 1,

CONTINUED

MorganStanley
SmithBarney

# CLIENT STATEMENT | For the Period August 131, 2012

## Disclosure (CONTINUED)

2009. For more information visit www.fdic.gov/tlgp. The FDIC guarantee refers to the timely payment of interest and principal only. Guarantees do not eliminate market risk. Not all senior unsecured debt issued within the program time frame by eligible participants will qualify for the FDIC guarantee.

### Security Measures

This statement features several embedded security elements to safeguard its authenticity. One is a unique security mark—a blue rectangle printed in heat-sensitive ink on the back side of every page. When exposed to warmth, the blue rectangle will disappear, and then reappear.

### SIPC Protection

Securities and cash held in your Morgan Stanley Smith Barney account(s) are protected by a combination of coverage provided by the Securities Investor Protection Corporation (SIPC), a non-profit organization created by an Act of Congress, and additional protection purchased from a private insurer by Morgan Stanley Smith Barney (Excess of SIPC). SIPC protects up to $500,000 of each client's securities, of which up to $250,000 may be uninvested cash. SIPC and Excess of SIPC apply only to securities and cash in the exclusive possession and control of Morgan Stanley Smith Barney and do not protect against losses due to market fluctuations. Please be advised that you may obtain information about SIPC, including the SIPC Brochure, by contacting SIPC at 1-202-371-8300 or by visiting www.sipc.org.

### Special Considerations Regarding Structured Products

Structured Products are complex products and may be subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from any actual or anticipated changes to issuer's and/or guarantor's credit ratings or credit spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying reference asset(s); no periodic payments; call prior to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to investors. In addition, investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Products may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that debt category. Estimated accrued interest, estimated annual income and estimated yield for structured products with a contingent income feature, including Range Accrual Notes and Contingent Income Notes, assume optimal performance of the underlying asset(s) and payment full of all contingent interest. However, contingent interest is only paid if the specified accrual conditions are met during the relevant observation period. Actual accrued interest, annual income and yield will be dependent upon the performance of the underlying asset(s) and may be significantly lower than the estimates shown. For more information about the risks specific to your Structured Products, you should contact your Financial Advisor.

### Tax Reporting

Under Federal Income Tax law, Morgan Stanley Smith Barney is required to report the gross proceeds of sales transactions (including entering into short sales) to you on Form 1099-B by February 15 of the year following the calendar year of the transaction. For the sale of certain securities acquired on or after January 1, 2011, we are required to report additional transaction information on Form 1099-B. Your Form 1099-B information for the calendar year should be exclusively relied upon for the purpose of filing your tax return for the year. Under U.S. Internal Revenue Service regulations, if you have not provided us with certification of either U.S. or foreign status on an appropriate Form W-9 or W-8, your accounts may be subject to either 28% back up withholding or 30% nonresident alien withholding, as applicable, on payments made to your accounts.

### Total Income (This Year/This Period)

Total income as used in, the income summaries, represents dividends and/or interest on securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the Internal Revenue Service. The totals we report may differ from those indicated as "This Year" figures on the last statement for the calendar year. In the case of Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting (1099).

### Transaction Dates and Transaction Conditions

All activity displays transaction date and settlement date. Securities transactions are included on this statement on a trade date basis (excluding BDPs and MMFs). Trades that have not settled as of statement month end will also be displayed in the □Unsettled Purchase/Sales Activity□ section.
Upon written request, MSSB will furnish the date and time of a transaction and the name of the other party to a transaction. MSSB and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

MorganStanley SmithBarney

This page intentionally left blank

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Activities \| 189 transactions | | | | | | | | | | | |
| 2 | ACCOUNT | TRADE DATE | SETTLEMENT DATE | ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL /CUSIP | PRICE ($) | AMOUNT ($) | CASH BALANCE ($)* | COMM ($) | TYPE |
| 3 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 15,000.00 | ARMOUR RESIDENTIAL REIT INC VPF20120911153749185376 Ref: 255J6181 SEC ID: CIM50 | ARR | 7.59 | 113,403.44 | 1,411,147.49 | 450.00 | Long Margin |
| 4 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 3,000.00 | DEUTSCHE BK CONT CAP III 7.60% VPF20120911153937595095 Ref: 255M6874 SEC ID: CEW69 | DTK | 25.60 | 76,790.47 | 1,297,744.05 | 2,373.00 | Long Margin |
| 5 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 6,000.00 | FIFTH STREET FINANCE CORP COM VPF20120911154306554907 Ref: 255N7870 SEC ID: CCE35 | FSC | 10.72 | 63,978.35 | 1,220,953.58 | 360.00 | Long Margin |
| 6 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 6,000.00 | AGIC CONV & INC FD VPF20120911153326130084 Ref: 255J3515 SEC ID: A994C | NCV | 9.31 | 55,516.74 | 1,156,975.23 | 360.00 | Long Margin |
| 7 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 6,000.00 | AGIC CONV & INCOME FD II COM VPF20120911153500679984 Ref: 255I3529 SEC ID: A99XL | NCZ | 8.67 | 51,661.23 | 1,101,458.49 | 360.00 | Long Margin |
| 8 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 3,000.00 | AMERICAN CAPITAL AGENCY VPF20120911153557541179 Ref: 255J8492 SEC ID: AYB88 | AGNC | 35.60 | 106,614.60 | 1,049,797.26 | 180.00 | Long Margin |
| 9 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 10,000.00 | PIONEER FLOATING RATE TRUST VPF20120911153844280889 Ref: 255T3009 SEC ID: AWT08 | PHD | 13.35 | 132,867.01 | 943,182.66 | 600.00 | Long Margin |
| 10 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 3,000.00 | DEUTSCHE BK CONT CAP TR V 8.05 VPF20120911154040847119 Ref: 255M6784 SEC ID: AVK25 | DKT | 26.37 | 79,104.60 | 810,315.65 | 2,445.00 | Long Margin |
| 11 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 4,000.00 | EATON VANCE LTD DURATION FD VPF20120911154213193824 Ref: 255N0498 SEC ID: ATJ07 | EVV | 16.72 | 66,632.50 | 731,211.05 | 240.00 | Long Margin |
| 12 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 6,000.00 | ANNALY CAPITAL MNGMT INC VPF20120911153708152813 Ref: 255J3916 SEC ID: AMQ34 | NLY | 17.62 | 105,351.63 | 664,578.55 | 360.00 | Long Margin |
| 13 | 9292 | 09/11/2012 | 09/14/2012 | Sold | 3,000.00 | PIONEER DIV HIGH INCOME TRUST VPF20120911154403212970 Ref: 255T2932 SEC ID: AML49 | HNW | 21.20 | 63,417.67 | 559,226.92 | 180.00 | Long Margin |