Page 2

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ACCOUNT | TRADE DATE | SETTLEMENT DATE | ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ($) | AMOUNT ($) | CASH BALANCE ($)* | COMM ($) | TYPE |
| 14 | 9292 | 09/06/2012 | 09/11/2012 | Sold (Rebook) | 50,000.00 | REGIONS FINANCIAL CORP ACCT TYPE CHANGE RATE:B1/BB+ 7.375% DUE:2037-12-10 Ref: 251W3285 SEC ID: TV907 | 7591EPAE0 | 102.50 | 52,176.12 | 495,809.25 | | Long Margin |
| 15 | 9292 | 09/06/2012 | 09/11/2012 | Sold (Cancel) | 50,000.00 | REGIONS FINANCIAL CORP REGIONS FINANCIAL CORP 7.375 DUE 12/10/2037 J&D 10 RATE:B1/BB+ 7.375% DUE:2037-12-10 Ref: | 7591EPAE0 | 102.50 | -52,176.12 | 443,633.13 | | Cash |
| 16 | 9292 | 09/06/2012 | 09/11/2012 | Sold (Rebook) | 100,000.00 | CAPITAL ONE CAP III ACCT TYPE CHANGE RATE:BAA3/BB+ 7.686% DUE:2036-08-15 Ref: 251W3283 SEC ID: TK222 | 14042BAA4 | 101.00 | 101,555.10 | 495,809.25 | | Long Margin |
| 17 | 9292 | 09/06/2012 | 09/11/2012 | Sold (Cancel) | 100,000.00 | CAPITAL ONE CAP III CAPITAL ONE CAP III 7.686 DUE 08/15/2036 F&A 15 RATE:BAA3/BB+ 7.686% DUE:2036-08-15 Ref: 251W3282 SEC ID: TK222 | 14042BAA4 | 101.00 | -101,555.10 | 394,254.15 | | Cash |
| 18 | 9292 | 09/06/2012 | 09/11/2012 | Sold | 50,000.00 | REGIONS FINANCIAL CORP RATE:B1/BB+ 7.375% DUE:2037-12-10 Ref: 250250P8 SEC ID: TV907 | 7591EPAE0 | 102.50 | 52,176.12 | 495,809.25 | | Cash |
| 19 | 9292 | 09/06/2012 | 09/11/2012 | Sold | 100,000.00 | CAPITAL ONE CAP III RATE:BAA3/BB+ 7.686% DUE:2036-08-15 Ref: 250247P0 SEC ID: TK222 | 14042BAA4 | 101.00 | 101,555.10 | 443,633.13 | | Cash |
| 20 | 9292 | 09/06/2012 | 09/11/2012 | Sold | 50,000.00 | FAIRFAX FINANCICAL HOLDINGS RATE:BAA3/BBB- 7.750% DUE:2037-07-15 Ref: 250249P0 SEC ID: TD212 | 303901AE2 | 106.00 | 53,596.78 | 342,078.03 | | Cash |
| 21 | 9292 | 09/06/2012 | 09/11/2012 | Sold | 200,000.00 | BRASKEM AMERICA FINANCE CO RATE:BAA3/BBB- 7.125% DUE:2041-07-22 Ref: 250246P2 SEC ID: CTD98 | U1065PAA9 | 103.25 | 208,439.58 | 288,481.25 | | Cash |
| 22 | 9292 | 09/06/2012 | 09/11/2012 | Sold | 100,000.00 | BANCO ABC BRASIL SA REGS RATE:BA1/N/A 7.875% DUE:2020-04-08 Ref: 250244P7 SEC ID: A16AN | P0763MBW0 | 105.75 | 109,096.88 | 80,041.67 | | Cash |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ACCOUNT | TRADE DATE | SETTLEMENT DATE | ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ($) | AMOUNT ($) | CASH BALANCE ($)* | COMM ($) | TYPE |
| 23 | 9292 | 09/06/2012 | 09/11/2012 | Sold | 200,000.00 | VOTORANTIM CIMENTOS SA REG S RATE:BAA3/BBB 7.250% DUE:2041-04-05 Ref: 25Q252P1 SEC ID: A1X5R | P98088A | 106.00 | 218,283.33 | -29,055.21 | | Cash |
| 24 | 9292 | 09/04/2012 | 09/04/2012 | Dividend | | AGIC CONV & INC FD Ref: 24806000 SEC ID: A994C | NCV | | 540.00 | -247,338.54 | | Cash |
| 25 | 9292 | 09/04/2012 | 09/04/2012 | Dividend | | AGIC CONV & INCOME FD II COM Ref: 24806000 SEC ID: A99XL | NCZ | | 510.00 | -247,878.54 | | Cash |
| 26 | 9292 | 09/04/2012 | 09/04/2012 | Online Transfer | | FUNDS TRANSFERRED CONFIRMATION # 4838062 FROM 658-9362 Ref: 24838062 | | | 96,000.00 | -248,388.54 | | Cash |
| 27 | 9292 | 08/31/2012 | 08/31/2012 | Dividend | | FIFTH STREET FINANCE CORP COM Ref: 24406000 SEC ID: CCE35 | FSC | | 574.80 | -344,388.54 | | Cash |
| 28 | 9292 | 08/31/2012 | 08/31/2012 | Dividend | | PIONEER FLOATING RATE TRUST Ref: 24410000 SEC ID: AWT08 | PHD | | 750.00 | -344,963.34 | | Cash |
| 29 | 9292 | 08/31/2012 | 08/31/2012 | Dividend | | PIONEER DIV HIGH INCOME TRUST Ref: 24403000 SEC ID: AML49 | HNW | | 480.00 | -345,713.34 | | Cash |
| 30 | 9292 | 08/31/2012 | 08/31/2012 | Margin Interest | | INTEREST THRU 08/31/12 Ref: 24479470 | | | -938.45 | -346,193.34 | | Long Margin |
| 31 | 9292 | 08/30/2012 | 08/30/2012 | Dividend | | ARMOUR RESIDENTIAL REIT INC Ref: 24315000 SEC ID: CJM50 | ARR | | 1,500.00 | -345,254.89 | | Cash |
| 32 | 9292 | 08/27/2012 | 08/27/2012 | CASH TRANSFER | | FUNDS TRANSFERRED CONFIRMATION # 4641676 FROM 658-9362 Ref: 24041676 | | | 428,747.33 | -346,754.89 | | Cash |
| 33 | 9292 | 08/22/2012 | 08/22/2012 | Transfer Out | | WIRED FUNDS SENT BENE: FIRST CLEARING, LLC ACCT: REDACTED 0262 Ref: 23505110 | | | -121,100.81 | -775,502.22 | | Cash |
| 34 | 9292 | 08/20/2012 | 08/20/2012 | Dividend | | DEUTSCHE BK CONT CAP III 7.60% Ref: 23303000 SEC ID: CEW69 | DTK | | 1,425.00 | -654,401.41 | | Cash |
| 35 | 9292 | 08/20/2012 | 08/20/2012 | Dividend | | EATON VANCE LTD DURATION FD Ref: 23304000 SEC ID: ATJ07 | EVV | | 416.80 | -655,826.41 | | Cash |
| 36 | 9292 | 08/20/2012 | 08/20/2012 | Transfer Out | | WIRED FUNDS SENT BENE: WALDYR DA SILVA PRADO REDACTED 3043 Ref: 23305270 | | | -260,000.00 | -656,243.21 | | Cash |

