# EXHIBIT 15

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

#BWNJGVW

WALDYR DA SILVA PRADO NETO
REDACTED
MIAMI FL 33141-5877

**Your Branch**
201 S BISCAYNE BLVD STE 2000
MIAMI, FL 33131
Telephone: 305-379-1000
Alt. Phone: 800-327-0273
Fax: 305-376-8545

**Client Interaction Center**
800-869-3326
24 Hours a Day, 7 Days a Week

**Access your accounts online**
www.morganstanley.com/online

*Morgan Stanley Smith Barney LLC. Member SIPC.*

**YourFinancialAdvisor**
**Waldyr Da Silva Prado Neto**
Vice President
Waldyr.Prado@morganstanleysmithbarney.com

| | |
|---|---|
| TOTAL VALUE LAST PERIOD (as of 7/31/12) | $1,008,295.82 |
| NET CONTRIBUTIONS/WITHDRAWALS | (906,223.59) |
| CHANGE IN VALUE | (3,756.91) |
| **TOTAL VALUE OF YOUR ACCOUNT** (as of 8/31/12) (Total Values include accrued interest) | **$98,315.32** |

REDACTED

9362 - 670 - 1 - 0

# MorganStanley
# SmithBarney

**REDACTED**

## CLIENT STATEMENT|  For the Period August 131, 2012

| | |
|---|---|
| Active Assets Account | 9362-670 |
| | WALDYR DA SILVA PRADO NETO |

## Account Summary

**Brokerage Account**
Householding Anniversary Date: 8/10/12
Investment Objectives: Capital Appreciation Aggressive IncomeSpeculation) Income

## CHANGE IN VALUE OF YOUR ACCOUNT

| | This Period (8/1/12-8/31/12) | This Year (1/1/12-8/31/12) |
|---|---|---|
| Total Beginning Value(includes accrued interest) | **$1,008,295.82** | |
| Contributions | 270,000.00 | 279,401.41 |
| Withdrawals | (1,176,223.59) | (1,427,752.68) |
| Security Transfers | 0 | 2,167,373.58 |
| Accrued Interest On Security Transfers | 0 | 18,470.55 |
| Net Contributions/Withdrawals | **$(906,223.59)** | **$1,037,492.86** |
| Change in Value | **(3,756.91)** | **(939,177.54)** |
| Total Ending Value(includes accrued interest) | **$98,315.32** | **$98,315.32** |

## CHANGE IN VALUE OVER TIME
This graph compares the total value of your account to the net amount you invested.
Net investment is the total amount invested minus the total amount withdrawn.



($) Millions

| | |
|---|---|
| 2.00 | 1.73 |
| 1.73 | 1.45 |
| 1.45 | 1.18 |
| 1.18 | 0.91 |
| 0.91 | 0.64 |
| 0.64 | 0.36 |
| 0.36 | 0.09 |
| 0.09 | |

| | JUN 2012 | JUL 2012 | AUG 2012 |

—— Total Market Value   ■ - ■  Net Invested Capital(Since 05/31/12)

This exhibit may not include transactions for investments in Annuities or where Morgan Stanley Smith Barney is not the custodian. This may affect the reported Net Invested Capital. If we are not the custodian there may also be a delay in the reporting of your Market Value. Please speak to your Financial Advisor if you have any questions□. See the Disclosures section of your statement for more information about investment objectives change.

## ALLOCATION OF HOLDINGS



Corporate Fixed Income
Stocks

Cash, Deposits, MMFs

| | Market Value | Percentage %* |
|---|---|---|
| Cash, Deposits, MMFs* | $96,500.83 | 98.2 |
| Stocks | 1,669.40 | 1.7 |
| Corporate Fixed Income | 145.09 | 0.1 |
| **TOTAL VALUE** | **$98,315.32** | **100.0%** |

This allocation represents holdings on a trade date basis, and projected settled Cash/Deposits/MMF balances. We classify assets based on general characteristics such as: income generation, underlying capital structure, or exposure to certain market sectors. As many assets contain characteristics of more than one asset class, this asset classification may differ from others you may receive. These classifications are not intended to serve as a suitability analysis.   * Bank Deposits are eligible for FDIC insurance. FDIC rules apply and deposits are not SIPC insured. Cash and securities (including Money Market Funds) are eligible for SIPC coverage. Please see disclosures at end of the statement(s).

