# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

## Activity

Active Assets Account 9362-670   WALDYR DA SILVA PRADO NETO

**REDACTED**

### REALIZED GAIN/(LOSS) DETAIL (CONTINUED)

#### SHORT-TERM GAIN/(LOSS) (CONTINUED)

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig/Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| BON-TON DEPT 10 1/4 3-15-14 | 03/09/12 | 08/17/12 | 2,743.000 | 19,913.86 | 18,860.09 | 1,053.77 | |
| BTA BANK JSC 7.200 7-01-25 | 10/14/11 | 08/24/12 | 100,000.000 | 4,494.00 | 26,005.00 | (21,511.00) | |
| DEUTSCHE BK CONT CAP III 7.60% | 10/12/11 | 08/17/12 | 5,000.000 | 129,983.58 | 120,340.00 | 9,643.58 | |
| EAGLE HOSPITALITY PPTYS 8.25A | 03/20/12 | 08/17/12 | 400.000 | 723.98 | 1,199.00 | (475.02) | |
| OCEAN R/G UDW INC | 11/04/11 | 08/16/12 | 34.000 | 480.50 | 513.87 | (33.37) | |
| **Short-Term This Period** | | | | **$302,340.59** | **$309,322.67** | **$(6,982.08)** | |
| **Short-Term Year to Date** | | | | **$302,340.59** | **$309,322.67** | **$(6,982.08)** | |

### MISSING COST

| Security Description | Date Acquired | Date Sold | Quantity | Sales Proceeds | Orig/Adj Total Cost | Realized Gain/(Loss) | Comments |
|---|---|---|---|---|---|---|---|
| ALLIANCE BANK | | 08/21/12 | 66,916.000 | 57,209.05 | Please Provide | N/A | |
| ALLIANCE BK FEES 4.700 3-25-20 | | 08/21/12 | 71,712.000 | 47,557.13 | Please Provide | N/A | |
| BTA BANK JSC 7.200 7-01-25 | | 08/21/12 | 13,480.000 | 683.00 | Please Provide | N/A | |
| BTA BANK JSC 10 3/4 7-01-18 | | 08/22/12 | 59,494.000 | 8,118.10 | Please Provide | N/A | |
| BTA RK JSC .000 6-30-20 | | 08/21/12 | 122,909.000 | 9,212.18 | Please Provide | N/A | |
| **Missing Cost This Period** | | | | **$124,084.46** | **N/A** | **N/A** | |
| **Missing Cost Year to Date** | | | | **$124,084.46** | **N/A** | **N/A** | |
| **Net Realized Gain/(Loss) This Period** | | | | **$1,176,419.92** | **$1,064,234.86** | **N/A** | **$111,879.40** |
| **Net Realized Gain/(Loss) Year to Date** | | | | **$1,205,367.76** | **$1,093,906.81** | **N/A** | **$112,613.51** |

New Treasury regulations require that we report your adjusted cost basis and classify the gain or loss as either long-term or short-term on the sale of covered securities acquired on or after January 1, 2011. These regulations also require that we make basis adjustments due to wash sales, certain corporate actions and transfers by gift or inheritance, which will be reflected on your Form 1099-B. This section may not reflect all of the basis adjustments we are required to make for tax reporting purposes. The information in this section is provided for informational purposes only and should not be used in the preparation of your income tax returns. Please refer to the Disclosures section of this statement for additional information.

# MorganStanley SmithBarney

Active Assets Account
#9362-870

WALDYR DA SILVA PRADO NETO

**REDACTED**

**CLIENT STATEMENT|** For the Period August 131, 2012

## Messages

**Notice Regarding the Order Protection Rule**

The following is being provided to you pursuant to FINRA Rule 5320, the Order Protection Rule, a copy of which can be obtained at www.finra.org/.

Consistent with our current practices and with the exceptions permitted under FINRA Rule 5320, we and our trade routing destinations may trade principally at prices that would satisfy your equity trading order through our and their use of internal controls, such as information barriers, that operate to prevent a trading unit that handles principal positions from obtaining knowledge of customer orders handled by a separate trading unit.

With respect to certain DNot HeldD large orders (orders for more than 10,000 shares and $100,000), the same internal controls may not be available. For these orders you may instruct us that you do not wish us or our routing destinations to trade principally along side your order. Such instruction will limit the range of execution alternatives that we are able to offer.

