| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ACCOUNT | TRADE DATE | SETTLEMENT DATE | ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ($) | AMOUNT ($) | BALANCE ($)* | COMM ($) | TYPE |
| 15 | 9362 | 08/21/2012 | 08/24/2012 | Sold (Cancel) | 71,712.00 | ALIANCE BANK JSC REG S 4.70 DUE 03/25/2020 M&S 25 RATE:CAA2/B- 4.700% DUE:2020-03-25 Ref: 23504431 SEC ID: CL40S | Y00377AL8 | 62.75 | -49,031.61 | 508,934.36 | | Cash |
| 16 | 9362 | 08/21/2012 | 08/24/2012 | Sold | 71,712.00 | ALLIANCE BANK JSC REG S ALLIANCE BANK JSC REG S RATE:CAA2/B- 4.700% DUE:2020-03-25 Ref: 23542311 SEC ID: CL40S | Y00377AL8 | 62.75 | 48,184.57 | 557,965.97 | | Cash |
| 17 | 9362 | 12/31/9999 | | Name Change To | | KAZKOMMERTSBANK REG S RATE:B2/B+ 7.500% DUE:2016-11-29 Ref: 23458466 SEC ID: C8C66 | Y4593EAH0 | | | 509,781.40 | | Cash |
| 18 | 9362 | 08/21/2012 | 08/24/2012 | Sold | 100,000.00 | KAZKOMMERTS INTERNATIONAL BV REG S *DUPE SETUP USE C8C66* RATE:B2/B+ 7.500% DUE:2016-11-29 Ref: 23415X8 SEC ID: C6Y5K | N48272AL7 | 87.00 | 88,764.83 | 509,781.40 | | Cash |
| 19 | | 12/31/9999 | | Name Change From | | KAZKOMMERTS INTERNATIONAL BV REG S *DUPE SETUP USE C8C66* RATE:B2/B+ 7.500% DUE:2016-11-29 Ref: 23458465 SEC ID: C6Y5K | N48272AL7 | | | 421,016.57 | | |
| 20 | 9362 | 08/21/2012 | 08/24/2012 | Sold | 122,909.00 | BTA BANK JSC RECOVERY NOTES RATE:N/A/N/A DUE:2020-06-30 Ref: 23471BX7 SEC ID: C6Y29 | Y0994H137 | 7.50 | 9,212.18 | 421,016.57 | | Cash |
| 21 | 9362 | 08/21/2012 | 08/24/2012 | Sold | 71,712.00 | ALLIANCE BANK JSC REG S RATE:CAA2/B- 4.700% DUE:2020-03-25 Ref: 234125X4 SEC ID: CL40S | Y00377AL8 | 62.75 | 49,031.61 | 411,804.39 | | Cash |
| 22 | 9362 | 08/21/2012 | 08/24/2012 | Sold | 50,000.00 | ALLIANCE ONE INTERNATIONAL, INC. RATE:B3/B- 10.000% DUE:2016-07-15 Ref: 234578W8 SEC ID: BEV51 | 018772AM5 | 100.50 | 50,785.67 | 362,772.78 | | Cash |
| 23 | 9362 | 08/21/2012 | 08/24/2012 | Sold | 66,916.00 | ALLIANCE BANK JSC RATE:CAA2/B- 10.500% DUE:2017-03-25 Ref: 234105X8 SEC ID: A4R3K | Y00377AJ3 | 86.25 | 60,617.11 | 311,987.11 | | Cash |
| 24 | 9362 | 08/21/2012 | 08/24/2012 | Sold | 13,480.00 | BTA BANK JSC RATE:C/N/A 7.200% DUE:2025-07-01 Ref: 234133X6 SEC ID: A225Q | 05574YAB6 | 5.00 | 810.89 | 251,370.00 | | Cash |

