# EXHIBIT 17

**Brown, David (LARO)**

| | |
|---|---|
| **From:** | Lourdes Luaces <lluaces@archrealty.com> |
| **Sent:** | Tuesday, September 11, 2012 9:02 AM |
| **To:** | 'Waldyr da Prado Neto' |
| **Subject:** | FW: Offer on [REDACTED] |
| **Attachments:** | SKMBT_C55012091018160.pdf; As-is Rider for Spear, unit 703.pdf; 9-11-12 Offer response for Spear, unit 703.pdf |

**Importance:** High

Hello Waldyr,

I hope this email finds you well. I have good news. We have received an offer for your apartment at [REDACTED] I think this is a good starting point. I know that these buyers presented an offer for unit 504. Unit 504 is asking $987,000 and they offered to pay $850,000. The owner countered at $895,000 and will not reduce his price from there. That unit has 2,752 sf, which is 409sf less than yours but it does not have a balcony since it is one of the cubed units. I know this because I sold that unit to the current owner and he explained to me what was going on.

I feel like you should counter offer at $825,000 and stay there. I have attached pages that I have edited and will need your initials next to each change. The changes are as follows:

| Line | Change |
|---|---|
| 24 | Price change to $825,000 |
| 32 | I am asking to provide an additional deposit within 10 days. |
| 33 | Additional deposit is $67,500 |
| 35 | I have asked them to have 70% financing, as I do not think banks [REDACTED] will finance 80% of the price we are looking to get due to [REDACTED] comparable sales. |
| 38 | balance changes to $165,000 |
| 81 | I added that the buyers need to get 70% financing |
| 558 | I added the As-Is addendum as part of the contract |
| 559-60 | I removed the additional terms that they added regarding the [REDACTED] appraisal since I do not believe the unit will appraise for the price that we want. |

Association Disclosure Addendum

| | |
|---|---|
| 40 | Amount that Spear at [REDACTED] Assc. charges per month |
| 41 | Amount that [REDACTED] Master Assc. charges per month |

I will need your initials on the as-is addendum. This is important so that the property is bought in the condition that it is in and the buyers can never come after you if any problems occur after you have sold the property.

Let me know what you think and if what I am suggesting is ok with you, then please place your initials next to every change that I have made as well as on the bottom of every page where is says seller (___). And your full signature where indicated.

All the best,

Lourdes Luaces
arch realty, inc.
455 Grand Bay Drive,
Key Biscayne, Florida 33149

| | |
|---|---|
| office: | 305.361.1550 |
| facsimile: | 305.503.6722 |
| mobile: | 305.205.2266 |

1

email: lluaces@archrealty.com

The exclusive on-site Real Estate office at THE RITZ-CARLTON in Key Biscayne

-----Original Message-----
From: Lisa Meyers [mailto:LisaMeyers@keyes.com]
Sent: Monday, September 10, 2012 6:29 PM
To: lluaces@archrealty.com
Subject: Offer on [REDACTED]
Importance: High

Hi Lourdes,
Attached please find the offer we discussed. Let me know if you have any questions or concerns.

Sincerely,

Lisa E. Meyers-Archer PA
The Keyes Company
CSS, CFS, MBF
Luxury Division Top Producer
17900 NW 5 Street Suite 106
Pembroke Pines, Florida 33029
(954) 874-2240 Direct Office
(954) 732-3775 Cell
(954) 845-3454 E-fax
lisameyers@keyes.com
www.lisameyersarcher.com

From: noreply@fulmerleroy.com [noreply@fulmerleroy.com]
Sent: Monday, September 10, 2012 7:16 PM
To: Lisa Meyers
Subject: Message from KMBT_C550

2

**Brown, David (LARO)**

| | |
|---|---|
| **From:** | Lourdes Luaces <lluaces@archrealty.com> |
| **Sent:** | Wednesday, September 12, 2012 2:27 PM |
| **To:** | 'Waldyr da Prado Neto' |
| **Subject:** | Best offer by buyers |

Waldyr,

I just received a call from the buyer's agent. She says that their maximum offer for the apartment is $810,000. I think they can come up a little more if we meet them half way, so we would be at $820,000.00

Please let me know if this is ok with you or if you want to stay at your counter offered price of $830,000. I would not loose this offer and counter back at $820,000 if I was you.

Let me know what you would like for me to do so that I can make the adjustments on the contract.

I look forward to hearing back from you.

Kindest regards,

Lourdes Luaces
**arch realty, inc.**
455 Grand Bay Drive,
Key Biscayne, Florida 33149

office:     305.361.1550
facsimile:  305.503.6722
mobile:     305.205.2266
email:      lluaces@archrealty.com

The exclusive on-site Real Estate office at THE RITZ-CARLTON in Key Biscayne

1