# EXHIBIT 1

# Brown, David (LARO)

| | |
|---|---|
| **From:** | McGonigle, Thomas <Thomas.McGonigle@mmlawus.com> |
| **Sent:** | Tuesday, September 25, 2012 12:22 PM |
| **To:** | Brown, David (LARO) |
| **Cc:** | Bergstrom, Megan |
| **Subject:** | RE: Prado |

Thank you, Mr. Brown. I will be away from my desk between 3:40 and 5:00 pm EDT, 12:40 to 2:00 PDT, but will await your call when I return.

**Thomas J. McGonigle**
**Attorney at Law**
**MURPHY & McGONIGLE**
A Professional Corporation
**555 13th Street, N.W.**
**Suite 410 West**
**Washington, DC 20004**
**(202) 661-7010 Direct**
**(202) 661-7050 Fax**
**(202) 680-4941 Mobile**
thomas.mcgonigle@mmlawus.com
http://www.mmlawus.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To comply with IRS regulations, we advise you that any discussion of Federal tax issues in this e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein. Thank you.*

Please consider the environment before printing this e-mail.

---

**From:** Brown, David (LARO) [mailto:BROWNDAV@sec.gov]
**Sent:** Tuesday, September 25, 2012 3:15 PM
**To:** McGonigle, Thomas
**Cc:** Bergstrom, Megan
**Subject:** Prado

Mr. McGonicle,

Thank you for your voicemail message. My colleague Megan Bergstrom and I will call you this afternoon.

If you don't already have a copy of the Court's TRO, OSC and asset freeze issued against Mr. Prado, it is attached.

David Brown

1