UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,              :
                                                 :
                    **Plaintiff,**               :
                                                 :
    -against-                                    :
                                                 :   12 Civ. 7094 (WHP)
WALDYR DA SILVA PRADO NETO,                      :
                                                 :
                                                 :
                                                 :   ECF CASE
                    **Defendant.**               :
------------------------------------------------------------------------x


NOTICE OF MOTION FOR LEAVE TO SERVE DEFENDANT
WALDYR DA SILVA PRADO NETO BY ALTERNATIVE MEANS


                            Charles D. Riely
                            David S. Brown
                            Megan M. Bergstrom


                            Counsel for the Plaintiff
                            Securities and Exchange Commission
                            New York Regional Office
                            3 World Financial Center
                            New York, NY  10281


June 21, 2013

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support Of its Motion For Leave To Serve Defendant Waldyr Da Silva Prado Neto By Alternative Means and the Declaration of Megan M. Bergstrom, Plaintiff Securities and Exchange Commission shall move this Court before the Honorable William H. Pauley at the United States Courthouse, 500 Pearl Street, New York, New York, on August 2, 2013 at 12:30 pm, or on any other day indicated by the Court, for an order, pursuant to Federal Rule of Civil Procedure 4(f)(3) and the Court's Scheduling Order of May 24, 2013 (Docket No. 22) (the "Scheduling Order"), permitting alternative service.  Pursuant to the Scheduling Order, Defendant's opposition to the motion is due July 19, 2013 and Plaintiff's reply, if any, is due July 29, 2013.

Dated: Los Angeles, California
       June 21, 2013

/s/ Megan M. Bergstrom
Charles D. Riely
Megan M. Bergstrom
David S. Brown
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281
(212) 336-0535

1