**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------X

    IN THE MATTER OF REASSIGNMENT

                                  NOTICE OF REASSIGNMENT

             OF

 CASES FROM HON.   WILLIAM H. PAULEY III

-------------------------------------X

The cases on the attached list are reassigned to the calendar of:

            HON. KATHERINE POLK FAILLA

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: June 27, 2013

                                          Ruby J. Krajick, CLERK

                                   Philip Guarnieri
                   By: _____
                                   Deputy Clerk

Judge Willaim H. Pauley III to Judge Katherine Polk Failla

11-cv-9697

12-cv-0925

12-cv-2635

12-cv-4439

12-cv-5017

12-cv-5556

12-cv-7094

12-cv-7523

12-cv-7985

12-cv-8504

12-cv-8923