UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| v. | : | 12-CV-07094 (KPF) |
| WALDYR DA SILVA PRADO NETO, | : | |
| Defendant. | : | |

**RECEIVER'S MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO AUTHORIZE FIRST AND FINAL PAYMENT OF FEES
AND EXPENSES AND TO DISCHARGE RECEIVER**

Scott M. Dimond, Court-appointed Receiver in the above-styled case (the "Receiver"), hereby seeks an order authorizing the payment of fees and expenses incurred by the Receiver and his law firm and by the Receiver's Retained Personnel in connection with this matter between February 10, 2014 and September 29, 2014 in the total amount of $43,058.44. The Receiver also seeks an order discharging the Receiver.

### Background

This Court's "Order Modifying Asset Freeze to Allow Sale of Defendant's Miami Real Property and Appointing Receiver to Sell the Real Property and Orderly Distribute Sale Proceeds" dated February 7, 2014 [D.E. 60] (the "Sale Order") appointed the undersigned to act as a fiduciary receiver for the purpose of securing and liquidating a condominium located at Redacted Aqua Avenue, Unit 703, Miami Beach, Florida, APN 02-3211-077-0290 (the "Property"). That appointment empowered the Receiver to take such actions as were reasonably necessary to realize the true and proper value of the Property.

The Sale Order also governs the payment of reasonable compensation and reimbursement of expenses incurred by the Receiver and his Retained Personnel as described in the U.S. Securities and Exchange Commission (the "Commission") Billing Instructions for Receivers in Civil Actions Commenced by the Commission (the "Billing Instructions"), with which the Receiver agreed to abide in connection with those efforts. *See* Sale Order, ¶ XVI. The Court authorized the filing of this motion and, if this motion is granted, the distribution of the net proceeds from the sale of the Property, in its Order Granting Receiver's Motion for Court Approval for Closing and Distribution of Sale Proceeds dated September 8, 2014 [D.E. 107].

Accordingly, the following is an overview of the various tasks the Receiver has undertaken in the course of taking control over and liquidating the Property since his appointment on February 7, 2014 for which the Receiver seeks compensation of fees and expenses:

1.     personally inspected the Property and confirmed that it was empty and in good condition;

2.     secured the Property by changing the locks and registering with the management office of the building in which the Property is located;

3.     retained real estate transactional counsel, Michael Tobin, Esq. of Rothman & Tobin, P.A., to conduct a title search of the Property and to assist with the eventual sale transaction of the Property;

4.     reviewed the title search together with counsel to ascertain the existence of any known liens, of which only the first mortgage held by Wells Fargo Bank, N.A. (the "Bank") was in evidence;

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

5.     obtained an order granting a Motion to Intervene and Stay (the "Stay Motion") in the Florida state court case of *Wells Fargo Bank (NA) v. Waldyr Da Silva Prado Neto, et al.*, Case No.: 13-3890-CA-42 in order to avoid an ongoing foreclosure on the Property. Those efforts included working with counsel for the Bank to seek the Bank's acquiescence in the Receiver's Stay Motion and the ensuing sale and distribution process;

6.     recorded a notice of *lis pendens* to provide additional notice to any persons potentially interested in the Property of the Receiver's rights with respect to the Property under the Sale Order;

7.     retained Jill Hertzberg of Coldwell Banker -- one of Miami's premier realtors with extensive experience with the Miami Beach market in general and the condominium complex in which the Property is located in particular -- to market the Property;

8.     selected three independent property appraisers to comply with the requirements of 28 U.S.C. §2001(b) and obtained this Court's approval to retain them;

9.     listed the Property for sale and thereafter negotiated with prospective purchasers to finalize an acceptable contract for sale of the Property;

10.     solicited, reviewed, and, where necessary, negotiated claims to the proceeds expected to be realized by the sale of the Property;

11.     completed a closing on the sale of the Property; and

12.     provided notice to all interested parties of the foregoing in accordance with this Court's Sale Order and subsequent orders. *See* Declaration of Scott M. Dimond, Exhibit A, at ¶ 5.

In addition, the Receiver directly engaged in the preparation of the following filings with this Court, all of which were necessary to comply with the Court's orders and to realize the true

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

and proper value of the Property while respecting the due process rights of any persons with an interest in the Property:

1.      Motion to Modify Asset Freeze to Permit Sale of Defendant's Miami Real Property and supporting memorandum of law;

2.      First Status Report of the Receiver;

3.      Motion to Appoint Appraisers Pursuant to 28 U.S.C. §2001(b) and supporting memorandum of law;

4.      Motion for Extension of Time to file the Receiver's Motion for the Private Sale of Real Property and supporting memorandum of law;

5.      Notice of Filing Contract in Compliance with the Court's Sale Order;

6.      Motion for Court Approval of Private Sale Pursuant to 28 U.S.C. § 2001(b) and supporting memorandum of law;

7.      Motion for Court Approval of Procedure for Closing and Distribution of Sale Proceeds and supporting memorandum of law; and

8.      Notice of Filing of Final HUD-1 in Compliance with the Court's Order Granting governing the closing and distribution of sale proceeds. *See* Exhibit A at ¶ 6.

The Receiver also traveled to New York for two hearings in this matter: (1) the June 25, 2014 hearing on the Receiver's Motion for Court Approval of Private Sale Pursuant to 28 U.S.C. §2001(b); and (2) the September 8, 2014 hearing on the Receiver's Motion for Court Approval for Closing and Distribution of Sale Proceeds. Finally, the undersigned maintained extensive contact with counsel for the Commission throughout this process to ensure that the Receiver's efforts were compliant with all pertinent Court orders and Commission procedures.

DIMOND KAPLAN & ROTHSTEIN, P.A.

OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

As a result of the closing on the sale of the Property, the Receiver currently is holding funds totaling $599,867.09. *See* Notice of Filing of Final HUD-1 [D.E. 109]. The Receiver is therefore requesting, pursuant to the Court's prior orders, that the Court approve a distribution from those funds the amount of $43,129.81 to the Receiver, with the remaining balance of $556,737.28 to be distributed to the Commission, and that the Receiver be discharged.

### **Argument**

The work the Receiver was appointed to do in this case has been accomplished. As set forth in paragraph XVI of the Sale Order, the Receiver is authorized to seek compensation for his activities from this Court. As reflected in the attached invoices, the total amount of fees and expenses being sought by the Receiver and his law firm along with the Receiver's Retained Personnel (including Michael Tobin, Esq. of Rothman & Tobin, P.A. and the three appraisers approved by this Court) from the inception of this receivership to its conclusion is $43,129.81. *See* February 2014 through September 2014 Invoices, attached as Composite Exhibit B.

The foregoing totals reflect time charged at heavily reduced hourly rates in accordance with the Receiver's proposal to the Commission's counsel. *See* Exhibit A at ¶ 11. Specifically, for purposes of this representation, the Receiver reduced his and his partner's attorney rates from a range of $500 to $350 per hour to a blended rate of $260 per hour. *See* Exhibit A at ¶ 12. Further, the Receiver certifies that his costs and expenses -- including the fees of the Receiver's Retained Personnel including Michael Tobin of Rothman & Tobin, P.A. and the three appraisers -- were discounted where possible and, in any event, were reasonable and appropriate.

The Receiver certifies that the fees and expenses sought herein were incurred in the best interests of the Receivership estate and that the Receiver has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

compensation paid or to be paid from the Receivership estate, or any sharing thereof. The Receiver further certifies that to the best of his knowledge, information, and belief formed after reasonable inquiry all fees and expenses requested herein are true and accurate, such fees are reasonable, necessary, and commensurate with the skill and experience required for the activity performed, and that they otherwise comply with the Billing Instructions with which the Receiver agreed to abide. *See* Exhibit A at ¶ 14.

Finally, the Receiver has discussed the relief requested herein with the Commission's counsel and is authorized to represent to this Court that, after reviewing the time records and other materials submitted herewith, the Commission does not oppose the relief sought in this motion. *See* Exhibit A at ¶ 15.  In conjunction with the submission of these materials, the Receiver also submitted the accounting set forth in the Standardized Fund Accounting Report (the "SFAR") to the Commission.  *See* SFAR, attached as Exhibit C.

Wherefore, Scott M. Dimond, as Court-appointed Receiver, respectfully requests that this Court enter an order: (1) authorizing a distribution for payment to the Receiver of compensation and expenses in the amount of $43,128.81 (which includes the fees and costs of the Receiver's Retained Personnel); (2) authorizing distribution to the Commission of the remaining balance of the Receivership account, expected to be at least $556,737.28; and (3) discharging the Receiver.

