| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Plaintiff,<br><br>                 v.<br><br>WALDYR DA SILVA PRADO NETO,<br><br>                 Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: October 9, 2014<br><br>12-CV-07094 (KPF) |

### ORDER GRANTING RECEIVER'S MOTION TO AUTHORIZE FIRST AND FINAL PAYMENT OF FEES AND EXPENSES AND TO DISCHARGE RECEIVER

Pending before the Court is a motion filed by Court-Appointed Receiver Scott M. Dimond (the "Receiver") to authorize first and final payment of fees and expenses and to discharge the Receiver (the "Motion"). Having reviewed the request, and for good cause having been shown, it is hereby ORDERED AND ADJUDGED

1. The Receiver's Motion is GRANTED.

2. The Court APPROVES the payment of fees and costs to the Receiver and the Receiver's Retained Personnel (including Michael Tobin, Esq. of Rothman & Tobin, P.A. and the three appraisers approved by this Court) in the amount of $43,129.81.

3. The Court APPROVES the distribution to the U.S. Securities and Exchange of the remaining balance of $556,737.28 resulting from the sale effectuated by the Receiver.

4. Mr. Dimond is discharged as the Receiver and of all responsibilities as Receiver in this action. Accordingly, Mr. Dimond and his counsel shall not be liable for any actions performed pursuant to or in connection with his appointment as Receiver to the extent permitted by law.

5. All of Mr. Dimond's acts and transactions and those of his counsel during the Receiver's administration disclosed by the pleadings and reports filed with this Court and verbally at any hearing are hereby ratified, confirmed, and approved as being correct and proper and in the best interest of the Receivership estate and the parties to this action.

6. Mr. Dimond is authorized to discard any documents or other materials generated or received in connection with the Receivership at his sole discretion.

SO ORDERED.

Dated: \_\_\_\_October\_\_\_\_ \_9\_, 2014
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

The Clerk of Court is further directed to close the case.