| Transaction Details | | | | |
|---|---|---|---|---|
| **Confirmation Details** | | | | |
| Conf # | Type | Amount | Status | Frequency |
| 4272970 | ACH | $10,000.00 | Executed | One-Time |
| **Other Details** | | | | |
| Entry Date | | | 08/02/2012 | |
| Trans. Date | | | 08/02/2012 | |
| **Account Details** | | | | |
| | | From Account | | To Account |
| Acct Tier | | SELECT | | N/A |
| Account # | | 0292-670 | | 6934 |
| Owner | | N/A | | WALDYR DA |
| Routing # | | N/A | | 067006432 |
| Acct Held At | | MSSB | | WELLS FARGO BANK |
| Acct Name | | WALDYR DA SILVA PRADO NETO | | wells |
| Acct Details | | AAA:Single | | N/A |
| **Business Rule Codes** | | | | |
| Date | Time | Reason Code | Severity | Description |
| | | No Exception Found | | |
| **Audit Log** | | | | | | |
| Group | Action | Login ID | User Name | Date/Time | Status | Comments |
| Client | Created | pradoneto | WALDYR DA | 2012-08-02 19:01:09 | Executed | |

REDACTED

For Internal Use Only

| Branch No. | Account No. | Financial Advisor No. |
|---|---|---|
| 6 5 8 | 0 4 9 2 9 2 | 6 7 0 |

RED.