# MorganStanley SmithBarney

**REDACTED**

## CLIENT STATEMENT For the Period August 131, 2012

### Account Summary

Active Assets Account 9382-670   WALDYR DA SILVA PRADO NETO

### BALANCE SHEET

| | Last Period (as of 7/31/12) | This Period (as of 8/31/12) |
|---|---|---|
| **TOTAL VALUE**(incl. accr. int.) | **$1,006,295.82** | **$98,315.32** |
| **ASSETS** | **$1,207,075.43** | **$98,315.32** |
| Cash, Deposits, Money Market Funds | □ | 96,500.83 |
| Stocks | 529,828.63 | 1,669.40 |
| Corporate Fixed Income¢ | 677,246.80 | 145.09 |
| **LIABILITIES**(Outstanding Balance) | | |
| Cash, Deposits, MMFs (Debit) | **$(198,779.61)** | □ |
| | (198,779.61) | □ |

¢Includes Estimated Accrued Interest

### CASH FLOW

| | This Period (8/1/12–8/31/12) | This Year (1/1/12–8/31/12) |
|---|---|---|
| **OPENING CASH, DEPOSITS, MMFs** | **$(198,779.61)** | □ |
| **INVESTMENT RELATED ACTIVITY** | **$1,201,504.03** | **$1,244,852.10** |
| Sales and Redemptions | 1,194,738.11 | 1,223,675.95 |
| Income | 6,765.92 | 21,176.15 |
| **CASH RELATED ACTIVITY** | **$(906,223.59)** | **$(1,148,351.27)** |
| Electronic Transfers-Credits | 270,000.00 | 279,401.41 |
| Electronic Transfers-Debits | (1,175,747.33) | (1,426,152.52) |
| Other Debits | (40.00) | (40.66) |
| Interest Charged | (436.26) | (1,559.50) |
| **DEBIT CARD/CHECK ACTIVITY** | | |
| Debit Card | □ | □ |
| ATM/Cash Advances | □ | □ |
| Checks Written | □ | □ |
| Automated Payments | □ | □ |
| **CLOSING CASH, DEPOSITS, MMFs** | **$96,500.83** | **$96,500.83** |

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

# MorganStanley
# SmithBarney

**REDACTED**

**CLIENT STATEMENT** | For the Period August 131, 2012

**Account Summary**

Active Assets Account
9382-670

WALDYR DA SILVA PRADO NETO

## INCOME SUMMARY

| | This Period (8/1/12-8/31/12) | This Year (1/1/12-8/31/12) |
|---|---|---|
| **TOTAL INCOME** | **$6,765.92** | **$21,176.15** |
| **TAXABLE INCOME** | **6,765.92** | **21,176.15** |
| Qualified Dividends | 3,232.23 | 5,116.83 |
| Other Dividends | 2,380.00 | 8,965.89 |
| Long Term Capital Gains Distributions | 0 | 0 |
| Interest | 0 | 0 |
| Other Income | 1,153.69 | 7,093.43 |
| **TAX-EXEMPT INCOME** | | |
| Dividends | 0 | 0 |
| Interest | 0 | 0 |
| Other Income | 0 | 0 |

## GAIN/(LOSS) SUMMARY

| | Short-Term | Long-Term |
|---|---|---|
| **NET REALIZED** This Period(8/1/12-8/31/12) | **$(6,982.08)** | **$(4,897.32)** |
| Gain | 15,273.31 | 87,438.49 |
| (Loss) | (22,255.39) | (92,335.81) |
| NET UNREALIZED(8/31/12) | 0 | **$(37,387.26)** |
| Gain | 0 | 0 |
| (Loss) | 0 | (37,367.26) |
| **NET REALIZED** This Year(1/1/12-8/31/12) | **$(6,982.08)** | **$15,631.43)** |
| Gain | 15,273.31 | 87,438.49 |
| (Loss) | (22,255.39) | (93,069.92) |

Gain/(Loss) and income information are provided for informational purposes only and
should not be used for tax preparation. Gain/(Loss) summary information may change
due to basis adjustments.
Please refer to the Gain/(Loss) section of the disclosures for additional information.