Additional information regarding the handling of your equity orders and our business practices in relation to the Order Protection Rule is available online at www.morganstanley/individual.com/customerservice/disclosures/

| PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|

# MorganStanley
SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

## Disclosure

### Errors and Inquiries

If you do not understand an entry on your statement or suspect an error was made, it is essential that you immediately contact the manager of the office servicing your account. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Except as provided in your account documentation, we will consider your statement to be correct unless we receive a written inquiry from you about this suspected error within 10 calendar days from the day on which you received your statement. It is your responsibility to review your statement promptly and to seek immediate clarification about entries that you do not understand. Please see your account documentation. Oral communications regarding your rights and responsibilities with respect to special errors electronic fund transfers, including a description of the erroneous electronic fund transfers, including a description of the transfers covered.

### Questions?

Questions regarding your account may be directed to either your Financial Advisor or the Branch Manager for the branch office where you maintain your account. If you require further assistance, your inquiries may also be directed to Client Service at (800) 869-3326 or 225-5870 with any account-related concerns.

### Account Valuation

Account values are computed by adding (1) the market value of all priced positions and (2) market values provided by pricing services and/or outside quotation services. As applicable for other positions, and by adding any credit or subtracting any debit to your closing cash, money market funds and/or deposit balance. Cash, Deposits and Money Market Funds are displayed on a settlement date basis, and other positions are displayed in your account on a trade date basis. The value of fixed income positions in summary displays includes accrued interest in the total. In the CHoldings section, fixed income market value and accrued interest are also displayed in separate columns. Accrued interest is the interest earned but not yet paid on the bond since its last interest payment. In most cases, it is calculated from the date of the last coupon payment (or Dated date) through the closing date of the statement, based on information provided by the issuer. Your closing cash, money market fund and/or deposit balance reflects the net month end balance for these positions. Global Currency assets not held at Morgan Stanley Smith Barney LLC may not be deposits are reflected in US Dollars as of the statement end date. The

Annual Percentage Yield (APY) for deposits represents the applicable assets on this statement, solely as a service to you and are not rate in effect for your deposits at the statement ending date. The responsible for information (including valuation) derived from you or month-end APY may be different than that which was in effect during another external source. Generally, any financial institution that holds the statement period. For current Bank Deposit or Money Market securities is responsible for providing taxable year-end and reporting yields, go to (1099s) and separate periodic statements, which may vary from our networked mutual funds, Morgan Stanley Smith Barney LLC performs *http://www.morganstanleyindividual.com/Account/Options/Archive Assets* all year-end tax reporting (1099s). Under certain circumstances, such as tax reporting.

### Additional IRA Information

IRA contributions are subject to IRS eligibility rules and regulations. This IRA accounts, we perform all tax reporting.

"Max. Individual Contributions Allowed (by SSN)" reflects the annual limit on contributions that you as an individual can make to IRAs (Traditional, Roth, SEP, and SARSEP) under the Internal Revenue Code. The limit applies on a per person basis, not per account. The Deductible or Individual Non-Deductible is based upon information provided by you, and is included for your convenience. Please contact your Financial Advisor if this information is incorrect. The information included in this statement is not intended to constitute tax, legal or accounting advice.

Contributions information included in this statement reflects contributions information for a particular account, without reference to any other IRA.

You cannot make an individual contribution to a Traditional IRA for the year in which you are age 70 1/2 or any later year. You should check with your tax advisor to verify how much you can contribute and whether or not the contribution will be tax deductible.

The categorization of any amounts in this statement as Individual Deductible or Individual Non-Deductible is based upon information provided by you.

### Availability of Free Credit Balances and Financial Statements

Under the customer protection rules of the SEC (17 CFR §240.15c3-2) the account value used for your RMD calculation is based on your eligible equity and option purchases and sales are applied to the 'Total course of this business. We provide summary Morgan Stanley Smith Barney LLC may use free credit balances adjustments to cost basis occurring after the date of this statement. With respect to estimated Gains/(Loss) for listed equity options, we unpaid interest.

### Certain Assets Not Held At Morgan Stanley Smith Barney LLC

You may purchase certain assets through us that may be held at a financial institution other than Morgan Stanley Smith Barney LLC. Global Currency assets not held at Morgan Stanley Smith Barney LLC may not be covered by SIPC protection. We may include information about these

substitute for information (including valuation) derived from you or another external source. Generally, any financial institution that holds securities is responsible for providing taxable year-end and reporting (1099s) and separate periodic statements, which may vary from our networked mutual funds, Morgan Stanley Smith Barney LLC performs all year-end tax reporting (1099s). Under certain circumstances, such as tax reporting.