REDACTED

REDACTED

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ACCOUNT | TRADE DATE | SETTLEMENT DATE | ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/CU SIP | PRICE ($) | AMOUNT ($) | BALANCE ($)* | COMM ($) | TYPE |
| 25 | 9362 | 08/20/2012 | 08/20/2012 | Dividend | | DEUTSCHE BK CONT CAP III 7.60% Ref: 23305000 SEC ID: CEW69 | DTK | | 2,375.00 | 250,559.11 | | Cash |
| 26 | 9362 | 08/20/2012 | 08/20/2012 | Transfer Out | | WIRED FUNDS SENT BENE: WALDYR DA SILVA PRADO ACCT: 3043 Ref: 23305268 | | | -690,000.00 | 248,184.11 | | Cash |
| 27 | 9362 | 08/20/2012 | 08/20/2012 | Online Transfer | | FUNDS TRANSFERRED CONFIRMATION # 4528933 FROM 49292 Ref: 23328933 | | | 270,000.00 | 938,184.11 | | Cash |
| 28 | 9362 | 08/17/2012 | 08/22/2012 | Sold | 15,000.00 | FAIRFAX FINANCIAL HLDGS RATE:BAA3/BBB- 8.300% DUE:2026-04-15 Ref: 230641H8 SEC ID: TG175 | 303901A88 | 111.50 | 17,158.21 | 668,184.11 | | Cash |
| 29 | 9362 | 08/17/2012 | 08/22/2012 | Sold | 17,000.00 | ARMOUR RESIDENTIAL REIT INC VPF20120817115337041453 Ref: 2301323 SEC ID: CJM50 | ARR | 7.29 | 123,418.02 | 651,025.90 | 510.00 | Long Margin |
| 30 | 9362 | 08/17/2012 | 08/22/2012 | Sold | 5,000.00 | DEUTSCHE BK CONT CAP III 7.60% PREFERENTIAL RATE Ref: 230L9578 SEC ID: CEW69 | DTK | 26.00 | 129,983.58 | 527,607.88 | 300.00 | Long Margin |
| 31 | 9362 | 08/17/2012 | 08/22/2012 | Sold | 400.00 | EAGLE HOSPITALITY PPTYS 8.25A PREFERENTIAL RATE Ref: 230M5934 SEC ID: CDY08 | EHPTP | 1.95 | 723.98 | 397,624.30 | 50.00 | Long Margin |
| 32 | 9362 | 08/17/2012 | 08/22/2012 | Sold | 53.00 | AMERICAN INTL GRP INC WT 111921 PREFERENTIAL RATE Ref: 23016457 SEC ID: B4L29 | AIG | 13.05 | 635.63 | 396,900.32 | 50.00 | Long Margin |
| 33 | 9362 | 08/17/2012 | 08/22/2012 | Sold | 8,000.00 | AGIC CONV & INCOME FD II COM PREFERENTIAL RATE Ref: 23011114 SEC ID: A99XL | NCZ | 8.52 | 67,686.07 | 396,264.69 | 480.00 | Long Margin |
| 34 | 9362 | 08/17/2012 | 08/22/2012 | Sold | 2,000.00 | AMERICAN CAPITAL AGENCY PREFERENTIAL RATE Ref: 23015242 SEC ID: AYB88 | AGNC | 33.60 | 67,074.09 | 328,578.62 | 120.00 | Long Margin |
| 35 | 9362 | 08/17/2012 | 08/22/2012 | Sold | 1,000.00 | AMBAC FINCL GP INC PREFERENTIAL RATE Ref: 23014780 SEC ID: ABF96 | ABKFQ | 0.02 | 14.84 | 261,504.53 | 1.65 | Cash |
| 36 | 9362 | 08/16/2012 | 08/21/2012 | Sold (Rebook) | 30,000.00 | CAPITAL ONE CAP III ACCT TYPE CHANGE RATE:BAA3/BB+ 7.686% DUE:2036-08-15 Ref: 230W2939 SEC ID: TK222 | 14042BAA4 | 99.75 | 29,957.43 | 261,489.69 | 150.30 | Long Margin |