Respectfully submitted,

By:  _____
Scott M. Dimond, Esq.
Fla. Bar No.:  995762
Sdimond@dkrpa.com
Dimond Kaplan & Rothstein, P.A.
2665 South Bayshore Drive, PH-2B
Coconut Grove, Florida 33133
Telephone:    (305) 374-1920
Facsimile:    (305) 374-1961

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

WALDYR DA SILVA PRADO NETO,

        Defendant.

12-CV-07094 (KPF)

**RECEIVER'S DECLARATION IN SUPPORT OF
MOTION TO AUTHORIZE FIRST AND FINAL PAYMENT
OF FEES AND EXPENSES AND TO DISCHARGE RECEIVER**

I, Scott M. Dimond, pursuant to 28 U.S.C. §1746, declare as follows:

1.  I was appointed by the United States District Court for the Southern District of New York in S.D. N.Y. Case No. 12-CIV-7094 as receiver over real property located at Redacted Aqua Avenue, Unit 703, Miami, Florida (the "Property") pursuant to this Court's "Order Modifying Asset Freeze to Allow Sale of Defendant's Miami Real Property and Appointing Receiver to Sell the Real Property and Orderly Distribute Sale Proceeds" dated February 7, 2014 [D.E. 60] (the "Sale Order").

2.  More specifically, by its Sale Order, this Court appointed me to act as a fiduciary receiver for the limited purpose of securing and liquidating the Property.

3.  That appointment empowered me to take such actions as were reasonably necessary to maximize the Property's value.



EXHIBIT

"A"

4. My efforts to market and sell the Property resulted in an April 17, 2014 contract to sell the Property for $1,205,000 (the "Contract").

5. Prior to effectuating the sale of the Property, I undertook the following tasks in the course of taking control over and liquidating the Property since my February 7, 2014 appointment by this Court:

    a. personally inspected the Property and confirmed that it was empty and in good condition;

    b. secured the Property by changing the locks and registering with the management office of the building in which the Property is located;

    c. retained real estate transactional counsel, Michael Tobin, Esq. of Rothman & Tobin, P.A., to conduct a title search of the Property and to assist with the eventual sale transaction of the Property;

    d. reviewed the title search together with counsel to ascertain the existence of any known liens, of which only the first mortgage held by Wells Fargo Bank, N.A. (the "Bank") was in evidence;

    e. obtained an order granting a Motion to Intervene and Stay (the "Stay Motion") in the Florida state court case of *Wells Fargo Bank (NA) v. Waldyr Da Silva Prado Neto, et al.*, Case No.: 13-3890-CA-42 in order to avoid an ongoing foreclosure on the Property. Those efforts included working with counsel for the Bank to seek the Bank's acquiescence in the Receiver's Stay Motion and the ensuing sale and distribution process;

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

f. recorded a notice of *lis pendens* to provide additional notice to any persons potentially interested in the Property of the Receiver's rights with respect to the Property under the Sale Order;

g. retained Jill Hertzberg of Coldwell Banker -- one of Miami's premier realtors with extensive experience with the Miami Beach market in general and the condominium complex in which the Property is located in particular -- to market the Property;

h. selected three independent property appraisers to comply with the requirements of 28 U.S.C. §2001(b) and obtained this Court's approval to retain them;

i. listed the Property for sale and thereafter negotiated with prospective purchasers to finalize an acceptable contract for sale of the Property;

j. solicited, reviewed, and, where necessary, negotiated claims to the proceeds expected to be realized by the sale of the Property;

k. completed a closing on the sale of the Property; and

l. provided notice to all interested parties of the foregoing in accordance with this Court's Sale Order and subsequent orders.

6. In addition, I directly engaged in the preparation of the following filings with this Court, all of which were necessary to comply with the Court's orders and to realize the true and proper value of the Property while respecting the due process rights of any persons with an interest in the Property:

a. Motion to Modify Asset Freeze to Permit Sale of Defendant's Miami Real Property and supporting memorandum of law;

b. First Status Report of the Receiver;

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

    c.   Motion to Appoint Appraisers Pursuant to 28 U.S.C. §2001(b) and supporting memorandum of law;

    d.   Motion for Extension of Time to file the Receiver's Motion for the Private Sale of Real Property and supporting memorandum of law;

    e.   Notice of Filing Contract in Compliance with the Court's Sale Order;

    f.   Motion for Court Approval of Private Sale Pursuant to 28 U.S.C. § 2001(b) and supporting memorandum of law;

    g.   Motion for Court Approval of Procedure for Closing and Distribution of Sale Proceeds and supporting memorandum of law; and

    h.   Notice of Filing of Final HUD-1 in Compliance with the Court's Order Granting governing the closing and distribution of sale proceeds.

7. I also traveled to New York for two hearings in this matter: (1) the June 25, 2014 hearing on the Receiver's Motion for Court Approval of Private Sale Pursuant to 28 U.S.C. §2001(b); and (2) the September 8, 2014 hearing on the Receiver's Motion for Court Approval for Closing and Distribution of Sale Proceeds.

8. Finally, I maintained extensive contact with counsel for the Commission throughout this process to ensure that my efforts were compliant with all pertinent Court orders and Commission procedures.

9. As a result of the closing on the sale of the Property, I currently am holding funds totaling $599,867.09.

10. In compliance with paragraph XVI of the Sale Order, I am authorized to seek compensation for my activities from this Court. As reflected in the invoices attached at Exhibit B to the Memorandum of Law in Support of Motion to Authorize First and Final

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

Payment of Fees and Expenses and to Discharge Receiver ("Memorandum of Law"), the total amount of fees and expenses I and my law firm along with my Retained Personnel (including Michael Tobin, Esq. of Rothman & Tobin, P.A. and the three appraisers approved by this Court) incurred from the inception of this receivership to its conclusion is $43,129.81, as reflected in Composite Exhibit B to the Memorandum of Law.

11. The foregoing totals reflect time charged at heavily reduced hourly rates in accordance with my proposal to the Commission's counsel.

12. Specifically, for purposes of this representation, I reduced my and my partner's attorney rates from a range of $500 to $350 per hour to a blended rate of $260 per hour.

13. Further, I certify that my costs and expenses -- including the fees of the Receiver's Retained Personnel including Michael Tobin of Rothman & Tobin, P.A. and the three appraisers -- were discounted where possible and, in any event, were reasonable and appropriate.

14. Further still, I certify that the fees and expenses sought herein were incurred in the best interests of the Receivership estate and that I have not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the Receivership estate, or any sharing thereof. I further certify that to the best of my knowledge, information, and belief formed after reasonable inquiry all fees and expenses requested herein are true and accurate, such fees are reasonable, necessary, and commensurate with the skill and experience required for the activity performed, and that they otherwise comply with the Commission's Billing Instructions for Receivers with which I agreed to abide.

DIMOND KAPLAN & ROTHSTEIN, P.A.

OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

15. Finally, I have discussed the relief requested herein with the Commission's counsel and I am authorized to represent to this Court that, after reviewing the time records and other materials submitted herewith, the Commission does not oppose the relief sought in this motion.   In conjunction with the submission of these materials, I also submitted the accounting set forth in Standardized Fund Accounting Report (the "SFAR"), attached as Exhibit C to the Memorandum of Law.

16. I therefore am requesting, pursuant to the Court's prior orders, that the Court approve a distribution from those funds in the amount of $43,129.81 to myself, with the remaining balance of $556,737.28 to be distributed to the Commission, and that I be discharged as the Court-appointed Receiver in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:     Miami, Florida
Date:          October 7, 2014

By: _____
     Scott M. Dimond, Esq.