**MorganStanley SmithBarney**

# Verbal Wire Processing Form

To request a wire verbally over $100,000 the client must already have existing Variable Standing Wire Instructions established. Please provide this form to Branch Management once all of the information is completed in full and the transaction request has been submitted for approval.

**Please Note:** For Verbal Fed Funds wire requests, up to $100,000 for those account types noted below, only this form is needed. Verbal requests to same name or third parties cannot exceed $100,000 per day, per account.

**WALDYR PRADO NETO**
MSSB ACCOUNT NAME

Confirm eligible account type for Verbal Fed Funds up to $100,000

- ☑ Individual
- ☐ Joint
- ☐ Corporation
- ☐ Living/Testamentary Trust
- ☐ Sole Proprterorship
- ☐ Investment Club
- ☐ Unincorporated Assoc
- ☐ Not for Profit/For Profit Organizations
- ☐ Partnership/LLP/LLC

If the client, trustee, or authorized agent is not personally known to the employee, then the employee must verify the client's identity in order to validate that the person on the phone is an authorized individual acting on behalf of the account. In addition, confirm that the individual has appropriate withdrawal privileges for cash and/or securities to request the transaction. In the case of non-individual accounts, if you are uncertain of the account's authorizations, review applicable account documentation.

**WALDYR DA SILVA PRADO NETO**          08/07/2012
SPOKE TO (NAME)                          DATE                              TIME

**Client/FA**
REQUESTOR RELATIONSHIP TO MSSB ACCOUNT (E.G., ACCOUNT OWNER, TRUSTEE, OR AUTHORIZED AGENT)

**Legal Fees**
REASON FOR FED FUND REQUEST (FOR THIRD PARTY ONLY)

- ☑ Personally Known
- ☐ Date of Birth
- ☐ Social Security Number/Tax ID
- ☐ Account Activity since Last Account Statement
- ☐ Other Security question: _____

STANDING INSTRUCTION ID

Please check one:  ☐ Same-Plated   ☑ Third Party

Amount to be Wired (In figures) $ 20000.00          Date to send wire  08/08/2012

**Note related to verbal Fed Funds Wire Transfers:**
If the MSSB client already has an existing, completed and signed Variable Standing Wire Transfer Form on file, with pertinent Bank/Beneficiary information related to this transaction, then it is NOT necessary to complete this information again on page 2. Proceed to the Employee Name/Signature section.

VERBAL WIRE PROCESSING FORM
GWMWIRET (05/2011)

PAGE 1 OF 2

**For Internal Use Only**

| Branch No. | Account No. | | | Financial Advisor No. | | |
|---|---|---|---|---|---|---|
| 6 5 8 | REDACTED | 2 9 2 | | 6 7 0 | | |

## Bank Information

122235821
ROUTING BANK IDENTIFIER (E.G., ABA NUMBER)

Type: ☑ ABA   ☐ SWIFT ID   ☐ CHIPS

U.S. BANK, N.A San diego Ca
BANK NAME AND ADDRESS

Is Routing Bank different from Final Destination?   ☐ Yes   ☑ No

(If routing bank ABA number, SWIFT ID or CHIPS number is not the ultimate recipient institution, Final Destination Institution and Account Number at the routing bank must be provided.)

FINAL DESTINATION INSTITUTION

FINAL DESTINATION INSTITUTION ACCOUNT NUMBER AT ROUTING BANK

FINAL BENEFICIARY

MEMO FOR RECEIVING BANK

## Beneficiary Information (The ultimate recipient's information at the Final Destination Institution)

REDACTED
BENEFICIARY ACCOUNT NUMBER

KEESAL YOUNG AND LOGAN
BENEFICIARY ACCOUNT NAME

400 OCEANGATE   LONG BEACH, CALIFORNIA
ACCOUNT ADDRESS

## Additional Comments

6580003
FED FUND REFERENCE

CONFIRMATION DATE

## Instructions Received By:

Natalia Castaneda
EMPLOYEE (PRINT NAME)

SIGNATURE

08/08/2012
DATE

MANAGER/DESIGNEE (PRINT NAME)

SIGNATURE

DATE APPROVED

Investments and services offered through Morgan Stanley Smith Barney LLC, and accounts carried by Morgan Stanley & Co. Incorporated; Members SIPC.