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the
taxable status of the account.*

## ADDITIONAL ACCOUNT INFORMATION

| Category | This Period (8/1/12-8/31/12) | This Year (1/1/12-8/31/12) | Category | This Period (8/1/12-8/31/12) | This Year (1/1/12-8/31/12) |
|---|---|---|---|---|---|
| Accrued Interest Received | $18,318.19 | $18,318.19 | Foreign Tax Paid | 92.12 | 93.59 |

# MorganStanley
# SmithBarney

**REDACTED**

**CLIENT STATEMENT|** For the Period August 131, 2012

Active Assets Account 3362-670   WALDYR DA SILVA PRADO NETO

## Holdings

This section reflects the impact of positions purchased/sold on a trade date basis, and will include positions purchased and until positions sold in the current month.  Please see the OUnsettled Purchases/Sales Activity O section for more information.

The "Market Value" and "Unrealized Gain/(Loss)" figures shown are representative values as of the last business day of the statement period indicated, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" in the Disclosures section at the end of this statement. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date.

Estimated annual income and estimated annual yield for certain securities can include return of principal or capital gains which could overstate such estimates. Estimated yield and estimated annual income are estimates and the actual income or yield may be lower or higher than estimates. Estimated yield reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate.

Structured products appear in various statement product categories and are identified as "Structured Products" in the Security Description column. Estimated accrued interest, estimated annual income and estimated yield for structured products with a contingent income feature (such as Range Accrual Notes or Contingent Income Notes) assume specified accrual conditions are met during the relevant observation period and payment in full of all contingent interest. If you hold structured products, please see "Special Considerations Regarding Structured Products" in the Disclosure section.

New Treasury regulations require that we report on Form 1099-B after the close of the tax year your adjusted cost basis and classify the gain or loss as either long-term or short-term on the sale of covered securities acquired on or after January 1, 2011. These regulations also require that we make basis adjustments due to wash sales, certain corporate actions and transfers by gift or inheritance, which will be reflected on your Form 1099-B. Cost basis is reflected on monthly statements for informational purposes only and should not be used in the preparation of your income tax returns. Please refer to the Disclosures section of this statement for additional information.

## CASH, DEPOSITS AND MONEY MARKET FUNDS

Cash, Deposits and Money Market Funds are generally displayed on a settlement date basis. However, Global Currency Deposits may include both settled and unsettled positions. Estimated Annual Income, Accrued Interest and AP% will only be displayed for fully settled positions.  In the event, all or a portion of a Global Currency Deposit position is unsettled as of month end, this data will not be available.

| Description | | Percentage of Assets % | Value | Estimated Annual Income | 7-Day Current Yield % | Annual Percentage Yield % |
|---|---|---|---|---|---|---|
| CASH | | | $206.04 | | | |
| CITIBANK, N.A. # | | 98.2% | 96,294.79 | 19.00 | ☐ | 0.020 |

CASH, DEPOSITS AND MONEY MARKET FUNDS | | 98.2% | $96,500.83 | $19.00 | | $19.00 / $0.00

# Bank Deposits are at Morgan Stanley Bank, N.A., Morgan Stanley Private Bank, National Association, or Citibank, N.A. (Members FDIC), affiliates of Morgan Stanley Smith Barney.

## STOCKS

### COMMON STOCKS

| Security Description | Trade Date | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| BTA BK JSC GDR REG S SPON (BTBKZ) | | 1,145.000 | Please Provide | Please Provide | 441.00 | N/A | ☐ | ☐ |
| Share Price: $1.069 | | | | | | | | |
| CARPATHIAN PLC | 10/30/08 | 20,000.000 | 0.473 | 9,450.00 | 441.00 | (9,009.00) LT | ☐ | ☐ |
| Share Price: $0.022 | | | | | | | | |
| JSC ALLIANCE BANK - GDR | ☐ | 94.000 | Please Provide | 0.00 | N/A | ☐ | ☐ | |
| | ☐ | 843.000 | Please Provide | 0.00 | N/A | ☐ | ☐ | |
| **Total** | | 937.000 | | 0.00 | 0.00 | | ☐ | ☐ |
| Share Price: $0.000 | | | | | | | | |

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

# MorganStanley SmithBarney

**CLIENT STATEMENT|** For the Period August 131, 2012

Active Assets Account 3362-670

WALDYR DA SILVA PRADO NETO

REDACTED

## Holdings

| | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|
| **COMMON STOCKS** | | | $9,450.00 | $1,665.00 | $(9,009.00) LT | $0.00 / $0.00 | |