### Gain/(Loss) Information

Gain/(Loss) is provided for informational purposes only. It is not a substitute for Internal Revenue Service (IRS) Form 1099 or any other IRS tax form. It is not intended to be used and should not be used for tax preparation, and Unrealized Gain/(Loss) values are estimates and should be independently verified. We recommend that you contact your legal or tax advisor to determine the appropriate use of this information.

Gain/(Loss) is calculated based upon generally accepted methodologies. The calculations do not account for each individual client's particular circumstances. Morgan Stanley Smith Barney may not adjust cost basis for all events that you are required to take into account for tax reporting purposes and you may need to make additional adjustments to respect to multiple purchases and/or sales, Gain/(Loss) is calculated Cost on a monthly basis.

With respect to estimated Gains/(Loss) for listed equity options, we have taken into account premiums paid or received. With respect to multiple purchases and/or sales, Gain/(Loss) is calculated using an average price for all like positions.

Morgan Stanley Smith Barney reports the sale of securities on a First-in First-out (FIFO) basis unless a client notifies us of the specific securities to be sold. Clients wishing to use specific identification when selling securities must provide that information to us at the time of the sale.

### Investment Objectives

CONTINUED

# MorganStanley SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

## Disclosure(CONTINUED)

For your reference, we have included below an explanation of the investment objective alternatives applicable to your account(s):

Income - for investors seeking regular income with low to moderate risk to principal

Capital Appreciation - for investors seeking capital appreciation with moderate to high risk to principal

Aggressive Income - for investors seeking higher returns either as growth or as income with greater risk to principal

Speculation - for investors seeking high profits or quick returns with considerable possibility of losing most or all of their investment

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in the confirmations of such transactions previously furnished to you and such information is available to you promptly at your request.

**Margin Interest Charges**
Morgan Stanley Smith Barney calculates interest charges on margin loans as follows:

(1) Multiply the applicable margin interest rate by the daily close of business net settled debit balance.

(2) Divide by 360 (days).

Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. Morgan Stanley Smith Barney adds the accrued interest to your debit balance and starts a new calculation each time the applicable interest rate changes and at the close of every statement month. For current margin charges and interest rates, please consult your statement. If you have margin privileges, you may borrow money from Morgan Stanley Smith Barney in exchange for pledging assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged may not be liquid, and prices may be approximations or estimates.

**Important Information If you are a Margin Customer**
If you have a margin account with us, as permitted by law we may use and may give us actual market values. Prices may be based on pricing services and / or computerized pricing models, which cannot certain securities in your account for, among other things, settling short transactions or if available, independent quotation services that sales and lending the securities for short sales, and as a result may use computerized valuation formulae to calculate prices based on

receive compensation in connection therewith.

**Money Market Pricing**
An investment in a money market fund is neither insured nor guaranteed by the FDIC or any other government agency. Although money market funds seek to preserve the value of your investment at $1.00 per share, there can be no assurance that will occur and it is possible to lose money should the fund value per share fall. Moreover appraisal. Since many partnership valuations are provided only in some circumstances money market funds may be forced to cease operations when the value of a fund drops below $1.00 per share. In that event, the fund's holdings would be liquidated and distributed to the fund's shareholders. This liquidation process could take up to one month or more. During that time, these funds would not be available to you to support purchases, withdrawals, and if applicable, check writing or ATM debits from your account.

**Pricing of Securities**
The prices of securities displayed on this statement are derived from various sources, and do not necessarily represent the prices at which these funds in another type of account, such as a brokerage account, investment advisory programs. If you have instead invested in any of exchange-traded funds or other funds holding those funds in certain department conducts research on various mutual funds and

Morgan Stanley Smith Barney's Investment Advisor Research Morgan Stanley Smith Barney's Investment Advisor Research to use reliable sources of information, we can offer no assurance as to their accuracy. For exchange-traded securities, or those trading continually in an active marketplace, the price reflects the closing prices as of the last business day of your statement period; and generally bid or for securities that are neither exchange traded nor trading actively traded may not be available, and are indicated by N/A (not available). The markets for some fixed income and preferred securities

**Money Market Pricing**

institutional quantities, or estimates. Prices for non-institutional quantities of some fixed income securities are likely to be different than institutional quantities. Some annuity values are provided by outside services or estimates. The amounts on this statement for limited partnerships are typically obtained from a third party or from the general partners unless we have obtained other information such as an independent annually, they do not always represent current values. Furthermore some securities, such as limited partnerships and non-traded REITs are illiquid and have no public markets, so the amounts shown on this statement may not equal the amounts you would receive if you sold or redeemed by multiplying the net asset value (NAV) by the number of shares or units held, as reported to Morgan Stanley Smith Barney by the correspondent custodian. If we cannot obtain a price or estimate, statements. Speak to your Financial Advisor to obtain current information concerning the prices on your current holdings.