REDACTED

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ACCOUNT | TRADE DATE | SETTLEMENT DATE | ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/CU SIP | PRICE ($) | AMOUNT ($) | BALANCE ($)* | COMM ($) | TYPE |
| 37 | 9362 | 08/16/2012 | 08/21/2012 | Sold (Cancel) | 30,000.00 | CAPITAL ONE CAP III CAPITAL ONE CAP III 7.686 DUE 08/15/2036 F&A 15 RATE:BAA3/BB+ 7.686% DUE:2036-08-15 Ref: 230W2938 SEC ID: TK222 | 14042BAA4 | 99.75 | -29,957.43 | 231,532.26 | 150.30 | Cash |
| 38 | 9362 | 08/16/2012 | 08/21/2012 | Sold (Rebook) | 15,000.00 | NB CAPITAL TRUST II ACCT TYPE CHANGE RATE:BA2/BB+ 7.830% DUE:2026-12-15 Ref: 230W2937 SEC ID: TAQ12 | 628958AB6 | 101.00 | 15,359.33 | 261,489.69 | | Long Margin |
| 39 | 9362 | 08/16/2012 | 08/21/2012 | Sold (Cancel) | 15,000.00 | NB CAPITAL TRUST II NB CAPITAL TRUST II 7.83 DUE 12/15/2026 J&D 15 RATE:BA2/BB+ 7.830% DUE:2026-12-15 Ref: 230W2936 SEC ID: TAQ12 | 628958AB6 | 101.00 | -15,359.33 | 246,130.36 | | Cash |
| 40 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 30,000.00 | BON-TON DEPT STORES INC RATE:CAA3/CCC 10.250% DUE:2014-03-15 Ref: 229169GY SEC ID: TN034 | 09776NAB8 | 87.75 | 27,651.50 | 261,489.69 | | Cash |
| 41 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 30,000.00 | CAPITAL ONE CAP III RATE:BAA3/BB+ 7.686% DUE:2036-08-15 Ref: 229864OX SEC ID: TK222 | 14042BAA4 | 99.75 | 29,957.43 | 233,838.19 | 150.30 | Cash |
| 42 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 10,000.00 | COUNTRYWIDE CAPITAL III CO RATE:BA2/BB+ 8.050% DUE:2027-06-15 Ref: 229189AY SEC ID: TD591 | 22237AAB2 | 113.09 | 11,450.88 | 203,880.76 | | Cash |
| 43 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 40,000.00 | FAIRFAX FINANCICAL HOLDINGS RATE:BAA3/BBB- 7.750% DUE:2037-07-15 Ref: 229193AY SEC ID: TD212 | 303901AE2 | 105.75 | 42,604.00 | 192,429.88 | | Cash |
| 44 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 15,000.00 | PROVIDENT FINANCING TR I COMPANY GUARANTEE RATE:BAA3/BB 7.405% DUE:2038-03-15 Ref: 229203JY SEC ID: TD099 | 743863AA0 | 87.00 | 13,525.32 | 149,825.88 | | Cash |
| 45 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 15,000.00 | NB CAPITAL TRUST II RATE:BA2/BB+ 7.830% DUE:2026-12-15 Ref: 229198SY SEC ID: TAQ12 | 628958AB6 | 101.00 | 15,359.33 | 136,300.56 | | Cash |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ACCOUNT | TRADE DATE | SETTLEMENT DATE | ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ($) | AMOUNT ($) | BALANCE ($)* | COMM ($) | TYPE |
| 46 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 34.00 | OCEAN RIG UDW INC Ref: VPF20120816082830278161 SEC ID: C0P9D | ORIG | 15.78 | 480.50 | 120,941.23 | 50.00 | Long Margin |
| 47 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 100.00 | AMER INTL GP INC NEW Ref: VPF20120816082414540513 SEC ID: CHL23 | AIG | 34.25 | 3,368.92 | 120,460.73 | 50.00 | Long Margin |
| 48 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 6,000.00 | FRONTIER COMMUNICATIONS CORP Ref: VPF20120816082642136152 SEC ID: CFL70 | FTR | 4.76 | 28,226.92 | 117,091.81 | 326.44 | Long Margin |
| 49 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 6,000.00 | FIFTH STREET FINANCE CORP COM Ref: VPF20120816082539479100 SEC ID: CCE35 | FSC | 10.40 | 62,032.60 | 88,864.89 | 360.00 | Long Margin |