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 · TEL. 305.374.1920 FAX. 305.374.1961

# EXHIBIT B

# Dimond Kaplan & Rothstein, P. A.

2665 S. Bayshore Drive
Penthouse 2B
Coconut Grove, FL 33133

*Invoice submitted to:*

Securities and Exchange Commission

October 03, 2014

*In Reference To:Securities and Exchange Commission v. Waldyr DaSilva Prado*
*Neto*
U.S. S.D. N.Y. Case No.: 12-CV-07094

*Invoice #6053*

*File No:* 1845.003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/10/2014 | SMD | E-mails with David Brown regarding appointment and service of order; E-mails with Prado counsel regarding same; | 0.20 | 52.00 |
| 2/13/2014 | RL | Review of email and discussion with Scott M. Dimond regarding nature of matter. | 0.40 | NO CHARGE |
| 2/14/2014 | SMD | Conference with Robert E. Linkin regarding securing premises; Receive and review email regarding same; | 0.40 | 104.00 |
| | RL | Call and email to Claudia Flores at Aqua.  Discussion with Scott M. Dimond regarding same.  Review of Order appointing Scott M. Dimond Receiver.  Discussion with Scott M. Dimond about necessary steps to effectuate and carry out Receivership Order. | 1.00 | 260.00 |
| 2/18/2014 | LMP | Telephone conference with Scott Dimond regarding Notice of Lis Pendens; exchange emails with Robert Linkin regarding same; research regarding property; prepare, edit, review Notice of Lis Pendens | 0.50 | 130.00 |
| | SMD | Conference with Robert E. Linkin and Lorenz M. Prüss regarding strategic planning and research (.3); Telephone conference with David Brown regarding same (.2); E-mails regarding unit access and offers (.2); E-mails and conference with Michael Tobin regarding retaining real estate lawyer (.3); Telephone conference (message) with Jill Eber regarding retaining real estate agent (.1); Inspect property; Conference with property management office (2.5) | 3.60 | 936.00 |
| | RL | Reach out to property manager regarding visit (.2). Telephone conference with property manager.  Meeting with property manager at property and inspection of property with Scott M. Dimond (2.5); Exchange emails with Lorenz M. Prüss regarding Lis Pendens (.1) | 2.80 | 728.00 |

**EXHIBIT "B"**

305-374-1920

Securities and Exchange Commission                                                                  Page      2

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 2/19/2014 | LMP | Discuss with Scott Dimond and Robert E. Linkin regarding foreclosure materials; exchange emails with counsel regarding foreclosure docket | 0.30 | 78.00 |
| | RL | Complete research regarding judicial sale (1.6). Telephone conference with Scott M. Dimond and Michael Tobin regarding judicial sale (.3) | 1.90 | 494.00 |
| | SMD | Telephone conference and e-mails with Michael Tobin regarding retention of real estate lawyer; Conference with Robert E. Linkin regarding preparation of Motion to Approve Sale; Discuss with Lorenz M. Prüss regarding foreclosure materials | 0.50 | 130.00 |
| 2/20/2014 | SMD | Revise Notice of Lis Pendens; Telephone conference (message) with broker | 0.10 | 26.00 |
| 2/21/2014 | SMD | Conference with Robert E. Linkin regarding research and Motion to Intervene; Receive and review same | 0.30 | 78.00 |
| | RL | Discussion with Scott M. Dimond (.1). Complete research regarding Receivership sale of property and draft motion pursuant to 28 USC 2001 (2.0) | 2.10 | 546.00 |
| 2/22/2014 | SMD | Revise Motion for Private Sale; Conference with Robert E. Linkin regarding same; | 0.50 | 130.00 |
| | RL | Discussion with Scott M. Dimond regarding procedure for judicial sale under Federal Receivership law. | 0.10 | 26.00 |
| 2/24/2014 | LMP | Discuss with Scott Dimond regarding intervention (.1); prepare, edit, review Motion to Intervene; review receivership filings (1.1) | 1.20 | 312.00 |
| | SMD | Conference with Lorenz M. Prüss regarding Motion to Intervene; Receive and review same | 0.30 | 78.00 |
| 2/25/2014 | SMD | E-mails regarding title search; review and execute retainer; Review and execute pass-key documents | 0.60 | 156.00 |
| | RL | Review of multiple emails from Michael Tobin regarding tile search | 0.20 | NO CHARGE |
| 2/26/2014 | SMD | Telephone conference with David Brown regarding status (.3); Finalize and file Motion to Intervene and Stay (1.3); E-mail with Michael Tobin regarding appraiser (.1) | 1.70 | 442.00 |
| 2/27/2014 | SMD | E-mails regarding appraisal; Revise Motion to select appraiser, approve sale, schedule hearing on Motion to Intervene and Stay | 0.50 | 130.00 |
| 3/7/2014 | SMD | E-mail regarding trust account (.1); Telephone conference with Michael Missal regarding Wells Fargo response to Motion to Stay (.2); Telephone conference with Realtor (.2); E-mails regarding appraiser revisions (.1); Prepare receiver's report, Motion to Appoint Appraisers (2.0) | 2.60 | 676.00 |

Securities and Exchange Commission

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/8/2014 | SMD | Review listing agreement; Prepare Receiver's Report; E-mails regarding same | 0.90 | 234.00 |
| 3/9/2014 | SMD | E-mails regarding appraiser resumé; Telephone conference (message) realtor's office | 0.10 | 26.00 |
| 3/10/2014 | LMP | Review, edit correspondence to Court regarding Motion to Intervene; Review Receiver's First Report; review email exchange between Receiver and Wells Fargo regarding lack of opposition to motion to intervene | 0.50 | 130.00 |
| | RL | Review of first Receiver's Report per Scott M. Dimond (.4). Conference with Scott M. Dimond regarding same; Email to and from Aqua management regarding unit (.3) | 0.70 | 182.00 |
| | SMD | Revise Receiver's report (2.5); Emails regarding same (.1); E-mails regarding appraiser (.1); Conference with Robert E. Linkin regarding condo accounts (.1); Conference with Jill Hertzberg regarding listing agreement (.2); Conference and emails with Robert E. Linkin regarding transponders (.2); E-mails regarding bank account (.1) | 3.30 | 858.00 |
| 3/11/2014 | LMP | Review email from counsel for Wells Fargo regarding hearing (.1); discuss with Robert Linkin and Scott M. Dimond regarding federal over state authority (.7); review Motion to Intervene; prepare, edit, review Order on Motion to Intervene, hearing outline (.1); Exchange emails with counsel for association regarding Motion to Intervene; research regarding federal statute on jurisdiction of judgments (.6) | 1.50 | 390.00 |
| | RL | Meeting with Lorenz Pruss regarding case law and Motion to Intervene. | 0.30 | 78.00 |
| | SMD | Execute listing agreement (.2); E-mails regarding same (.1); E-mails regarding Receiver's report (.1); E-mails regarding Motion to Stay (.1); Telephone conference with Michael Missal, Darren Ellis, and William Frayagel regarding same (.4); Conference with Lorenz M. Prüss regarding same (.2); Review proposed order regarding same (.5) | 1.60 | 416.00 |
| 3/12/2014 | LMP | Prepare for and attend hearing on Motion to Intervene | 1.30 | 338.00 |
| | SMD | Attend hearing on Motion to Intervene and Stay state court action (1.8); Telephone conference with Jill Hertzberg's office regarding listing agreement, key (.2); Telephone conference and e-mails (message) regarding listing price (.2); E-mails regarding bank account (.1) | 2.30 | 598.00 |
| 3/13/2014 | LMP | Review, edit Motion to Appoint Appraisers; review resumes; discuss with Scott Dimond regarding same; draft email to David Brown regarding same | 0.50 | 130.00 |
| | SMD | Conference with Lorenz M. Prüss regarding Appraisers motion; Revise same; E-mails regarding same; | 0.40 | 104.00 |

Securities and Exchange Commission                                                      Page     4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/14/2014 | LMP | Review, edit Motion for Appointment of Appraisers, Memorandum of Law, Declaration regarding same local rules and practices regarding same(1.9); prepare, edit, review Order Granting Motion; exchange emails with David Brown regarding same (.1); exchange emails with Scott Dimond regarding same (.1); review resumes in support of motion  (.4) | 2.50 | 650.00 |
| | SMD | Conference and emails with Lorenz M. Prüss and David Brown regarding Motion to Appoint Appraisers | 0.30 | 78.00 |
| 3/17/2014 | SMD | Telephone conference and e-mails with realtors regarding list price | 0.30 | 78.00 |
| 3/18/2014 | SMD | E-mail with Jill Hertzberg regarding listing; Receive and review construction notice | 0.10 | 26.00 |
| 3/26/2014 | SMD | Telephone conference (message) and emails with broker regarding offers | 0.10 | 26.00 |
| 3/27/2014 | SMD | Telephone conference and e-mails with Danny Hertzberg regarding offer; E-mails with David Brown regarding same | 0.50 | 130.00 |
| 3/28/2014 | SMD | E-mails with Lorenz M. Prüss regarding contacting court | 0.10 | 26.00 |
| | LMP | E-mails regarding court | 0.10 | 26.00 |
| 3/29/2014 | SMD | E-mail with Lorenz M. Prüss regarding contacting court | 0.10 | 26.00 |
| | LMP | E-mails with Scott M. Dimond regarding contacting court | 0.10 | 26.00 |
| 3/31/2014 | SMD | Telephone conference with (message) David Brown | 0.10 | 26.00 |
| 4/1/2014 | SMD | Telephone conference and e-mails with Daniel Hertzberg regarding offer; Telephone conference with David Brown regarding same | 0.50 | 130.00 |
| 4/2/2014 | SMD | Review sales contract; E-mails with Michael Tobin and Daniel Hertzberg regarding same | 0.90 | 234.00 |
| 4/4/2014 | SMD | E-mails regarding revisions to offer | 0.20 | 52.00 |
| 4/5/2014 | SMD | E-mails regarding revision to contract | 0.70 | 182.00 |
| 4/6/2014 | SMD | E-mail with Michael Tobin regarding contract revisions | 0.10 | 26.00 |
| 4/7/2014 | SMD | E-mails regarding revisions to sales contract; Telephone conference with Michael Tobin regarding same; Revise same; Telephone conference with (message) Daniel Hertzberg regarding same; | 1.00 | 260.00 |
| 4/8/2014 | SMD | E-mails regarding revised contract; Telephone conference (message) Judge's chambers regarding unredacted motion; E-mails with Lorenz M. Prüss regarding same; | 0.60 | 156.00 |