© 2011 Morgan Stanley Smith Barney LLC. Member SIPC.

MorganStanley
SmithBarney

VERBAL WIRE PROCESSING FORM
GWMWIRET (05/2011)

PAGE 2 OF 2
NY CS 6740901 06/11

August 08, 2012

To: Morgan Stanley Smith Barney

From: Waldyr da Silva Prado Neto

Dear Sirs,        **REDACTED**

670

Please transfer from my accou_____:9292 with you the amount of USD 260,000.00 (Two Hundred Sixty Thousand Dollars) to:

| | |
|---|---|
| Bank: | BANK OF AMERICA NA |
| | 100 West 33rd Street – 4th floor |
| | New York, NY 10001 – U.S.A. |
| Swift Code: | BOFAUS3N |
| ABA Number: | 026009593 |
| Chips Participant: | 959 |
| Account name: | BANCO PAULISTA S/A - São Paulo - SP / Brazil |
| Account number: | _____:3043 |
| Swift Code: | PAULBRSP |
| Beneficiary: | Waldyr da Silva Prado Neto |
| subject: | Transferencia Patrimonial |

**RECEIVED**
AUG 2 0 2012
**MSSB**

**REDACTED**

Thank you very much,

*[signature]*
Waldyr da Silva Prado Neto

confirmed with waldyr prado on 8/20/12 at 11AM by phone.

011 5511 99108550

## Berthe-Martinez, Lorena D (Wealth Mgmt MS)

**From:** Novaes, Mariana (Wealth Mgmt MS)
**Sent:** Monday, August 20, 2012 12:38 PM
**To:** Berthe-Martinez, Lorena D (Wealth Mgmt MS)
**Subject:** FW: Transfers 2
**Attachments:** TransferI0820.jpg; TransferII0820.jpg

Here you go....

**Mariana Novaes**
Registered Associate
Morgan Stanley Smith Barney
201 S. Biscayne Blvd. Suite 2100  Miami, FL  33131
Tel: 786-777-6933   Fax: 305-376-8593
Toll-free: 0800-891-3831

**From:** wspn@uol.com.br [mailto:wspn@uol.com.br]
**Sent:** Monday, August 20, 2012 11:21 AM
**To:** Novaes, Mariana (Wealth Mgmt MS)
**Cc:** wspn@uol.com.br
**Subject:** Transfers 2

RECEIVED
AUG 20 2012
MSSB

1

For Internal Use Only
Branch No.    Account No.             Financial Advisor No.
6 5 8      0 4 9 2 9 2    6 7 0

**MorganStanley SmithBarney**

**REDACTED**

# Verbal Wire Processing Form

To request a wire verbally over $100,000 the client must already have existing Variable Standing Wire Instructions established. Please provide this form to Branch Management once all of the information is completed in full and the transaction request has been submitted for approval.

**Please Note:** For Verbal Fed Funds wire requests, up to $100,000 for those account types noted below, only this form is needed. Verbal requests to same name or third parties cannot exceed $100,000 per day, per account.

**WALDYR PRADO NETO**
MSSB ACCOUNT NAME

Confirm eligible account type ☑ Individual      ☐ Joint      ☐ Corporation
for Verbal Fed Funds
up to $100,000      ☐ Living/Testamentary Trust    ☐ Sole Proprietorship    ☐ Investment Club
     ☐ Unincorporated Assoc    ☐ Not for Profit/For Profit Organizations    ☐ Partnership/LLP/LLC

If the client, trustee, or authorized agent is not personally known to the employee, then the employee must verify the client's identity in order to validate that the person on the phone is an authorized individual acting on behalf of the account. In addition, confirm that the individual has appropriate withdrawal privileges for cash and/or securities to request the transaction. In the case of non-individual accounts, if you are uncertain of the account's authorizations, review applicable account documentation.