### STOCKS

#### PREFERRED STOCKS

| Security Description | Trade Date | Quantity | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Dividend Yield % |
|---|---|---|---|---|---|---|---|---|
| ALLIANCE BK JSC SPON GDR PFD (ALCEY) | 2/8/11 | 40.000 | | Please Provide | $0.40 | N/A | $0.00 | |
| | | 400.000 | | Please Provide | 4.00 | N/A | $0.00 | |
| **Total** | | 440.000 | | 0.00 | 4.40 | | 5.28 | 120.00 |

Share Price: $0.010

### OPTIONS

| Security Description | Trade Date | Number of Contracts | Unit Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | |
|---|---|---|---|---|---|---|---|---|
| CALL POPULAR INC COM NEW AT 5.000 EXPIRES 01/19/2013 (BPOP1 130119C00005000) | 2/8/11 | 100.000 | $0.295 | $2,945.00 | $0.00 | $0.00 LT | | |
| | 2/16/11 | 50.000 | 0.289 | 1,445.00 | 0.00 | 0.00 LT | | |
| **Total** | | 150.000 | | 4,390.00 | 0.00 | | | |

Contract Price: $0.000; Adjusted Option; Contract = 10.00000 Shares

| | | Percentage of Assets % | | Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income/Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | | 1.7% | | $13,840.00 | $1,669.40 | $(9,009.00) LT | $5.28 | 0.32% |

### CORPORATE FIXED INCOME

#### CORPORATE BONDS

| Security Description | Trade Date | Face Value Adj. Unit Cost | Orig. Unit Cost / Adj. Unit Cost | Orig. Total Cost / Adj. Total Cost | Market Value | Unrealized Gain/(Loss) | Estimated Annual Income/Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|
| ALLIANCE BANK JSC CUSIP Y0037AK40 | 4/6/11 | 52.000 | $8,009.615 $8,009.615 | $4,165.00 $4,165.00 | $16.50 | $(4,148.50) LT | | |
| | 4/7/11 | 300.000 | 8,009.615 8,101.667 | 24,305.00 24,305.00 | 95.24 | (24,209.76) LT | | |
| | | 105.000 | 8,101.667 | Please Provide Please Provide | 33.33 | N/A | | |
| **Total** | | 457.000 | | 28,470.00 0.00 | 146.09 | (28,358.26) LT | | |

Unit Price: $31.750; Zero Coupon; Matures 03/25/2020; Stepped; S&P B-; Issued 03/01/10

MorganStanley
SmithBarney

**REDACTED**

**CLIENT STATEMENT** | For the Period August 131, 2012

Active Assets Account
-9362-870                    WALDYR DA SILVA PRADO NETO

## Holdings

| | Percentage of Assets % | Curr. Total Cost Adj. Total Cost | Total Cost | Market Value | Unrealized Gain/(Loss) | Unrealized Gain/(Loss) | Estimated Annual Income Accrued Interest | Estimated Annual Income Accrued Interest | Yield % |
|---|---|---|---|---|---|---|---|---|---|
| CORPORATE FIXED INCOME | 0.1% | $0.00 $28,470.00 | | $146.09 | | $(28,358.26) LT | $0.00 $0.00 | | |
| TOTAL MARKET VALUE | 100.0% | | $42,310.00 | $98,316.32 | $(37,367.26) LT | | $24.28 $0.00 | | 0.02% |

TOTAL VALUE (includes accrued interest)                    $98,316.32

*Unrealized Gain/(Loss) Totals only reflect positions that have cost basis information available. Cash, MMF, Deposits and positions stating "Please Provide" are not included.*