**Important Information About Auction Rate Securities**
The following information applies only to holders of Auction Rate Securities. Depending on your current holdings, this message may/may not be applicable to you. Due to market conditions, certain Auction Rate Securities are experiencing no or limited liquidity. Therefore, the price(s) for any Auction Rate Securities shown on this statement may not reflect the actual price(s) you would receive upon a sale at auction or in a secondary market transaction, and are not an indication of any offer to purchase at such price. There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for any Auction Rate Securities that exists at any time. The prices of any Auction Rate Securities shown on your statement in most cases reflect par value, but may be derived from secondary market prices, and generally bid or those trading which issuer repurchases or redemptions may occur. Please contact your Financial Advisor with any questions.

**FDIC/GE Debt: Temporary Liquidity Guarantee Program Debt**
Bonds issued under the FDIC's Temporary Liquidity Guarantee Program are backed by the full faith and credit of the United States through the maturity date of the debt or June 30, 2012 for securities issued prior to April 1, 2009, and the earlier of the maturity date of the debt or December 31, 2012 for securities issued on or after April 1,

# MorganStanley
# SmithBarney

**CLIENT STATEMENT** | For the Period August 131, 2012

## Disclosure(CONTINUED)

2009. For more information visit www.fdic.gov/itgp. The FDIC guarantee refers to the timely payment of interest and principal only. Guarantees do not eliminate market risk. Not all senior unsecured debt issued within the program time frame by eligible participants will qualify for the FDIC guarantee.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique security mark--a blue rectangle printed in heat-sensitive ink on the back side of every page. When exposed to warmth, the blue rectangle will disappear, and then will reappear.

**SIPC Protection**
Securities and cash held in your Morgan Stanley Smith Barney account(s) are protected by a combination of coverage provided by the Securities Investor Protection Corporation (SIPC), a non-profit organization created by an Act of Congress, and additional protection purchased from a private insurer by Morgan Stanley Smith Barney (Excess of SIPC). SIPC protects up to $500,000 of each client's securities, of which up to $250,000 may be uninvested cash. SIPC and Excess of SIPC apply only to securities and cash in the exclusive possession and control of Morgan Stanley Smith Barney and do not protect against losses due to market fluctuations. Please be advised that you may obtain information about SIPC, including the SIPC Brochure, by contacting SIPC at 1-202-371-8300 or by visiting www.sipc.org.

**Special Considerations Regarding Structured Products**
Structured Products are complex products and may be subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from any actual or anticipated changes to issuer's and/or guarantee's credit ratings or credit spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying reference asset(s); no periodic payments; call provisions to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to investors. In addition, investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Products may not perform in a manner

consistent with this statement product category where they appear and/excluding BDFs and MMFs). Trades that have not settled as of therefore may not satisfy portfolio asset allocation needs for that statement month end will also be displayed in the IUnsettled category. Estimated accrued interest, estimated annual income and Purchases/Sales Activity| section. estimated yield for structured products with a contingent income Upon written request, MSSB will furnish the date and time of feature, including Range Accrual Notes and Contingent Income Notes, transaction and the name of the other party to a transaction. MSSB assume optimal performance of the underlying asset(s) and payment will, upon request, furnish information as to whether it has received full of all contingent interest. However, contingent interest is only paid order flow. Details regarding these benefits and the source and amount if the specified accrual conditions are met during the relevant of any other remuneration received or to be received by us in observation period. Actual accrued interest, annual income and yield connection with any transaction will be furnished upon written request. may be significantly lower than the estimates shown. For more information about the risks specific to your Structured Products, you should contact your Financial Advisor.

**Tax Reporting**
Under Federal Income Tax law, Morgan Stanley Smith Barney is required to report the gross proceeds of sales transactions (including entering into short sales) you conduct on your behalf and any credit of the year following the calendar year of the transaction. For the sale of certain securities acquired on or after January 1, 2011, we are required to report additional transaction information on Form 1099-B. Your Form 1099-B information for the calendar year should be exclusively relied upon for the purpose of filing your tax return for the year. Under U.S. Internal Revenue Service regulations, if you have not provided us with certification of either U.S. or foreign status on an appropriate Form W-9 or W-8, your accounts may be subject to either 28% back up withholding or 30% nonresident alien withholding, as applicable, on payments made to your accounts.