| 50 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 35,000.00 | UT2 FUNDING PLC FX RATE EUR 1.2356 RATE:B1/C 5.321% DUE:2016-06-30 Ref: 2292928Y SEC ID: B1F4F | G9309QAA2 | 111.82 | 39,131.63 | 26,832.29 | | Cash |
| 51 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 100,000.00 | PRIVATBANK (UK SPV CRED) RATE:B1/N/A 9.375% DUE:2015-09-23 Ref: 2292009Y SEC ID: A4SQ9 | G91941AC1 | 87.50 | 91,348.17 | -12,299.34 | | Cash |
| 52 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 1,500.00 | GAS NATURAL INC COM Ref: VPF20120816082714402190 SEC ID: AW11N | EGAS | 9.88 | 14,723.66 | -103,647.51 | 90.00 | Long Margin |
| 53 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 2,000.00 | LAFARGE Ref: VPF20120815213444686640 SEC ID: AV849 | LFRGY | 11.65 | 23,173.47 | -118,371.17 | 120.00 | Long Margin |
| 54 | 9362 | 08/16/2012 | 08/21/2012 | Sold | 2,000.00 | LLOYDS BANKING GROUP PLC Ref: VPF20120816082756746482 SEC ID: ARL60 | LYG | 2.03 | 3,963.25 | -141,544.64 | 90.65 | Long Margin |
| 55 | 9362 | 08/15/2012 | 08/15/2012 | Interest | | CAPITAL ONE CAP III RATE:BAA3/BB+ 7.686% DUE:2036-08-15 Ref: 22830000 SEC ID: TK222 | 14042BAA4 | | 1,152.90 | -145,507.89 | | Cash |
| 56 | 9362 | 08/07/2012 | 08/10/2012 | Sold (Rebook) | 100,000.00 | GROUPE BPCE FIXED COUPON TO 09/30/2019 FLOAT THEREAFTER RATE:BA2/N/A 12.500% DUE:2052-08-10 Ref: 2209238 SEC ID: UP013 | F11494AA3 | 103.75 | 108,263.89 | -146,660.79 | | Cash |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ACCOUNT | TRADE DATE | SETTLEMENT DATE | ACTIVITY | QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ($) | AMOUNT ($) | BALANCE ($)* | COMM ($) | TYPE |
| 57 | -9362 | 08/07/2012 | 08/10/2012 | Sold (Cancel) | 100,000.00 | GROUPE BPCE FIXED COUPON TO 09/30/2019 FLOAT THEREAFTER RATE:BA2/N/A 12.500% DUE:2052-08-10 Ref: 220923T8 SEC ID: UP013 | F11494AA3 | 103.75 | -108,263.89 | -254,924.68 | | Cash |
| 58 | -9362 | 08/07/2012 | 08/10/2012 | Sold (Rebook) | 100,000.00 | GROUPE BPCE FIXED COUPON TO 09/30/2019 FLOAT THEREAFTER RATE:BA2/N/A 12.500% DUE:2052-08-09 Ref: 220923T8 SEC ID: UP013 | F11494AA3 | 103.75 | 108,263.89 | -146,660.79 | | Cash |
| 59 | -9362 | 08/07/2012 | 08/10/2012 | Sold (Cancel) | 100,000.00 | GROUPE BPCE FIXED COUPON TO 09/30/2019 FLOAT THEREAFTER RATE:BA2/N/A 12.500% DUE:2052-08-09 Ref: 220923T8 SEC ID: UP013 | F11494AA3 | 103.75 | -108,263.89 | -254,924.68 | | Cash |
| 60 | -9362 | 08/07/2012 | 08/10/2012 | Sold (Rebook) | 100,000.00 | GROUPE BPCE FIXED COUPON TO 09/30/2019 FLOAT THEREAFTER RATE:BA2/N/A 12.500% DUE:2052-08-08 Ref: 220923T8 SEC ID: UP013 | F11494AA3 | 103.75 | 108,263.89 | -146,660.79 | | Cash |
| 61 | -9362 | 08/07/2012 | 08/10/2012 | Sold (Cancel) | 100,000.00 | GROUPE BPCE FIXED COUPON TO 09/30/2019 FLOAT THEREAFTER RATE:BA2/N/A 12.500% DUE:2052-08-07 Ref: 220923T8 SEC ID: UP013 | F11494AA3 | 103.75 | -108,263.89 | -254,924.68 | | Cash |
| 62 | -9362 | 08/06/2012 | 08/06/2012 | Sold | 100,000.00 | GROUPE BPCE FIXED COUPON TO 09/30/2019 FLOAT THEREAFTER RATE:BA2/N/A 12.500% DUE:2052-08-07 Ref: 220923T8 SEC ID: UP013 | F11494AA3 | 103.75 | 108,263.89 | -146,660.79 | | Cash |
| 63 | -9362 | 08/06/2012 | 08/06/2012 | CASH TRANSFER | | FUNDS TRANSFERRED CONFIRMATION # 4323133 TO 658-49292 Ref: 21923133 | | | -57,000.00 | -254,924.68 | | Cash |
| 64 | -9362 | 08/01/2012 | 08/01/2012 | Dividend | | AGIC CONV & INCOME FD II COM Ref: 21408000 SEC ID: A99XL | NCZ | | 680.00 | -197,924.68 | | Cash |