Securities and Exchange Commission                                                     Page     5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/8/2014 | LMP | Review email from Scott Dimond regarding judicial inquiry; telephone conference with Jessica Fisher regarding inquiry; exchange emails with SEC counsel regarding same | 0.40 | 104.00 |
| 4/9/2014 | SMD | E-mails regarding revisions to sales cotnract | 0.50 | 130.00 |
| 4/10/2014 | SMD | E-mails regarding proposed contract; Receive and review disclosure statement | 0.50 | 130.00 |
| 4/11/2014 | SMD | E-mails regarding proposed contract; Emails with association counsel regarding status | 0.20 | 52.00 |
| 4/14/2014 | SMD | E-mails regarding contract; Telephone conference with David Brown regarding Notice of Hearing, Motion for Approval, Notice obligations | 0.90 | 234.00 |
| 4/15/2014 | SMD | E-mails regarding final contract; E-mails regarding association disclosure; Telephone conference with Michael Tobin regarding same; | 0.80 | 208.00 |
| 4/16/2014 | SMD | E-mails regarding condo disclosure; Telephone conference (message) David Brown regarding same; | 0.30 | 78.00 |
|  | LMP | Review email exchanges regarding sales contracts | 0.10 | 26.00 |
| 4/17/2014 | SMD | Receive & review condominium announcement | 0.10 | 26.00 |
| 4/18/2014 | SMD | Conference with Lorenz M. Prüss regarding Notice, service obligations; E-mails regarding condo documents; E-mails regarding Notice obligations | 0.80 | 208.00 |
|  | LMP | Research regarding judicial sale; Conference with Scott M. Dimond regarding same; | 0.40 | 104.00 |
|  | RL | Review of email from Scott M. Dimond regarding Condominium documents.  Call to Aqua Spear management office regarding same. Email to Scott M. Dimond. | 0.20 | 52.00 |
| 4/21/2014 | SMD | Receive & review proposed notice (.7); Conference with Lorenz M. Prüss regarding same (.1); Receive and review filed Notice (.1); E-mails regarding research into form of order (.1); Receive and review order granting retention of appraisers (.1); E-mails regarding inspection, FPL change (.2) | 1.30 | 338.00 |
|  | LMP | Review email from David Brown regarding Notice strategy; prepare, edit, review Notice of Filing; discuss with Scott Dimond regarding same; review email from David Brown regarding Order Granting Motion to Appoint Appraisers; exchange emails with David Brown regarding Notice of Filing | 0.70 | 182.00 |
|  | RL | Review of emails from Scott Dimond regarding administrative issues related to sale of Prado property.  Emails to Daniel Hertzberg regarding same. | 0.30 | 78.00 |

Securities and Exchange Commission                                                      Page       6

| Date | | Description | Hours | Amount |
|------|---|------------|-------|--------|
| 4/22/2014 | SMD | E-mails regarding Notice of Contract | 0.60 | 156.00 |
| | LMP | Prepare, edit, review Notice of Sale; review, edit proposed service language; discuss with Scott Dimond regarding same; exchange emails with David Brown regarding same | 0.50 | 130.00 |
| 4/23/2014 | SMD | Prepare Notice email; Conference and emails with Lorenz M. Prüss regarding same; E-mails regarding fire inspection | 0.70 | 182.00 |
| | LMP | Review proposed communications; review Notice of Sale | 0.30 | 78.00 |
| 4/24/2014 | LMP | Prepare, edit, review Motion for Enlargement of Time (0.3); prepare, edit, review Memorandum of Law (0.6); research regarding authority for Memorandum of Law (0.4); exchange emails with Realtor regarding appraisers (0.1); exchange emails and telephone conference with appraisers (0.6); telephone conference with David Brown regarding timing of filings (0.2); draft email to David Brown regarding same (0.1); Conference with Scott M. Dimond regarding same (.1); | 2.20 | 572.00 |
| | SMD | Conference with Lorenz M. Prüss regarding Motion to Approve, retention of appraisers; E-mails regarding fee inspection, condo docs | 0.70 | 182.00 |
| | RL | Emails with Daniel Hertzberg regarding administrative issues relating to sale of Prado property. | 0.20 | 52.00 |
| 4/25/2014 | SMD | E-mails regarding FPL and appraiser access; Conference with Lorenz M. Prüss regarding same | 0.30 | 78.00 |
| 4/26/2014 | SMD | E-mails regarding FPL (fire issue) | 0.10 | 26.00 |
| | RL | Review of email from Scott M. Dimond regarding Prado unit and FPL. | 0.10 | NO CHARGE |
| 4/28/2014 | SMD | Prepare Motion for Enlargement; Conference with Lorenz M. Prüss regarding same, appraisers; E-mails regarding inspection | 0.90 | 234.00 |
| | LMP | Review, edit filings regarding Motion for Enlargement of Time; exchange emails with SEC regarding same; conference with Scott M. Dimond regarding  same | 0.40 | 104.00 |
| | RL | Emails with Daniel Hertzberg regarding administrative issues related to sale of Prado property.  Emails with Scott M. Dimond regarding same. | 0.30 | 78.00 |
| 4/29/2014 | SMD | E-mails regarding proposed order; E-mails regarding signed order, appraiser access and reports; Conference with Lorenz M. Prüss regarding same; | 0.60 | 156.00 |
| | LMP | Prepare, edit, review Order Granting Motion for Enlargement of Time; draft email to SEC regarding same; review Order Granting Motion for Enlargement of Time; exchange emails with Jorge Hernandez regarding retention; review appraisals status; exchange emails with | 0.60 | 156.00 |

Securities and Exchange Commission                                                                    Page     7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | appraisers regarding completion dates; conference with Scott M. Dimond regarding same. |  |  |
| 5/1/2014 | SMD | E-mails regarding inspection | 0.10 | 26.00 |
| 5/2/2014 | LMP | Review appraisal by Jorge Hernandez; exchange emails with appraisers regarding status | 0.40 | 104.00 |
|  | SMD | Telephone conference and e-mails with Danny Hertzberg regarding inspection report; Receive and review affidavit; E-mails regarding service of court documents | 0.60 | 156.00 |
| 5/5/2014 | SMD | E-mails regarding appraisal, fire inspection | 0.20 | 52.00 |
| 5/6/2014 | SMD | Receive & review second appraisals; E-mails and telephone conference with Daniel Hertzberg regarding mold inspection; Telephone conference with David Brown regarding Motion to Approve Sale | 0.90 | 234.00 |
| 5/7/2014 | LMP | Emails with Scott M. Dimond regarding notice | 0.10 | NO CHARGE |
|  | SMD | E-mails with Danny Hertzberg regarding price affidavit; E-mails with Michael Tobin regarding same; Revise sale notice; E-mails with Lorenz M. Prüss regarding same; | 0.90 | 234.00 |
| 5/8/2014 | SMD | Revise sales notice; E-mail regarding addendum | 0.20 | 52.00 |
| 5/9/2014 | LMP | Review, edit Notice, Memorandum of Law, Correspondence; review email exchanges between Scott Dimond, David Brown regarding same | 0.50 | 130.00 |
|  | SMD | Revise Motion to Approve Sale, memo in support of sale motion, and request to court requesting hearing (2.3); Telephone conference and e-mails with David Brown regarding same (.3); | 2.60 | 676.00 |
| 5/10/2014 | SMD | E-mails regarding commission comments to filings | 0.10 | 26.00 |
| 5/12/2014 | LMP | Telephone conference and e-mails with Scott M. Dimond regarding sale motion | 0.20 | NO CHARGE |
|  | SMD | Telephone conference and e-mails with Lorenz M. Prüss regarding sale motion; E-mail regarding amendment to contract | 0.30 | 78.00 |
| 5/13/2014 | SMD | Revise Memorandum of Law in Support of Sale Motion, Declaration and letter to Judge (1.1); E-mails regarding same (.2); E-mails regarding proposed order (.1); Receive and review filed documents (.1); E-mails regarding title commitment (.1) | 1.60 | 416.00 |
| 5/14/2014 | SMD | E-mails regarding service of sale motion; Telephone conference with Judge's chambers regarding hearing date; E-mails with David Brown regarding same; E-mails regarding escrow letter | 0.40 | 104.00 |