**WALDYR DA SILVA PRADO NETO**      08/08/2012
SPOKE TO (NAME)                                 DATE                               TIME

**Client**
REQUESTOR RELATIONSHIP TO MSSB ACCOUNT (E.G., ACCOUNT OWNER, TRUSTEE, OR AUTHORIZED AGENT)

**PAYMENT FOR WATCH PANERAI PAM048**
REASON FOR FED FUND REQUEST (FOR THIRD PARTY ONLY)

☑ Personally Known                  ☐ Date of Birth             ☐ Social Security Number/Tax ID
☐ Account Activity since Last Account Statement    ☐ Other Security question: _____

STANDING INSTRUCTION ID

Please check one:   ☐ Same-Plated   ☑ Third Party
Amount to be Wired (In figures) $ 3950.00                 Date to send wire 08/08/2012

**Note related to verbal Fed Funds Wire Transfers:**
If the MSSB client already has an existing, completed and signed Variable Standing Wire Transfer Form on file, with pertinent Bank/Beneficiary information related to this transaction, then it is NOT necessary to complete this information again on page 2. Proceed to the Employee Name/Signature section.

VERBAL WIRE PROCESSING FORM
GWMWIRET (05/2011)

PAGE 1 OF 2

**For Internal Use Only**

| Branch No. | Account No. | Financial Advisor No. |
|---|---|---|
| 6 5 8 | 0 4 9 2 9 2 **REDACTED** | 6 7 0 |

## Bank Information

026009593
ROUTING BANK IDENTIFIER (E.G., ABA NUMBER)

Type: ☑ ABA   ☐ SWIFT ID   ☐ CHIPS

BAC NY
BANK NAME AND ADDRESS

Is Routing Bank different from Final Destination?   ☐ Yes   ☑ No

(If routing bank ABA number, SWIFT ID or CHIPS number is not the ultimate recipient institution, Final Destination Institution and Account Number at the routing bank must be provided.)

FINAL DESTINATION INSTITUTION

FINAL DESTINATION INSTITUTION ACCOUNT NUMBER AT ROUTING BANK

FINAL BENEFICIARY

MEMO FOR RECEIVING BANK

## Beneficiary Information (The ultimate recipient's information at the Final Destination Institution)

003617008962
BENEFICIARY ACCOUNT NUMBER

JARED COGAN
BENEFICIARY ACCOUNT NAME

960 Washington ST, Boston MA
ACCOUNT ADDRESS

**REDACTED**

## Additional Comments

FED FUND REFERENCE

CONFIRMATION DATE

## Instructions Received By:

Natalia Castaneda
EMPLOYEE (PRINT NAME)

SIGNATURE

08/08/2012
DATE

MANAGER/DESIGNEE (PRINT NAME)

SIGNATURE

DATE APPROVED

Investments and services offered through Morgan Stanley Smith Barney LLC, and accounts carried by Morgan Stanley & Co. Incorporated; Members SIPC.

© 2011 Morgan Stanley Smith Barney LLC. Member SIPC.

**MorganStanley SmithBarney**

VERBAL WIRE PROCESSING FORM
GWMWIRET (05/2011)

PAGE 2 OF 2
NY CS 6740901 06/11

**For Internal Use Only**

| Branch No. | Account No. | Financial Advisor No. |
|---|---|---|
| 6 5 8 | REDACTED 2 9 2 | 6 7 0 |

**MorganStanley SmithBarney**

# Verbal Wire Processing Form

To request a wire verbally over $100,000 the client must already have existing Variable Standing Wire Instructions established. Please provide this form to Branch Management once all of the information is completed in full and the transaction request has been submitted for approval.

**Please Note:** For Verbal Fed Funds wire requests, up to $100,000 for those account types noted below, only this form is needed. Verbal requests to same name or third parties cannot exceed $100,000 per day, per account.

**WALDYR PRADO NETO**
MSSB ACCOUNT NAME

Confirm eligible account type for Verbal Fed Funds up to $100,000
- ☑ Individual
- ☐ Joint
- ☐ Corporation
- ☐ Living/Testamentary Trust
- ☐ Sole Proprietorship
- ☐ Investment Club
- ☐ Unincorporated Assoc
- ☐ Not for Profit/For Profit Organizations
- ☐ Partnership/LLP/LLC

If the client, trustee, or authorized agent is not personally known to the employee, then the employee must verify the client's identity in order to validate that the person on the phone is an authorized individual acting on behalf of the account. In addition, confirm that the individual has appropriate withdrawal privileges for cash and/or securities to request the transaction. In the case of non-individual accounts, if you are uncertain of the account's authorizations, review applicable account documentation.