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

Active Assets Account   WALDYR DA SILVA PRADO NETO
3382-670

REDACTED

## Activity

### CASH FLOW ACTIVITY BY DATE

| Transaction Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 7/27 | 7/27 | Dividend | LAFARGE | Qualified Dividend | | | 214.93 |
| 7/27 | 7/27 | Service Fee | LAFARGE ADJ GROSS DIV AMOUNT 92.12 | FOREIGN TAX PAID IS 92.12 | | | (40.00) |
| 8/1 | 8/1 | Dividend | AGC CONV & INCOME FD II COM | | | | 680.00 |
| 8/6 | 8/6 | Cash Transfer | FUNDS TRANSFERRED TO | CONFIRMATION #4323133 | | | (37,500.00) |
| | | | | AGENT CUSTODY FEE $0.0200/SH | | | $0.00 |
| 8/7 | 8/10 | Sold | GROUPE BPCE 12500 *52AU10 | ACCRUED INTEREST 4,513.89 | 100,000.000 | 103.7500 | 108,282.90 |
| 8/15 | 8/15 | Interest Income | CAPITAL ONE 7686 *36AU15 | CUSIP: 140429AA4 | | | 262.92 |
| 8/16 | 8/21 | Sold | PRIVATBANK 9375 15S RG | ACCRUED INTEREST 3,854.17 | 100,000.000 | 87.5000 | 91,348.17 |
| 8/16 | 8/21 | Sold | FIFTH STREET FINANCE CORP COM | ACTED AS AGENT | 6,000.000 | 10.4000 | 62,032.60 |
| 8/16 | 8/21 | Sold | FAIRFAX FINL 7750 37JL15 | ACCRUED INTEREST 310.00 | 40,000.000 | 105.7500 | 42,804.00 |
| 8/16 | 8/21 | Sold | UT2 FUNDING PLC 5321 16JN30 | FX RATE EUR 1.2356 | 35,000.000 | 111.8218 | 359,131.63 |
| 8/16 | 8/21 | Sold | CAPITAL ONE 7686 *36AU15 | ACCRUED INTEREST 38.43 | 30,000.000 | 99.9750 | 29,957.43 |
| 8/16 | 8/21 | Sold | FRONTIER COMMUNICATIONS CORP | ACTED AS AGENT | 6,000.000 | 4.7600 | 28,226.92 |
| 8/16 | 8/21 | Sold | BON-TON DEPT 10250 *14MH15 | ACCRUED INTEREST 1,332.50 | 30,000.000 | 87.7500 | 27,651.50 |
| 8/16 | 8/21 | Sold | LAFARGE | ACTED AS AGENT | 2,000.000 | 11.6500 | 23,173.47 |
| 8/16 | 8/21 | Sold | NB CAPITAL TRUST 7830 *28DE15 | ACCRUED INTEREST 215.33 | 15,000.000 | 101.0000 | 15,359.33 |
| 8/16 | 8/21 | Sold | GAS NATURAL INC COM | ACTED AS AGENT | 1,500.000 | 9.8800 | 14,723.66 |
| 8/16 | 8/21 | Sold | PROVIDENT FIN 7405 38MH15 | ACCRUED INTEREST 481.32 | 87,000 | 87.0000 | 13,525.32 |
| 8/16 | 8/21 | Sold | COUNTRYWIDE CAP 8050 27JUNRG | ACCRUED INTEREST 147.58 | 10,000.000 | 113.0930 | 11,450.88 |
| 8/16 | 8/21 | Sold | LLOYDS BANKING GROUP PLC | ACTED AS AGENT | 2,000.000 | 2.0300 | 3,458.75 |
| 8/16 | 8/21 | Sold | AMER INTL GP INC NEW | ACTED AS AGENT | 100,000 | 34.2500 | 3,368.72 |
| 8/21 | 8/22 | Sold | OCEAN RIG UDW INC | ACTED AS AGENT | 34,000 | 15.7800 | 480.50 |
| 8/17 | 8/22 | Sold | DEUTSCHE BK CONT CAP III 7.60% | PREFERENTIAL RATE | 5,000.000 | 25.9985 | 129,983.58 |
| 8/17 | 8/22 | Sold | ARMOUR RESIDENTIAL REIT INC | ACTED AS PRINCIPAL | 17,000.000 | 7.2904 | 123,418.02 |
| 8/17 | 8/22 | Sold | AGC CONV & INCOME FD II COM | PREFERENTIAL RATE | 8,000.000 | 8.5217 | 67,686.07 |
| 8/17 | 8/22 | Sold | AMERICAN CAPITAL AGENCY | PREFERENTIAL RATE | 2,000.000 | 33.6008 | 67,074.09 |
| 8/17 | 8/22 | Sold | FAIRFAX FINL HLDS 8300 26APRG | ACCRUED INTEREST 439.21 | 16,000.000 | 111.5000 | 17,158.21 |
| 8/17 | 8/22 | Sold | EAGLE HOSPITALITY PPTY'S 8.25A | PREFERENTIAL RATE | 400.000 | 1.9500 | 723.98 |
| 8/22 | 8/22 | Sold | AMERICAN INTL GRP INC WT 11921 | PREFERENTIAL RATE ACTED AS AGENT | 53.000 | 13.0500 | 635.63 |