**Total Income(This Year/This Period)**
Total income as used in this income summaries, represents dividends and/or interest on securities we receive on your behalf and/or credit to your account(s) during the calendar year. We report dividend and/or taxable bond interest credited to your account to the year indicated as "This Year" figures on the last statement for the calendar year. In the case of Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting (1099).

**Transaction Dates and Transaction Conditions**
All activity displays transaction date and settlement date. Securities transactions are included on this statement on a trade date basis

Morgan Stanley Confidential

**Activities | 126 transactions**

| | A ACCOUNT | B TRADE DATE | C SETTLEMENT DATE | D ACTIVITY | E-F QUANTITY/DESCRIPTION | G SYMBOL/CUSIP | H PRICE ($) | I AMOUNT ($) | J BALANCE ($) | K COMM ($) | L TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 3362 | 09/04/2012 | 09/04/2012 | Dividend | AGIC CONV & INCOME FD II COM Ref: NCZ 24808000 SEC ID: A99XL | NCZ | | 680.00 | 1,180.83 | | Cash |
| 4 | 3362 | 09/04/2012 | 09/04/2012 | Online Transfer | FUNDS TRANSFERRED /CONFIRMATION # 4838062 TO 658-9292 Ref: 24838062 | | | -96,000.00 | 500.83 | | Cash |
| 5 | 3362 | 08/31/2012 | 08/31/2012 | Dividend | FIFTH STREET FINANCE CORP COM Ref: 24406000 SEC ID: CCE35 | FSC | | 574.80 | 96,500.83 | | Cash |
| 6 | 3362 | 08/31/2012 | 08/31/2012 | Dividend | GAS NATURAL INC COM Ref: 24401500 SEC ID: AW11N | EGAS | | 67.50 | 95,926.03 | | Cash |
| 7 | 3362 | 08/31/2012 | 08/31/2012 | Interest | INTEREST THRU 08/21/12 Ref: 24479476 | | | -436.26 | 95,858.53 | | Long Margin |
| 8 | 3362 | 08/30/2012 | 08/30/2012 | Margin Interest | CITIBANK,N.A. (Period 08/22-08/30) Ref: 24350130 SEC ID: 00370 | CITINA | | 0.79 | 96,294.79 | | Cash |
| 9 | 9362 | 08/30/2012 | 12/31/9999 | Name Change To | KAZKOMMERTSBANK REG S RATE:B2/B+ 7.500% DUE:2016-11-29 Ref: 24354622 SEC ID: C8C66 | Y4593EAH0 | | | 96,294.00 | | Cash |
| 10 | 9362 | 08/30/2012 | 12/31/9999 | Name Change From | KAZKOMMERTS INTERNATIONAL REG S *DUPE SETUP USE C8C66* REG S RATE:B2/B+ 7.500% DUE:2016-11-29 Ref: 24354621 SEC ID: C6Y5K | N48272AL7 | | | 96,294.00 | | Cash |
| 11 | 9362 | 08/30/2012 | 08/30/2012 | Dividend | ARMOUR RESIDENTIAL REIT INC Ref: 24317000 SEC ID: CIM50 | ·ARR | | 1,700.00 | 96,294.00 | | Cash |
| 12 | 9362 | 08/27/2012 | 08/27/2012 | CASH TRANSFER | FUNDS TRANSFERRED CONFIRMATION # 4641676 FROM 658-I9292 Ref: 24041676 | | | -428,747.33 | 94,594.00 | | Cash |
| 13 | 9362 | 08/24/2012 | 08/29/2012 | Sold | 100,000.00 BTA BANK JSC RATE:C/N/A 7.200% DUE:2025-07-01 Ref: 237ETBD8 SEC ID: BC7U2 | Y0994HAN3 | 4.50 | 4,494.00 | 523,341.33 | | Cash |
| 14 | 9362 | 08/22/2012 | 08/27/2012 | Sold | 59,494.00 BTA BANK JSC RATE:CA/N/A 10.750% DUE:2018-07-01 Ref: 23531735 SEC ID: A225M | 05574YAA8 | 15.00 | 9,912.97 | 518,847.33 | | Cash |

REDACTED