August 08, 2012

To: Morgan Stanley Smith Barney

From: Waldyr da Silva Prado Neto

670

Dear Sirs,                **REDACTED**

Please transfer from my account ⎯⎯⎯ 3362 with you the amount of USD 690,000.00 (Six Hundred Ninety Thousand Dollars) to:

| | |
|---|---|
| Bank: | BANK OF AMERICA NA |
| | 100 West 33rd Street – 4th floor |
| | New York, NY 10001 – U.S.A. |
| Swift Code: | BOFAUS3N |
| ABA Number: | 026009593 |
| Chips Participant: | 959 |
| Account name: | BANCO PAULISTA S/A - São Paulo - SP / Brazil |
| Account number: | ⎯⎯⎯ :3043 |
| Swift Code: | PAULBR5P |
| Beneficiary: | Waldyr da Silva Prado Neto |
| subject: | Transferencia Patrimonial |

**REDACTED**

Thank you very much,

*[signature]*
Waldyr da Silva Prado Neto

confirmed with waldyr Prado
on 8/20/12 at 11:00 AM by phone
ph 011 5511 981 09 5050

RECEIVED
AUG 2 0 2012
MSSB

### Berthe-Martinez, Lorena D (Wealth Mgmt MS)

**From:** Novaes, Mariana (Wealth Mgmt MS)
**Sent:** Monday, August 20, 2012 12:38 PM
**To:** Berthe-Martinez, Lorena D (Wealth Mgmt MS)
**Subject:** FW: Transfers 2
**Attachments:** TransferI0820.jpg; TransferII0820.jpg

Here you go....

**Mariana Novaes**
Registered Associate
Morgan Stanley Smith Barney
201 S. Biscayne Blvd. Suite 2100  Miami, FL  33131
Tel: 786-777-6933   Fax: 305-376-8593
Toll-free: 0800-891-3831

**From:** wspn@uol.com.br [mailto:wspn@uol.com.br]
**Sent:** Monday, August 20, 2012 11:21 AM
**To:** Novaes, Mariana (Wealth Mgmt MS)
**Cc:** wspn@uol.com.br
**Subject:** Transfers 2

RECEIVED
AUG 2 0 2012
MSSB

1

August 08, 2012

To: Morgan Stanley Smith Barney

From: Waldyr da Silva Prado Neto

670

Dear Sirs,   **REDACTED**

Please transfer from my account 9362 with you the amount of USD 690,000.00 (Six Hundred Ninety Thousand Dollars) to:

Bank: BANK OF AMERICA NA

100 West 33rd Street – 4th floor

New York, NY 10001 – U.S.A.

Swift Code: BOFAUS3N

ABA Number: 026009593

Chips Participant: 959

Account name: BANCO PAULISTA S/A - São Paulo - SP / Brazil

Account number: 3043    **REDACTED**

Swift Code: PAULBRSP

Beneficiary: Waldyr da Silva Prado Neto

subject: Transferencia Patrimonial

Thank you very much,

*[signature]*

Waldyr da Silva Prado Neto

confirmed with waldyr Prado
on 8/20/12 at 11:00 AM by phone.
ph 011 5511 98108 5050

RECEIVED
AUG 20 2012
MSSB

## Berthe-Martinez, Lorena D (Wealth Mgmt MS)

**From:** Novaes, Mariana (Wealth Mgmt MS)
**Sent:** Monday, August 20, 2012 12:38 PM
**To:** Berthe-Martinez, Lorena D (Wealth Mgmt MS)
**Subject:** FW: Transfers 2
**Attachments:** TransferI0820.jpg; TransferII0820.jpg

Here you go....

**Mariana Novaes**
Registered Associate
Morgan Stanley Smith Barney
201 S. Biscayne Blvd. Suite 2100  Miami, FL  33131
Tel: 786-777-6933   Fax: 305-376-8593
Toll-free: 0800-891-3831

**From:** wspn@uol.com.br [mailto:wspn@uol.com.br]
**Sent:** Monday, August 20, 2012 11:21 AM
**To:** Novaes, Mariana (Wealth Mgmt MS)
**Cc:** wspn@uol.com.br
**Subject:** Transfers 2

RECEIVED
AUG 2 0 2012
MSSB

1