Securities and Exchange Commission

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/15/2014 | SMD | E-mails regarding condo approval, hearing, service | 0.40 | 104.00 |
| 5/16/2014 | LMP | Prepare service emails; exchange emails with Scott Dimond regarding same; exchange emails with David Brown regarding same; review emails exchanged between SEC / Third Parties regarding same | 0.50 | 130.00 |
| | SMD | E-mails regarding Notice, certificate of service | 0.90 | 234.00 |
| 5/19/2014 | SMD | E-mails regarding affidavit of service; Conference with Lorenz M. Prüss regarding certificate of service; E-mail regarding condo construction | 0.80 | 208.00 |
| | LMP | Review email from David Brown regarding service; prepare, edit, review Affidavit of Service review service emails; Conference with Scott M. Dimond regarding same; | 0.50 | 130.00 |
| 5/20/2014 | SMD | Telephone conference and e-mails with Aqua manager's office regarding a/c | 0.10 | 26.00 |
| 5/21/2014 | SMD | E-mails regarding Aqua management | 0.10 | 26.00 |
| 5/22/2014 | SMD | E-mails regarding closing on unit | 0.30 | 78.00 |
| 5/23/2014 | SMD | E-mails regarding condo rules | 0.10 | 26.00 |
| 5/28/2014 | SMD | Receive & review construction notices | 0.10 | 26.00 |
| 5/29/2014 | SMD | E-mails regarding hearing | 0.10 | 26.00 |
| 5/30/2014 | SMD | Conference with Lorenz M. Prüss regarding notice | 0.10 | 26.00 |
| | LMP | Discuss with Scott Dimond regarding notice obligations | 0.10 | 26.00 |
| 6/1/2014 | SMD | E-mails with Michael Tobin regarding status | 0.10 | 26.00 |
| 6/2/2014 | SMD | E-mails regarding regulation | 0.10 | 26.00 |
| | LMP | Exchange emails with Susan Cavallone regarding proof | 0.10 | 26.00 |
| 6/4/2014 | SMD | E-mails regarding certificate of publication notice; Conference with Lorenz M. Prüss regarding same; | 0.20 | 52.00 |
| | LMP | Conference with Scott M. Dimond regarding publication notice | 0.10 | 26.00 |
| 6/6/2014 | SMD | E-mails regarding potential construction damage | 0.10 | 26.00 |
| | LMP | Review, edit Affidavit of Service regarding publication | 0.30 | 78.00 |
| 6/9/2014 | SMD | Revise declaration; Conference with Lorenz M. Prüss regarding same; E-mails regarding paintings | 0.60 | 156.00 |

Securities and Exchange Commission                                                     Page     9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/9/2014 | LMP | Conference with Scott M. Dimond regarding declaration | 0.10 | 26.00 |
| 6/10/2014 | SMD | E-mails regarding communication with Buyer | 0.10 | 26.00 |
| 6/11/2014 | SMD | E-mails with Danny Hertzberg regarding communication with buyer | 0.10 | 26.00 |
| 6/16/2014 | LMP | Review outstanding obligations | 0.10 | 26.00 |
| 6/17/2014 | SMD | Telephone conference with Seaside bank regarding receivership account; Emails regarding hearing; Conference with Lorenz M. Prüss regarding tax ID | 0.40 | 104.00 |
|  | LMP | Draft email to David Brown regarding hearing; exchange emails with Susan Cavallone regarding availability; research regarding tax id number issue; discuss with Scott Dimond regarding same | 0.40 | 104.00 |
| 6/18/2014 | SMD | E-mails from Association regarding vehicle registration | 0.10 | 26.00 |
| 6/20/2014 | SMD | Prepare for hearing; Emails regarding bank account and water issue | 0.20 | 52.00 |
| 6/23/2014 | SMD | Prepare for hearing (1.0); Emails with David Brown regarding same (.1); prepare notice of change of hearing time (.2); E-mails regarding sale issues (.2) | 1.50 | 390.00 |
| 6/24/2014 | SMD | E-mails regarding hearing (.2); Prepare affidavit of Service of hearing date (.3); Emails regarding same (.1); Travel to NY for sale motion hearing (3.8); Conference with David Brown regarding same (.5); | 4.90 | 1,274.00 |
| 6/25/2014 | SMD | Prepare for and attend hearing on sale motion (3.5); Conference with David Brown regarding same (.5); Emails with Danny Herzberg and Michael Tobin regarding same (.1); Travel to Miami (4.2) | 8.30 | 2,158.00 |
| 6/26/2014 | SMD | E-mails regarding order; Proposed distribution plan (.3); Receive and review Notice of Status Conference | 0.90 | 234.00 |
| 6/27/2014 | SMD | E-mails regarding Claims process, closing, air conditioning units | 0.50 | 130.00 |
| 6/30/2014 | SMD | E-mails regarding affidavit of service; Prepare same | 0.50 | 130.00 |
| 7/1/2014 | SMD | Finalize affidavit of service (.2); Emails regarding same (.1); Emails regarding Aqua claim (.2); E-mails regarding closing (.2); Telephone conference with David Brown regarding same (.2); Telephone conference with Michael Tobin regarding same (.3) | 1.20 | 312.00 |
| 7/2/2014 | SMD | E-mails with Michael Tobin regarding closing issue | 0.20 | 52.00 |
| 7/3/2014 | SMD | E-mails with Michael Tobin and David Brown regarding timing of closing; E-mails with agents regarding closing | 0.50 | 130.00 |
| 7/6/2014 | SMD | E-mail with Michael Tobin regarding closing schedule | 0.10 | 26.00 |

Securities and Exchange Commission                                                    Page     10

| Date | | | Hours | Amount |
|------|--|--|-------|--------|
| 7/7/2014 | SMD | Telephone conference and e-mails with Michael Tobin regarding closing procedure; E-mails with Agents regarding amendment to contract | 0.70 | 182.00 |
| 7/9/2014 | SMD | Receive and review SEC claim; E-mails regarding closing date | 0.20 | 52.00 |
| 7/10/2014 | SMD | E-mail with David Brown regarding SEC and Wells Fargo claims; Telephone conference with Michael Missal (message) regarding same; | 0.30 | 78.00 |
| 7/11/2014 | SMD | Telephone conference with Michael Missal regarding Wells Fargo claim | 0.20 | 52.00 |
| 7/16/2014 | SMD | Telephone conference with Michael Missal regarding Wells Fargo claim; Prepare Motion to Disburse; Telephone conference and e-mails with David Brown regarding same; | 0.60 | 156.00 |
| 7/17/2014 | SMD | Telephone conference (message) with Damon Ellis regarding Wells Fargo claim; E-mails regarding transcript | 0.10 | 45.00 |
| 7/18/2014 | SMD | Telephone conference with Damon Ellis regarding Wells Fargo claim | 0.30 | 78.00 |
| 7/21/2014 | SMD | E-mails with Michael Tobin regarding amendment | 0.10 | 26.00 |
| 7/22/2014 | SMD | E-mails with William Fryvogel regarding closing | 0.10 | 26.00 |
| 7/23/2014 | SMD | E-mails regarding unit maintenance | 0.10 | 26.00 |
| 7/24/2014 | SMD | E-mails regarding closing, association claim; Receive and review timesheet | 0.20 | 52.00 |
| 7/28/2014 | SMD | Telephone conference with Damon Ellis regarding Wells Fargo claim | 0.10 | 26.00 |
| 7/29/2014 | SMD | E-mails regarding Wells Fargo claim | 0.10 | 26.00 |
| 7/30/2014 | SMD | Telephone conference and e-mails with Michael Tobin's office regarding closing | 0.20 | 52.00 |
| 8/1/2014 | LMP | Review emails between Scott Dimond, David Brown regarding distribution protocol; review, edit Motion regarding same; Conference with Scott M. Dimond regarding same; | 0.50 | 130.00 |
| | SMD | Telephone conference and e-mails with David Brown regarding Distribution Motion (.3); Revise same (4.1); Telephone conference and e-mails with Michael Tobin regarding same (.2); Conference with Lorenz M. Prüss regarding same (.1); | 4.70 | 1,222.00 |
| 8/2/2014 | LMP | Review emails from counsel regarding distribution protocol | 0.10 | 26.00 |
| | SMD | E-mails regarding HUD strategy; Revise Motion to Approve Distribution | 0.20 | 52.00 |