| **WALDYR PRADO** | **08/06/2012** | **1:36 PM** |
|---|---|---|
| SPOKE TO (NAME) | DATE | TIME |

**ACCOUNT OWNER**
REQUESTOR RELATIONSHIP TO MSSB ACCOUNT (E.G., ACCOUNT OWNER, TRUSTEE, OR AUTHORIZED AGENT)

**RE-MODELING OF HOUSE PAYMENT**
REASON FOR FED FUND REQUEST (FOR THIRD PARTY ONLY)

- ☑ Personally Known
- ☐ Date of Birth
- ☐ Social Security Number/Tax ID
- ☐ Account Activity since Last Account Statement
- ☐ Other Security question: _____

STANDING INSTRUCTION ID

Please check one:  ☐ Same-Plated   ☑ Third Party

Amount to be Wired (In figures) $ 57000.00         Date to send wire 08/06/2012

**Note related to verbal Fed Funds Wire Transfers:**
If the MSSB client already has an existing, completed and signed Variable Standing Wire Transfer Form on file, with pertinent Bank/Beneficiary information related to this transaction, then it is NOT necessary to complete this information again on page 2. Proceed to the Employee Name/Signature section.

**For Internal Use Only**

Branch No.     Account No.            Financial Advisor No.
6  5  8       REDACTED               6  7  0

## Bank Information

026006237
ROUTING BANK IDENTIFIER (E.G., ABA NUMBER)

Type: ☑ ABA  ☐ SWIFT ID  ☐ CHIPS

**INTERAUDI BANK**
BANK NAME AND ADDRESS

Is Routing Bank different from Final Destination?  ☐ Yes  ☑ No

(If routing bank ABA number, SWIFT ID or CHIPS number is not the ultimate recipient institution, Final Destination Institution and Account Number at the routing bank must be provided.)

FINAL DESTINATION INSTITUTION

FINAL DESTINATION INSTITUTION ACCOUNT NUMBER AT ROUTING BANK

FINAL BENEFICIARY

MEMO FOR RECEIVING BANK

## Beneficiary Information (The ultimate recipient's information at the Final Destination Institution)

REDACTED
BENEFICIARY ACCOUNT NUMBER

**KFG INTERNATIONAL**
BENEFICIARY ACCOUNT NAME

19 E 54ST ST. NEW YORK, NY 10022
ACCOUNT ADDRESS

## Additional Comments

FED FUND REFERENCE

CONFIRMATION DATE

## Instructions Received By:

Mariana Novaes
EMPLOYEE (PRINT NAME)

SIGNATURE

08/06/2012
DATE

MANAGER/DESIGNEE (PRINT NAME)

SIGNATURE

DATE APPROVED

Investments and services offered through Morgan Stanley Smith Barney LLC, and accounts carried by Morgan Stanley & Co. Incorporated; Members SIPC.

© 2011 Morgan Stanley Smith Barney LLC. Member SIPC.

**MorganStanley SmithBarney**

VERBAL WIRE PROCESSING FORM
GWMWIRET (05/2011)

PAGE 2 OF 2
NY CS 6740901 06/11

| Transaction Details | | | | |
|---|---|---|---|---|
| **Confirmation Details** | | | | |
| Conf # | Type | Amount | Status | Frequency |
| 4400055 | ACH | $15,000.00 | Executed | One-Time |
| **Other Details** | | | | |
| Entry Date | | 08/10/2012 | | |
| Trans. Date | | 08/13/2012 | | |
| **Account Details** | | | | |
| | From Account | | To Account | |
| Acct Tier | SELECT | | N/A | |
| Account # | 9292-670 | | 6934 REDACTED | |
| Owner | N/A | | WALDYR DA | |
| Routing # | N/A | | 067006432 | |
| Acct Held At | MSSB | | WELLS FARGO BANK | |
| Acct Name | WALDYR DA SILVA PRADO NETO | | wells | |
| Acct Details | AAA:Single | | N/A | |
| **Business Rule Codes** | | | | |
| Date | Time | Reason Code | Severity | Description |
| 08/11/2012 | 00:21:36 | 811 | Risk | Pending Risk Review |
| **Audit Log** | | | | |

| Group | Action | Login ID | User Name | Date/Time | Status | Comments |
|---|---|---|---|---|---|---|
| Client | Created | pradoneto | WALDYR DA | 2012-08-10 20:21:37 | Pending Risk Review | |
| MM System | Batch | MM System | MM System | 2012-08-13 05:23:22 | Pending Risk Review | |
| MM System | RSA CallBack | MM System | RSA System | 2012-08-13 10:31:23 | Executed | Case Status :GENUINE_CONFIRMED |