CONTINUED

# MorganStanley SmithBarney

CLIENT STATEMENT| For the Period August |31, 2012

Active Assets Account   WALDYR DA SILVA PRADO NETO
9162-670

**REDACTED**

## Activity

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

Transaction/Settlement

| Date | Date | Activity Type | Description | Comments | | Quantity | Price | Credits/Debits |
|---|---|---|---|---|---|---|---|---|
| 8/17 | 8/22 | Sold | AMBAC FINCL GP INC | PREFERENTIAL RATE ACTED AS AGENT | | 1,000.000 | 0.0165 | 14.84 |
| 8/20 | 8/20 | Online Transfer | FUNDS TRANSFERRED | CONFIRMATION # 4528933 FROM 9292 | | | | 270,000.00 |
| 8/20 | 8/20 | Qualified Dividend | DEUTSCHE BK CONT CAP III 7.60% | ACCT 9292 | | | | 2,375.00 |
| 8/20 | 8/20 | Funds Transferred | WIRED FUNDS SENT | BENE: WALDYR DA SILVA PRADO | | | | (690,000.00) |
| 8/21 | 8/24 | Sold | KAZKOMMERTS*DLPE 7500 16N/29 | ACCRUED INTEREST | 1,770.83 | 100,000.000 | 87.0000 | 88,764.83 |
| 8/21 | 8/24 | Sold | ALLIANCE BANK 10500 17NH25 | ACCRUED INTEREST | 2,908.06 | 68,916.000 | 86.2500 | 60,617.11 |
| 8/21 | 8/24 | Sold | ALLIANCE ONE INTE10000 *16JL15 | ACCRUED INTEREST | 541.67 | 50,000.000 | 100.5000 | 50,785.67 |
| 8/21 | 8/24 | Sold | ALLIANCE BK REG S 4700 *20MH25 | ACCRUED INTEREST | 627.44 | 77,712.000 | 62.7500 | 48,184.57 |
| 8/21 | 8/24 | Sold | BTA BK JSC   00000 20JN30 | | | 122,909.000 | 7.5000 | 9,212.18 |
| 8/21 | 8/24 | Sold | BTA BANK JSC   7200 25JL01 | ACCRUED INTEREST | 142.89 | 13,480.000 | 5.0000 | 810.89 |
| 8/22 | 8/27 | Sold | BTA BANK JSC  10750 18JL01 | ACCRUED INTEREST | 994.87 | 59,494.000 | 15.0000 | 9,912.87 |
| 8/24 | 8/29 | Sold | BTA BANK JSC   7200 25JL01 | | | 100,000.000 | 4.4900 | 4,494.00 |
| 8/27 | 8/30 | Cash Transfer | FUNDS TRANSFERRED | CONFIRMATION # 4641676 TC 9292 | | | | (428,747.33) |
| 8/30 | 8/30 | Dividend | ARMOUR RESIDENTIAL REIT INC | | | | | 1,700.00 |
| 8/30 | 8/30 | Interest Income | CITIBANK N.A. (Period 08/22-08/30) | | | | | 0.79 |
| 8/31 | 8/31 | Qualified Dividend | FIFTH STREET FINANCE CORP COM | | | | | 574.80 |
| 8/31 | 8/31 | Qualified Dividend | GAS NATURAL INC COM | | | | | 67.50 |
| 8/31 | 8/31 | Margin Interest Charged | Thru 08/27/12 For 21 Days ## | | | | | (436.26) |
| | | **NET CREDITS/(DEBITS)** | | | | | | **$295,280.44** |

## Please see the disclosure section of the statement for more information regarding how we calculate your margin interest charges.

Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.