Securities and Exchange Commission                                                                Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/4/2014 | SMD | Revise Receiver's memorandum and order in support of distribution (4.5); Conference with Lorenz M. Prüss regarding same (.1); Telephone conference (x2) and e-mails real estate counsel regarding same (.3); Telephone conference and e-mails with David Brown regarding same (.3); | 5.20 | 1,352.00 |
|  | LMP | Prepare, edit, review Motion to Approve Closing Process; prepare, edit, review Declaration in support thereof; discuss with Scott Dimond regarding same; review sales materials | 1.00 | 260.00 |
| 8/5/2014 | SMD | Revise memo, declaration and order regarding distribution motion (2.1); Conference with Lorenz M. Prüss regarding same (.1); E-mails with David Brown regarding same (.1); Emails with Michael Tobin regarding same (.1); | 2.40 | 624.00 |
|  | LMP | Review proposed filings regarding distribution protocol; Conference with Scott M. Dimond regarding same; | 0.50 | 130.00 |
| 8/6/2014 | SMD | Prepare affidavit of service; Emails regarding same; Emails regarding time for hearing; Conference with Lorenz M. Prüss regarding same; Emails regarding balcony repairs | 0.70 | 182.00 |
|  | LMP | Conference with Scott M. Dimond regarding service | 0.10 | 26.00 |
| 8/7/2014 | SMD | E-mails regarding service; Prepare for hearing | 0.20 | 52.00 |
| 8/8/2014 | SMD | E-mails regarding balcony repairs | 0.10 | 26.00 |
| 8/12/2014 | SMD | E-mails regarding a/c units | 0.10 | 26.00 |
| 8/17/2014 | SMD | E-mails regarding service of motion | 0.10 | 26.00 |
| 8/18/2014 | SMD | E-mails regarding status | 0.10 | 26.00 |
| 8/19/2014 | SMD | E-mails regarding filing deadlines | 0.10 | 26.00 |
|  | LMP | Review emails exchanged between counsel regarding notice; review notice protocols | 0.20 | 52.00 |
| 8/20/2014 | SMD | E-mails regarding bank account; Telephone conference with David Brown regarding same, scheduling; E-mails regarding closing date | 0.50 | 130.00 |
| 8/21/2014 | SMD | E-mails regarding receivership bank account | 0.20 | 52.00 |
| 8/22/2014 | SMD | E-mails regarding a/c | 0.10 | 26.00 |
| 8/23/2014 | SMD | E-mails with Michael Tobin regarding status of closing | 0.10 | 26.00 |
| 8/25/2014 | SMD | E-mails regarding closing date; Telephone conference (message) regarding receivership account | 0.20 | 52.00 |

Securities and Exchange Commission                                                                Page     12

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 8/26/2014 | SMD | Emails regarding addendum; Email regarding condo issue | 0.30 | 78.00 |
| 8/28/2014 | SMD | Telephone conference and e-mails with banker regarding receivership account; Conference with Lorenz M. Prüss regarding filing deadlines | 0.40 | 104.00 |
| | LMP | Conference with Scott M. Dimond regarding case filings | 0.10 | 26.00 |
| 8/29/2014 | SMD | Telephone conference with Michael Tobin regarding addendum | 0.20 | 52.00 |
| 9/2/2014 | SMD | E-mails regarding addendum; Emails regarding Seller's disclosure | 0.60 | 156.00 |
| 9/3/2014 | SMD | E-mails regarding addendum; Emails regarding seller's disclosure; Conference regarding order, hearing preparation | 0.60 | 156.00 |
| 9/4/2014 | SMD | Prepare for hearing (.5); Emails regarding addendum (.1); E-mails regarding bank account (.1); Prepare seller's disclosure (.8) | 1.50 | 390.00 |
| | LMP | Review materials for hearing | 0.30 | 78.00 |
| 9/5/2014 | SMD | Finalize hearing binder (1.1); E-mails and telephone conference with Michael Tobin regarding closing addendum (.2); Emails regarding inspection (.1); Emails regarding proposed order (.2) | 1.60 | 416.00 |
| 9/7/2014 | SMD | Travel to NY (4.2); Prepare for hearing (1.2); Conference with David Brown regarding same (.4); | 5.80 | 1,508.00 |
| 9/8/2014 | SMD | Prepare for and attend hearing on distribution motion (2.1); Conference with David Brown regarding same (.4); Emails and telephone conference with Michael Tobin regarding closing issues (.5); Travel to MIA (4.4); E-mails regarding certified order (.3) | 7.70 | 2,002.00 |
| 9/9/2014 | SMD | E-mails regarding certified order closing, revised HUD-1; Telephone conference with Michael Tobin regarding same; Emails with David Brown regarding certified order | 0.80 | 208.00 |
| 9/10/2014 | SMD | E-mails regarding service of order; Serve order; Prepare affidavit of service; Emails regarding same; Emails regarding closing issues | 1.00 | 260.00 |
| | LMP | Prepare, edit, review Declaration; discuss with Scott Dimond regarding service of Order | 0.30 | 78.00 |
| | LMP | Prepare, edit, review Declaration; discuss with Scott Dimond regarding service of Order | 0.30 | 78.00 |
| 9/11/2014 | SMD | E-mails regarding final P-off figures; Email regarding A/c | 0.30 | 78.00 |
| 9/12/2014 | SMD | Attend closing (3.5); Emails and telephone conference Michael Tobin regarding same (.4); Emails with David Brown regarding same (.2); Telephone conference with buyer agent regarding keys (.1) | 4.20 | 1,092.00 |
| 9/14/2014 | SMD | E-mails regarding association claim | 0.10 | 26.00 |

Securities and Exchange Commission                                          Page    13

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 9/15/2014 | LMP | Prepare, edit, review Notice of Filing | 0.30 | 78.00 |
| 9/16/2014 | SMD | E-mails regarding Association interest, claim | 0.20 | 52.00 |
| 9/17/2014 | SMD | E-mails regarding association claim, wire | 0.40 | 104.00 |
| 9/18/2014 | SMD | E-mails regarding resolution of association claim; Receive and review association estoppel letter | 0.40 | 104.00 |
|  | LMP | Review emails between counsel regarding HUD; | 0.30 | 78.00 |
| 9/19/2014 | SMD | E-mails regarding HUD-1, wire transfer (.2); Prepare notice of filing, HUD-1 (1.1) | 1.30 | 338.00 |
| 9/22/2014 | SMD | E-mails with David Brown regarding HUD-1; Receive and review filed notice; Emails with Lawrence Kaizen regarding wire | 0.60 | 156.00 |
|  | SMD | Serve notice of filing HUD-1; Prepare affidavit of service; Emails regarding same; Telephone conference with Michael Tobin regarding same | 0.80 | 208.00 |
| 9/29/2014 | SMD | E-mails with association counsel | 0.10 | 26.00 |
|  |  | **Subtotal of charges** |  | **$37,615.00** |
|  |  | **For professional services rendered** | **145.60** | **$37,615.00** |

Additional Charges :

|  |  | |
|---|---|---|
| 2/18/2014 | Parking | 4.50 |
| 2/19/2014 | Aqua Allison Island | 125.00 |
|  | Cerrajeria Los Gemelos Locksmith | 95.00 |
| 2/20/2014 | Recording Fee - Miami Dade County Clerk of Court | 9.00 |
|  | Parking | 4.50 |
| 2/28/2014 | Online Westlaw research charge for February 2014. | NO CHARGE |
| 3/6/2014 | Rothman & Tobin, P.A. - Inv.45478 | 862.50 |
| 3/7/2014 | Esquire Express, Inc. - Inv.133520 | 133.52 |
| 3/10/2014 | Esquire Express, Inc. - Inv.133520 | 19.72 |
| 3/16/2014 | Steinotype, Inc. - Inv. 2009 | 95.00 |
| 3/31/2014 | Research charge for March 2014. | NO CHARGE |