### MONEY MARKET FUND (MMF) AND BANK DEPOSITS ACTIVITY

| Date | Activity Type | Description | Credits/Debits |
|---|---|---|---|
| 8/23 | Automatic Investment | BANK DEPOSIT PROGRAM | $260,655.11 |
| 8/27 | Automatic Investment | BANK DEPOSIT PROGRAM | 171,381.25 |
| 8/31 | Automatic Investment | BANK DEPOSIT PROGRAM | 67.50 |
| 8/28 | Automatic Redemption | BANK DEPOSIT PROGRAM | (418,834.36) |
| 8/30 | Automatic Investment | BANK DEPOSIT PROGRAM | 4,494.00 |

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

CONTINUED

# MorganStanley SmithBarney

**REDACTED**

**CLIENT STATEMENT|** For the Period August 1-31, 2012

Active Assets Account   WALDYR DA SILVA PRADO NETO
33382-670

## Activity

### MONEY MARKET FUND (MMF) AND BANK DEPOSITS ACTIVITY (CONTINUED)

| Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 8/30 | Automatic Investment | BANK DEPOSIT PROGRAM | 0.79 |
| 8/31 | Automatic Investment | BANK DEPOSIT PROGRAM | 88,694.00 |

**NET ACTIVITY FOR PERIOD** $56,294.79

## SECURITY ACTIVITY

### OPEN ORDERS ACTIVITY (during August 2012)

| Date | Activity Type | Description | Quantity | Stop Price | Limit Price | Comments |
|---|---|---|---|---|---|---|
| 8/17 | Cancel Sell | EAGLE HOSPITALITY PPTY.S 8.25A | 400.000 | $0.0000 | $3.0500 | LIMIT |

## CORPORATE ACTIONS

| Entry Date | Name Change From | Name Change To | Comments |
|---|---|---|---|
| 8/21 | KAZKOMMERTS INTERNATIONAL BV REG | KAZKOMMERTSBANK REG S | S "DUPE SETUP USE C8C66" |
| 8/30 | KAZKOMMERTS INTERNATIONAL BV REG | KAZKOMMERTSBANK REG S | S "DUPE SETUP USE C8C66" |

## REALIZED GAIN/(LOSS) DETAIL

### LONG-TERM GAIN/(LOSS)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig /Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| AGIC CONV & INCOME FD II COM | 01/26/09 | 08/17/12 | 3,000.000 | $25,382.28 | $15,076.70 | $10,305.58 | |
| | 03/16/09 | 08/17/12 | 1,000.000 | 8,460.76 | 3,789.95 | 4,670.81 | |
| | 06/10/11 | 08/17/12 | 1,858.000 | 15,720.09 | 17,706.74 | (1,986.65) | |
| | 06/10/11 | 08/17/12 | 142.000 | 1,201.43 | 1,353.26 | (151.83) | |
| ALLIANCE ONE INTE 10.000 7-15-16 | 04/21/11 | 08/21/12 | 50,000.000 | 50,244.00 | 51,380.00 | (1,136.00) | |
| AMBAC FINCL GP INC | 09/03/08 | 08/17/12 | 1,000.000 | 14.84 | 8,999.95 | (8,985.11) | |
| AMER INTL GP INC NEW | 08/20/09 | 08/16/12 | 100.000 | 3,388.92 | 3,288.09 | 80.83 | |
| AMERICAN CAPITAL AGENCY | 09/28/10 | 08/17/12 | 1,000.000 | 33,537.05 | 26,576.35 | 6,960.70 | |
| | 03/22/11 | 08/17/12 | 1,000.000 | 33,537.04 | 28,160.00 | 5,387.04 | |