Securities and Exchange Commission

Page    14

| | | Amount |
|---|---|---:|
| 4/24/2014 | Hallmark Appraisal, Inc. - File#2014362 | 650.00 |
| 4/28/2014 | Jorge Hernandez - Certified County Appraisers, Inc. | 650.00 |
| 4/30/2014 | Online Westlaw research charge for April 2014. | NO CHARGE |
| 5/6/2014 | Waronker & Rosen, Inc. - Inv. 7790 | 1,000.00 |
| 5/16/2014 | Fedex - Inv.2-666-14184 | 24.02 |
| 5/22/2014 | Orbitz - Airfare | 288.00 |
| 5/28/2014 | Orbitz - Hotel | 480.00 |
| 5/31/2014 | Westlaw research expense for May 2014. | NO CHARGE |
| 6/23/2014 | American Airlines | 406.00 |
| 6/24/2014 | NYC Taxi | 57.90 |
| | G-Miami Food | 11.68 |
| | Lupa Restaurant New York | 114.18 |
| 6/25/2014 | Toll Plaza Sunpass | 34.00 |
| | LaGuardia Figs Cafe | 22.29 |
| | Healthy Gourmet | 6.48 |
| | Balthazar Restaurant New York | 50.00 |
| 6/26/2014 | The James New York | 87.70 |
| 6/30/2014 | Online Westlaw research expense for June 2014. | NO CHARGE |
| 7/31/2014 | Scan charge for July 2014. | 3.70 |
| 8/6/2014 | Fedex - Inv.2-745-40153 | 24.87 |
| 8/7/2014 | Orbitz - Hotel | 440.77 |
| | American Airlines | 379.20 |
| 9/10/2014 | Fedex - Inv.2-781-69406 | 23.91 |
| 9/12/2014 | Esquire Express, Inc. - Inv.136393 | 21.37 |
| 9/26/2014 | Rothman & Tobin - Fees at closing | 1,500.00 |
| 10/3/2014 | Expected bank wire fees | 50.00 |

Securities and Exchange Commission                                    Page    15

| | Amount |
|---|---|
| **Total costs** | **$7,674.81** |
| | |
| **Total amount of this bill** | **$45,289.81** |
| 6/24/2014  50% Discount for travel time | ($494.00) |
| 6/25/2014  50% Discount for travel time | ($548.00) |
| 9/7/2014  50% Discount for travel time | ($546.00) |
| 9/8/2014  50% Discount for travel time | ($572.00) |
| **Total payments and adjustments** | **($2,160.00)** |
| | |
| Balance due | $43,129.81 |

# EXHIBIT C

# STANDARIZED FUND ACCOUNTING REPORT ("SFAR") - Cash Basis
## REPORT FOR Scott M. Dimond, as Receiver
### *Securities and Exchange Commission v. Waldyr Da Silva Prado Neto*
### Civil Court Docket No. 12 CIV 7094 (KPF)

### Reporting Period 02/10/14  to 10/03/14

## FUND ACCOUNTING

| | | |
|---|---|---|
| **Beginning Balance (as of 09/14/14)** | | $0.00 |
| | | |
| *Increases in Fund Balance* | | |
| | | |
| Personal Asset Liquidation (As per HUD attached as Exhibit "1") | | 591,262.32 |
| Negotiated Association Refund | | 7,841.80 |
| Expected refund for overpayment of mortgage | | 750.00 |
| Interest | | 12.97 |
| *Total Funds Available* | | 599,867.09 |
| | | |
| *Decreases in Fund Balance* | | |
| | | |
| **Proposed Disbursements for Receivership Operations** | | |
| Third-Party Litigation Expenses | | |
| Legal Fees | | 35,455.00 |
| Costs: | | 7,674.81 |
| Scanning/Bates-Stamping | 3.70 | |
| Filing Fees | 9.00 | |
| Expected bank wire fees | 50.00 | |
| Transcripts | 95.00 | |
| Photocopies: | 125.00 | |
| Delivery Services | 247.41 | |
| Meals | 292.33 | |
| Travel | 2,085.87 | |
| Experts | 2,362.50 | |
| Other Expenses (parking, appraisals, locksmith) | 2,404.00 | |
| TOTAL COSTS | **7,674.81** | |
| | | |
| Total Third-Party Litigation Expenses | | 43,129.81 |
| *Total Proposed Disbursements for Receivership Operations* | | 43,129.81 |
| | | |
| **Proposed Disbursements to Court/Other** | | |
| Disbursement to United States Securities and Exchange Commission | | 556,737.28 |
| | | |
| **Expected Ending Balance (as of 10/04/14)** | | $0.00 |




HUD-1

## A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

**B. Type of Loan**

| | | |
|---|---|---|
| ○ 1. FHA | ○ 2. RHS | ○ 3. Conv. Unins. |
| ○ 4. V.A. | ○ 5. Conv. Ins. | |

6. File Number
14-030  Redacted

7. Loan Number  5455
Redacted

8. Mortg. Ins. Case Num.

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown here. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME OF BORROWER:** Luis M. Arguello, Sr. and Maria E. Arguello, husband and wife
Address of Borrower:    Aqua Avenue #703, Miami Beach, Florida 33141   Redacted

**E. NAME OF SELLER:** Scott M. Dimond, as equity receiver appointed by the Court in the case of Securities and Exchange Commission v. Weldy/ Da Silva Prado Neto, S.D.N.Y. Case No. 12-CIV-7094, pending in the United States District Court for the Southern District of New York
Address of Seller:    2665 South Bayshore Dr., Penthouse 2B, Miami, Florida 33133

**F. NAME OF LENDER:** First American Bank
Address of Lender:    PO Box 307, 201 S. State Street, Hampshire, Illinois 60140

**G. PROPERTY LOCATION:**    Aqua Avenue, Unit 703, Miami Beach, Florida 33141-5877   Redacted

**H. SETTLEMENT AGENT:** Rothman & Tobin, P.A.
Address:    11900 Biscayne Boulevard, Suite 740, Miami, Florida 33181
Place of Settlement:    11900 Biscayne Boulevard, Suite 740, Miami, Florida 33181     Phone: 305-895-3226

**I. SETTLEMENT DATE:** 9/12/14     DISBURSEMENT DATE: 9/12/14

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 1,206,000.00 | 401. Contract sales price | 1,206,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 26,012.73 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Master Assessments from 09/12/14 to 09/30/14 | 571.10 | 408. Master Assessments from 09/12/14 to 09/30/14 | 571.10 |
| 109. Spear Association Assessments from 09/12/14 to 09/30/14 | 647.74 | 409. Spear Association Assessments from 09/12/14 to 09/30/14 | 647.74 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from borrower:** | 1,232,231.57 | **420. Gross amount due to seller:** | 1,207,218.84 |
| **200. Amounts paid by or in behalf of borrower:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | 20,600.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 964,600.00 | 502. Settlement charges to seller (line 1400) | 131,316.36 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | 473,560.39 |
| 205. Lender paid credit report fee | 3.27 | 505. CMB Final Inspection Fee | 242.66 |
| 206. | | 506. | |
| 207. CMB Final Inspection Fee | 242.66 | 507. | |
| 208. Principal amt of mortgage held by seller | | 508. Principal amt of mortgage held by seller | |
| 209. Credit from Seller | 1,000.00 | 509. Credit to Buyer | 1,000.00 |
| 209a. | | 509a. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 01/01/14 to 09/12/14 | 9,848.11 | 511. County taxes from 01/01/14 to 09/12/14 | 9,848.11 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for borrower:** | 1,036,194.04 | **520. Total reductions in amount due seller:** | 615,956.52 |
| **300. Cash at settlement from/to borrower:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower    (line 120) | 1,232,231.57 | 601. Gross amount due to seller    (line 420) | 1,207,218.84 |
| 302. Less amount paid by/for the borrower    (line 220) | (1,036,194.04) | 602. Less total reductions in amount due seller    (line 520) | (615,956.52) |
| 303. Cash ( ☑ From ) ( ☐ To ) Borrower: | 196,037.53 | 603. Cash ( ☑ To ) ( ☐ From ) Seller: | 591,262.32 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. It is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