CONTINUED

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

## Activity

Active Assets Account '9362-870   WALDYR DA SILVA PRADO NETO

REDACTED

### REALIZED GAIN/(LOSS) DETAIL(CONTINUED)

#### LONG-TERM GAIN/(LOSS)(CONTINUED)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| AMERICAN INTL GRP INC WT 11921 | 01/2011 | 08/17/12 | 53.000 | 635.63 | 863.37 | (227.74) | |
| CAPITAL ONE | 01/31/08 | 08/16/12 | 30,000.000 | 29,919.00 | 23,962.50 | 5,956.50 | |
| COUNTRYWIDE CAP 7.686 8-1-5-35 | 02/06/08 | 08/16/12 | 10,000.000 | 11,303.30 | 8,722.00 | 2,581.30 | |
| FAIRFAX FINL 7 3/4 7-15-37 | 05/05/09 | 08/16/12 | 28,000.000 | 28,840.00 | 25,480.00 | 3,123.80 | |
| FAIRFAX FINL | 06/05/09 | 08/16/12 | 12,000.000 | 9,343.84 | 5,420.00 | 3,423.86 | |
| FAIRFAX FINL HLDS 8.300 4-15-26 | 03/27/07 | 08/17/12 | 15,000.000 | 16,719.00 | 15,108.93 | 1,610.07 | |
| FIFTH STREET FINANCE CORP COM | 03/14/11 | 08/16/12 | 4,000.000 | 44,355.07 | 52,565.00 | (11,209.93) | |
| FIFTH STREET FINANCE CORP COM | 05/18/11 | 08/16/12 | 1,900.000 | 19,643.65 | 23,346.25 | (3,702.60) | |
| FRONTIER COMMUNICATIONS CORP | 05/18/11 | 08/16/12 | 100.000 | 1,033.88 | 1,233.55 | (199.67) | |
| | 03/16/11 | 08/16/12 | 1,700.000 | 7,997.63 | 13,771.42 | (5,773.79) | |
| | 03/16/11 | 08/16/12 | 1,158.000 | 5,447.80 | 9,383.64 | (3,935.74) | |
| | 03/16/11 | 08/16/12 | 142.000 | 668.04 | 1,155.67 | (487.63) | |
| | 05/17/11 | 08/16/12 | 1,800.000 | 8,468.07 | 15,860.82 | (7,392.75) | |
| | 05/17/1 | 08/16/12 | 1,200.000 | 5,645.38 | 10,579.00 | (4,933.62) | |
| GAS NATURAL INC COM | 04/05/11 | 08/16/12 | 600.000 | 5,889.46 | 7,031.00 | (1,141.54) | |
| | 04/05/11 | 08/16/12 | 500.000 | 4,907.89 | 5,856.27 | (948.38) | |
| | 04/05/11 | 08/16/12 | 400.000 | 3,926.31 | 4,698.33 | (772.02) | |
| GROUPE BPCE 12 1/2 8-31-52 | 02/16/11 | 08/07/12 | 100,000.000 | 103,760.00 | 112,484.84 | (8,724.84) | |
| KAZKOMMERTSB REGS 7 1/2 11-29-16 | 10/30/08 | 08/21/12 | 100,000.000 | 86,594.00 | 45,000.00 | 41,594.00 | |
| LAFARGE | 03/18/11 | 08/16/12 | 2,000.000 | 23,173.47 | 28,280.00 | (5,106.53) | |
| LLOYDS BANKING GROUP PLC | 10/22/09 | 08/16/12 | 2,000.000 | 3,963.25 | 12,775.95 | (8,812.70) | |
| NB CAPITAL TRUST 7.830 12-1-26 | 09/17/09 | 08/16/12 | 15,000.000 | 15,144.00 | 13,782.50 | 1,361.50 | |
| PRIVATBANK 9 3/8 9-23-15 | 01/10/11 | 08/16/12 | 100,000.000 | 87,494.00 | 98,105.00 | (10,611.00) | |
| PROVIDENT FIN 7.405 3-15-38 | 03/27/07 | 08/16/12 | 15,000.000 | 13,044.00 | 15,555.42 | (2,511.42) | |
| UT2 FUNDING PLC 5.321 6-30-16 | 03/01/11 | 08/16/12 | 35,000.000 | 39,131.63 | 41,725.95 | (2,594.32) | |
| **Long-Term This Period** | | | | **$760,014.87** | **$764,912.19** | **$(4,897.32)** | |
| **Long-Term Year to Date** | | | | **$778,962.71** | **$784,584.14** | **$(5,631.43)** | |

#### SHORT-TERM GAIN/(LOSS)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig / Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| AGIC CONV & INCOME FD II COM | 10/12/11 | 08/17/12 | 2,000.000 | 16,921.51 | 15,599.80 | 1,321.71 | |
| ARMOUR RESIDENTIAL REIT INC | 02/23/12 | 08/17/12 | 3,000.000 | 21,779.65 | 21,310.00 | 469.65 | |
| | 02/24/12 | 08/17/12 | 7,000.000 | 50,819.18 | 49,670.00 | 1,149.18 | |
| | 03/09/12 | 08/17/12 | 4,257.000 | 30,905.33 | 29,269.91 | 1,635.42 | |

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|