EXHIBIT

"1"

| HUD-1 | U.S. Department of Housing and Urban Development | | Page 2 |
|---|---|---|---|

| L. Settlement charges | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Real Estate Broker Fees        $60,250.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ 30,125.00 | to Coldwell Banker RE | | |
| 702. $ 30,125.00 | to One Sotheby's International Realty | | |
| 703. Commission paid at settlement | | | 60,250.00 |
| 704. | | | |
| 705. | to | | |
| 706. | to | | |
| 800. Items Payable In Connection With Loan | | | |
| 801. Our origination charge | 0.00 (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | 0.00 (from GFE #2) | | |
| 803. Your adjusted origination charges | to 0.00 (from GFE A) | 0.00 | |
| 804. Appraisal fee | to Accurate Title Group | 425.00 | |
| 805. Credit report | to Equifax | 3.27 | |
| 806. Tax service | to | | |
| 807. Flood certification | to Accurate Title Group | 6.00 | |
| 808. | to | | |
| 809. | to | | |
| 810. | to | | |
| 811. | to | | |
| 812. | to | | |
| 813. | to | | |
| 900. Items Required by Lender to be Paid in Advance | | | |
| 901. Daily interest charges from | to @ 0.00 /day (from GFE #10) | 0.00 | |
| 902. Mortgage insurance premium for | months to (from GFE #3) | | |
| 903. Homeowner's insurance premium for | years to Bluestone Insurance (from GFE #11) | 3,310.30 | |
| 904. Flood insurance premium for | years to | | |
| 905. Owners Title Insurance | years to | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | 14,151.83 | |
| 1002. Homeowner's insurance   2   months @   $275.87 per month   551.74 | | | |
| 1003. Mortgage insurance   months @   per month | | | |
| 1004. Property taxes   13   months @   $1,132.15 per month   $14,717.95 | | | |
| 1005. Flood insurance   months @   per month | | | |
| 1006.   months @   per month | | | |
| 1007.   months @   per month | | | |
| 1008.   months @   per month | | | |
| 1009. Aggregate accounting adjustment   ($1,117.86) | | | |
| 1100. Title Charges | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | 1,111.50 | |
| 1102. Settlement or closing fee | to Rothman & Tobin, P.A.   $450.00 | | 450.00 |
| 1103. Owner's title insurance | to Stewart Title Guaranty Company/Rothman & Tob(from GFE #5) | | 5,590.00 |
| OPM-5590.00 | | | |
| 1104. Lender's title insurance | to Stewart Title Guaranty Company/Rothman & Tobin, P $861.50 | | |
| MPB-25.00,L-1-258.25,99-93.50,L-2,B,1-20 | | | |
| 1105. Lender's title policy limit $904,500.00 | | | |
| 1106. Owner's title policy limit $1,200,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium $4,350.30 | to Rothman & Tobin, P.A. | | |
| 1108. Underwriter's portion of the total title insurance premium $1,001.20 | to Stewart Title Guaranty Company | | |
| 1109. Abstract or title search | to Rothman & Tobin, P.A. | | 300.00 |
| 1110. Attorneys Fee | to Rothman & Tobin, P.A. | | |
| 1111. | to | | |
| 1112. | to | | |
| 1113. | to | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Government recording charges | (from GFE #7) | 81.00 | |
| 1202. Deed $19.50   Mortgage(s) $52.50   Releases $0.00 | | $71.00 | |
| 1203. Transfer taxes | (from GFE #8) | 4,974.75 | |
| 1204. City/County tax/stamps   Deed $0.00   Mortgage(s) $1,800.00 | | | 1,798.00 |
| 1205. State tax/stamps   Deed $7,234.01   Mortgage(s) $3,181.75 | | | 7,234.00 |
| 1206. Certificate of Approval | to Simplifile | $10.00 | |
| 1207. recording Court Order approving Sale | to Simplifile | | (64.00) |
| 1208. E-Recording | to Simplifile | | (2.00) |
| 1300. Additional Settlement Charges | | | |
| 1301. Required services that you can shop for | (from GFE #6) | 950.00 | |
| 1302. Lien Search | to Reliable Lien Search | | 100.00 |
| 1303. Attorney Fee | to Florida Secured Title LLC   $950.00 | | |
| 1304. Master Association Dues Thru S | to Aqua Master-Spear | | 26,774.78 |
| 1305. Spear at Aqua Association Dues | to Spear at Aqua Condo | | 30,372.30 |
| 1306. Combined National Title & K.F. | to Stewart Title Guaranty Company | | 3.26 |
| 1307. | to | | |
| 1308. | to | | |
| 1309. | | | |
| 1400. Total Settlement Charges ( Enter on lines 103, Section J and 502, Section K ) | | 26,012.73 | 131,315.35 |

* POC (B) = Paid outside of closing by borrower
* POC (S) = Paid outside of closing by seller

** The exception rate option was used on this file

# SETTLEMENT CHARGES AND LOAN TERMS

Page 3

**Settlement Charges**

| Charges That Cannot Increase | HUD-1 Line Number | Good Faith Estimate | HUD-1 Charges |
|---|---|---|---|
| Our origination charge | # 801 | $.00 | $0.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | $.00 | $0.00 |
| Your adjusted origination charges | # 803 | $.00 | $0.00 |
| Transfer taxes | # 1203 | $13,416.75 | $4,974.75 |

| Charges That In Total Cannot Increase More Than 10% | HUD-1 Line Number | Good Faith Estimate | HUD-1 Charges |
|---|---|---|---|
| Government recording charges | # 1201 | $241.00 | $81.00 |
| Appraisal fee | # 804 | $425.00 | $425.00 |
| Credit report | # 805 | $3.27 | $3.27 |
| Flood certification | # 807 | $5.00 | $5.00 |
| Total | | $674.27 | $514.27 |
| Increase between GFE and HUD-1 Charges | | $-100.00 | or -23.73 % |

| Charges That Can Change | HUD-1 Line Number | Good Faith Estimate | HUD-1 Charges |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | $12,055.75 | $14,151.83 |
| Daily interest charges from | # 901 | $.00 | $0.00 |
| Homeowner's insurance premium for | # 903 | $.00 | $3,310.38 |
| Owners Title Insurance | # 905 | $6,590.00 | |
| Title services and lender's title insurance | # 1101 | $1,950.00 | $1,111.50 |
| Attorney Fee | # 1303 | $.00 | $960.00 |

**Loan Terms**

| | |
|---|---|
| Your initial loan amount is | $ 904,500.00 |
| Your loan term is | 10.0000  years |
| Your initial interest rate is | 3.75 % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ 4,190.06   Includes<br>☑ Principal  ☑ Interest  ☐ Mortgage insurance |
| Can your interest rate rise? | ● No  ○ Yes , it can rise to a maximum of      .00%. The first change will be on      and can change again every      .<br>Every change date, your interest rate can increase or decrease by      .00%. Over the life of the loan, your interest rate is guaranteed to never be lower than      .00% or higher than      .00 |
| Even if you make payments on time, can your loan balance rise? | ● No  ○ Yes , it can rise to a maximum of $   .00 |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ● No  ○ Yes , the first increase can be on      and the monthly amount owed can rise to $   .00<br>The maximum it can ever rise to is $   .00 |
| Does your loan have a prepayment penalty? | ● No  ○ Yes , your maximum prepayment penalty is $   .00 |
| Does your loan have a balloon payment? | ○ No  ● Yes , you have a balloon payment of $   710,808.71   due in 10 years on   08/12/2024 . |
| Total monthly amount owed including escrow account payments | ○ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>● You have an additional monthly escrow payment of $   1,455.18 that results in a total initial monthly amount owed of $   5,645.24   its includes principal, interest, any mortgage insurance and any items checked below:<br>☑ Property taxes        ☑ Homeowner's insurance<br>☐ Flood Insurance        ☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

# HUD-1 SETTLEMENT STATEMENT ADDENDUM

File Number:    14-039

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a
true and accurate statement of all receipts and disbursements made on my account or by me in this transaction.
I further certify that I have received a copy of the HUD-1 Settlement Statement.

### Borrower(s)

_____          _____
Luis M. Arguello, Sr.                     Maria E. Arguello

### Seller(s)

Scott M. Dimond, as equity receiver appointed by the Court

By: _____
Scott M. Dimond
Receiver

### Settlement Agent

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I
have caused or will cause the funds to be disbursed in accordance with this statement.

Rothman & Tobin, P.A.

By: _____          Date: 9/12/14

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar
form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code
Section 1001 and Section 1010.

DoubleTime®